ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-Mail Address: rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
E-Mail Address: mary.holland@childrenshealthdefense.org

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; POYNTER INSTITUTE, a Florida corporation; POLITIFACT, a Florida-corporation; and DOES 1-20,<br><br>Defendants. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(U.S.D.C. N.D. Civil L.R. 3-15) |

1

1    Norhtern District Civil L.R. 3-15(a)(1) provides that upon making a first appearance in any proceeding in this Court, each party must disclose any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 17, 2020

                                                            Respectfully submitted,

                                                            _____
                                                            MARY S. HOLLAND
                                                            General Counsel, Children's Health Defense

                                                            Counsel for Plaintiff
                                                            Children's Health Defense

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
*Children's Health Defense v. Facebook* et al.