# CERTIFICATE OF SERVICE

**F.R.C.P. 5 / C.C.P. 1013a(3)/ U.S.D.C. N.D. Civil L.R. 5-5**

I, the undersigned, declare that I am a citizen of the United States and a resident of Mariposa County. I am over the age of eighteen years and not a party to the within above entitled action. My business address is 290 Nevada Street, San Francisco, California 94110.

On August 17, 2020 I served the following documents:

- **Verified Complaint For 1) First and Fifth Amendments; 2) Lanham Act Violation (15 U.S.C. § 1125(A)); 3) Rico Fraud Violation (18 U.S.C. §1962); and 4) Declaratory Relief**
- **Exhibit A**
- **Civil Cover Sheet**
- **Summons**
- **Certification of Interested Entities or Persons**
- **ECF Registration Information Handout as per Civil L.R. 5-1(d)(2)**
- **Certificate of Service**

on the interested parties in said action causing to be placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in a United States Post Office box addressed to the parties as follows:

Facebook, Inc.  
1 Hacker Way  
Meno Park, CA 94025

Mark Zuckerberg  
c/o Facebook, Inc.  
1 Hacker Way  
Meno Park, C A94025

The Poynter Institute  
801 Third St. South  
St. Petersburg, Florida 33701

Politifact  
1100 Connecticut Ave. NW  
Suite 1300B  
Washington, DC 20036

Science Feedback  
40 r Alexandre Dumas, 75011  
Paris, France 11

1

CERTIFICATE OF SERVICE  
*Children's Health Defense v. Facebook* et al.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on August 17, 2020.

                                                /s/     Sabine Jordan
                                                Sabine Jordan

**CERTIFICATE OF SERVICE**
*Children's Health Defense v. Facebook* et al.