AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; POYNTER INSTITUTE, a Florida corporation; POLITIFACT, a Florida corporation; Does 1-20 <br> *Defendant(s)* | Civil Action No. 20-cv-05787-SK |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Facebook, Inc.
1 Hacker Way
Menlo Park, CA 94025

Mark Zuckerberg
c/o Facebook Inc.
1 Hacker Way
Menlo Park, CA 94025

The Poynter Institute
801 Third St. South
St. Petersburg,
FL 33701

PolitiFact
The Poynter Institute
801 Third St. South
St. Petersburg,
FL 33701

Science Feedback
16 rue Furtado Heine
75014 Paris
France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert F. Kennedy, Jr, Esq.
Mary S. Holland, Esq.
CHILDREN'S HEALTH DEFENSE
1227 North Peachtree Parkway
Peachtree City, Georgia 30269

Roger I. Teich, Esq.
Attorney-at-Law
290 Nevada Street
San Francisco, California 94110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*