AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; POYNTER INSTITUTE, a Florida corporation; POLITIFACT, a Florida corporation; Does 1-20 <br> *Defendant(s)* | Civil Action No. CV 20-5787 SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

| Facebook, Inc. | Mark Zuckerberg | The Poynter Institute | Politifact | Science Feedback |
|---|---|---|---|---|
| 1 Hacker Way | c/o Facebook Inc. | 801 Third St. South | 1100 Connecticut Ave. NW | 40 r Alexandre |
| Menlo Park, CA 94025 | 1 Hacker Way | St. Petersburg, | Suite 1300B | Dumas, 75011 |
| | Menlo Park, CA 94025 | FL 33701 | Washington, DC 20036 | Paris, France 11 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert F. Kennedy, Jr, Esq.  
Mary S. Holland, Esq.  
CHILDREN'S HEALTH DEFENSE  
1227 North Peachtree Parkway  
Peachtree City, Georgia 30269

Roger I. Teich, Esq.  
Attorney-at-Law  
290 Nevada Street  
San Francisco, California 94110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 18, 2020 (08/17/2020)

*CLERK OF COURT*  
*Susan Y. Soong*

*Gina Agustine*  
*Signature of Clerk or Deputy Clerk*