AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation; <br> MARK ZUCKERBERG, a California resident; <br> SCIENCE FEEDBACK, a French corporation; <br> POYNTER INSTITUTE, a Florida corporation; <br> POLITIFACT, a Florida corporation; Does 1-20 <br> *Defendant(s)* | Civil Action No. 20-cv-05787-SK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PolitiFact                              Science Feedback
The Poynter Institute                  16 rue Furtado Heine
801 Third St. South                    75014 Paris
St. Petersburg, FL 33701               France


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert F. Kennedy, Jr, Esq.                              Roger I. Teich, Esq.
Mary S. Holland, Esq.                                     Attorney-at-Law
CHILDREN'S HEALTH DEFENSE                                 290 Nevada Street
1227 North Peachtree Parkway                              San Francisco, California 94110
Peachtree City, Georgia 30269


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*
*Susan Y. Soong*

Date: August 27, 2020                                              Felicia Brown
                                                                   *Signature of Clerk or Deputy Clerk*