POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> ROGER I. TEICH | SBN: 147076 <br> ROGER I. TEICH, ESQ. <br> 290 NEVADA STREET <br> SAN FRANCISCO, CA 94110 <br> TELEPHONE NO.: (415) 948-0045 | FAX NO.  | E-MAIL ADDRESS *(Optional)*: RTEICH@JUNO.COM <br> ATTORNEY FOR *(Name)*: : PLAINTIFF | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO DIVISION

| PLAINTIFF/PETITIONER: CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION <br> DEFENDANT/RESPONDENT: FACEBOOK, INC., A DELAWARE CORPORATION, ET AL. | CASE NUMBER: <br> 3:20-CV-05787 SK |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 33005731 VXP |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: See attached Document List
3. a. Party served *(specify name of party as shown on documents served)*:
   **FACEBOOK, INC., DELAWARE CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC LAWYERS INCORPORATING SERVICE - BY LEAVING DOCUMENTS WITH KOY SAECHAEO, AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **2710 GATEWAY OAKS DR. STE 150N SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/19/2020**   (2) at *(time)*: **01:53 pm**
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/33005731

**ASAP Legal, LLC**
255 N Market St Suite 180
San Jose, CA 95110
Phone: (408) 564-7360   Fax:

Continued from Proof of Service

**CASE #:** 3:20-CV-05787 SK     **DATE:** August 24, 2020

**CASE NAME:** CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION VS. FACEBOOK, INC., A DELAWARE CORPORATION, ET AL.

SUMMONS;COMPLAINT;CIVIL CASE COVER SHEET;CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CERTIFICATE OF SERVICE;ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (EFFECTIVE JULY 11, 2019); CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES



| PETITIONER: CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION | CASE NUMBER: |
|---|---|
| RESPONDENT: FACEBOOK, INC., A DELAWARE CORPORATION, ET AL. | 3:20-CV-05787 SK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **FACEBOOK, INC., DELAWARE CORPORATION**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)
    ☐ 416.20 (defunct corporation)
    ☐ 416.30 (joint stock company/association)
    ☐ 416.40 (association or partnership)
    ☐ 416.50 (public entity)
    ☐ 415.95 (business organization, form unknown)
    ☐ 416.60 (minor)
    ☐ 416.70 (ward or conservatee)
    ☐ 416.90 (authorized person)
    ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: **ALEJANDRO J. RUBIO C/O ASAP Legal, LLC**
  b. Address: **255 N Market St Suite 180  San Jose, CA 95110**
  c. Telephone number: **(408) 564-7360**
  d. The fee for service was: **$ 212.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner  ☐ employee  ☒ **independent contractor.**
      (ii) Registration No.: **2017-40**
      (iii) County: **SACRAMENTO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **08/24/2020**

ASAP Legal, LLC
255 N Market St Suite 180
San Jose, CA 95110
(408) 564-7360
www.ASAPLegal.com

**ALEJANDRO J. RUBIO**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *[signature]*
(SIGNATURE)