AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Children's Health Defense | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-05787-SI |
| Facebook, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Facebook, Inc. and Mark Zuckerberg            .

Date: 09/09/2020

/s/ Sonal N. Mehta
*Attorney's signature*

Sonal N. Mehta (SBN 222086)
*Printed name and bar number*

950 Page Mill Road
Palo Alto, California 94304

*Address*

sonal.mehta@wilmerhale.com
*E-mail address*

(650) 858-6000
*Telephone number*

(650) 858-6100
*FAX number*

---

[1] By entering this Notice of Appearance, Defendants Facebook, Inc. and Mark Zuckerberg do not waive their rights to raise any jurisdictional, service-related, or venue-related challenges in this action.