POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
ROGER I. TEICH | SBN: 147076
ROGER I. TEICH, ESQ.
290 NEVADA STREET
SAN FRANCISCO, CA 94110
TELEPHONE NO.: (415) 948-0045  |  FAX NO.  |  E-MAIL ADDRESS (Optional): RTEICH@JUNO.COM
ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO DIVISION

PLAINTIFF/PETITIONER: CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION
DEFENDANT/RESPONDENT: FACEBOOK, INC., A DELAWARE CORPORATION, ET AL.

CASE NUMBER: 3:20-CV-05787 SK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 33005733 VXP

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other (specify documents): See attached Document List
3. a. Party served (specify name of party as shown on documents served):
   **POYNTER INSTITUTE, A FLORIDA CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **NEIL BROWN - PRESIDENT AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

4. Address where the party was served: **801 THIRD ST. SOUTH
   SAINT PETERSBURG, FL 33701**

5. I served the party (check proper box)
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):

   b. [X] **by substituted service.** On (date): **08/19/2020** at (time): **04:07 pm** I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
   **FERDINAND BERRIOS - SAFETY AND SECURITY OFFICER**

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   (date): **08/19/2020** from (city): **SANTA ANA**   or [X] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10
POS010-1/33005733

ASAP Legal, LLC
255 N Market St Suite 180
San Jose, CA 95110
Phone: (408) 564-7360   Fax:

Continued from Proof of Service

**CASE #:** 3:20-CV-05787 SK  **DATE:** August 24, 2020

**CASE NAME:** CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION VS. FACEBOOK, INC., A DELAWARE CORPORATION, ET AL.

**SERVED:** FERDINAND BERRIOS - SAFETY AND SECURITY OFFICER

SUMMONS;COMPLAINT;CIVIL CASE COVER SHEET;CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CERTIFICATE OF SERVICE;ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (EFFECTIVE JULY 11, 2019); CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES


ASAP ATTORNEY SERVICES LLC

| PETITIONER: CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION | CASE NUMBER: |
|---|---|
| RESPONDENT: FACEBOOK, INC., A DELAWARE CORPORATION, ET AL. | 3:20-CV-05787 SK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                   (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **POYNTER INSTITUTE, A FLORIDA CORPORATION**
under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
a. Name: **ELIZABETH OSTMAN C/O ASAP Legal, LLC**
b. Address: **255 N Market St Suite 180 San Jose, CA 95110**
c. Telephone number: **(408) 564-7360**
d. **The fee** for service was:
e. I am:

   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
       (i) ☐ **owner**    ☐ **employee**    ☐ **independent contractor.**
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **08/24/2020**

ASAP Legal, LLC
255 N Market St Suite 180
San Jose, CA 95110
(408) 564-7360
www.ASAPLegal.com

**ELIZABETH OSTMAN**    ▶     *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney:<br>ROGER I. TEICH, SBN: 147076<br>ROGER I. TEICH, ESQ.<br>290 NEVADA STREET<br>SAN FRANCISCO, CA 94110<br>TELEPHONE No: (415) 948-0045<br>Attorney for: PLAINTIFF | E-MAIL ADDRESS (Optional): RTEICH@JUNO.COM<br>FAX No. (Optional): | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| | Ref No. or File No.:<br>33005733 VXP | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION | | | | |
| Plaintiff: CHILDREN'S HEALTH DEFENSE, A GEORGIA NON-PROFIT ORGANIZATION<br>Defendant: FACEBOOK, INC., A DELAWARE CORPORATION, ET AL. | | | | |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE. | TIME. | DEPT. | CASE NUMBER:<br>3:20-CV-05787 SK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS;COMPLAINT;CIVIL CASE COVER SHEET;CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CERTIFICATE OF SERVICE;ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (EFFECTIVE JULY 11, 2019); CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:       August 19, 2020
   b. Place of Mailing:      SANTA ANA, California
   c. Addressed as follows:  POYNTER INSTITUTE, A FLORIDA CORPORATION
                             ATTENTION: NEIL BROWN - PRESIDENT AUTHORIZED TO ACCEPT SERVICE OF PROCESS
                             801 THIRD ST. SOUTH
                             SAINT PETERSBURG, FL 33701

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service:
ASAP Legal, LLC
255 N Market St Suite 180
San Jose, CA 95110
(408) 564-7360
www.ASAPLegal.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 24, 2020**.

Signature: _____
VANESSA PADILLA

**PROOF OF SERVICE BY MAIL**

Order#: 33005733/mailproof