SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94303
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>               Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC., ET AL.,<br><br>               Defendants. | Case No.  3:20-cv-05787-SI<br><br>**DEFENDANT FACEBOOK, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Facebook, Inc. ("Facebook") states as follows:

1. Facebook has no parent corporation.
2. To its knowledge, no publicly held corporation owns 10 percent or more of Facebook's stock.

Dated: September 9, 2020                            Respectfully submitted,


By: */s/ Sonal N. Mehta*

Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94303
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

*Attorney for Defendants Facebook, Inc. and Mark Zuckerberg*