1  SONAL N. MEHTA (SBN 222086)
    Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California 94303
4  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
5

6  *Attorney for Defendants*
   FACEBOOK, INC. and
7  MARK ZUCKERBERG

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　Defendants. | Case No.  3:20-cv-05787-SI<br><br>**DEFENDANT FACEBOOK, INC.'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES** |

**LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant Facebook, Inc. certifies that as of this date, other than the named parties and parties identified by Plaintiff, there is no such interest to report.

Dated:  September 9, 2020                                  Respectfully submitted,

                                                                                    By: */s/ Sonal N. Mehta*

                                                                                    Sonal N. Mehta (SBN: 222086)
                                                                                    WILMER CUTLER PICKERING HALE AND DORR LLP
                                                                                    950 Page Mill Road
                                                                                    Palo Alto, California 94303
                                                                                    Tel.:  (650) 858-6000
                                                                                    Fax:  (650) 858-6100
                                                                                    Email: Sonal.Mehta@wilmerhale.com

                                                                                    *Attorney for Defendants Facebook, Inc. and Mark Zuckerberg*