SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

KEVIN L. VICK (SBN 220738)
kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

ROGER I. TEICH (SBN 147076)
rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR.
MARY HOLLAND
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
*(Subject to pro hac vice admission)*

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-05787-SI<br><br>**CIVIL LOCAL RULE 6-2(A) STIPULATION** |

Pursuant to Civil Local Rule 6-2(a), Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, have consented to the following enlargement of time to file Plaintiff's Opposition to any Rule 12 motion or other response to the Complaint:

1. Plaintiff's Opposition to any Rule 12 motions or other responses filed by Defendants shall be due December 21, 2020.

2. Defendants' Replies to Plaintiff's Opposition shall be due January 21, 2021.

Plaintiff filed the Complaint on August 17, 2020. (Dkt. 1). Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020 (Dkt. 16), and attempted service on Defendants The Poynter Institute for Media Studies, Inc., and PolitiFact on August 19, 2020 and August 27, 2020, respectively. A summons issued to Defendant Mark Zuckerberg on August 19, 2020. (Dkt. 7). Defendants' deadline to respond to the Complaint has been enlarged once by currently-filed stipulation to October 23, 2020.[1]

Good cause exists, and the parties' stipulated request for an enlargement of time is reasonable in light of the complicated subject matter of this case, the number of issues in dispute, and the need to coordinate among multiple, separately represented defendants. The Complaint includes four counts invoking complex issues of constitutional and statutory law. Moreover, the Thanksgiving holiday falls within the time allotted for Plaintiff to prepare its Opposition, as do the currently-scheduled case management conference and related filings, and the winter holidays fall within the time allotted for Defendants to prepare their replies. This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court enter an order allowing the enlargement of time set forth above.

---

[1] Defendants reserve their rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

Dated: September 9, 2020                                WILMER CUTLER PICKERING, HALE AND DORR LLP

                                                        By:  */s/ Sonal N. Mehta*
                                                             SONAL N. MEHTA

                                                        *Attorney for Defendants*
                                                        Facebook, Inc. and Mark Zuckerberg


Dated: September 9, 2020                                JASSY VICK CAROLAN LLP

                                                        By:  */s/ Kevin L. Vick*
                                                             KEVIN L. VICK

                                                        *Attorney for Defendants*
                                                        The Poynter Institute for Media Studies, Inc. and PolitiFact


Dated: September 9, 2020                                By:  */s/ Roger I. Teich*
                                                             ROGER I. TEICH

                                                        *Attorney for Plaintiff*
                                                        Children's Health Defense

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:  September 9, 2020                                  By:     */s/ Sonal N. Mehta*
                                                                                Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  September 9, 2020                                  By:     */s/ Sonal N. Mehta*
                                                                                Sonal N. Mehta