Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>FACEBOOK, INC., ET AL.<br><br>　　　　　　　　　　Defendant(s). | Case No: 3:20-cv-5787<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, **Ari Holtzblatt**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Facebook, Inc. and Mark Zuckerberg** in the above-entitled action. My local co-counsel in this case is **Sonal N. Mehta**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C.  20006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA  94306 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 663-6964 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 600-5051 |
| MY EMAIL ADDRESS OF RECORD:<br>ari.holtzblatt@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sonal.mehta@wilmerhale.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1009913**.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/10/20　　　　　　　　　　　　　　　　　　　Ari Holtzblatt
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of **Ari Holtzblatt** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　*October 2012*