1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

KEVIN L. VICK (SBN 220738)
   kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

ROGER I. TEICH (SBN 147076)
   rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR.
MARY HOLLAND
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
*(Subject to pro hac vice admission)*

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05787-SI<br><br>[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION |

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Oppositions to any Rule 12 motions or other responses to the Complaint filed by Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and/or PolitiFact shall be due December 21, 2020.

2. Defendants' Replies in support of any such Rule 12 motions shall be due January 21, 2021.

Dated: September 11, 2020

_____
By:  Hon. Susan Illston
     United States District Judge