Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Children's Health Defense )
                              Plaintiff(s), )  Case No: 20-cv-5787-SI
    v. )
Facebook LLC, Mark Zuckerberg et al, )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                             Defendant(s). )  (CIVIL LOCAL RULE 11-3)

I, Robert F. Kennedy, Jr., an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Children's Health Defense in the above-entitled action. My local co-counsel in this case is Roger Teich, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 48 Dewitt Mills Road<br>Hurley, NY 12443 | 290 Nevada Street<br>San Francisco, CA 94110 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (845) 481-2622 | (415) 948-0045 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rfk1954@gmail.com | rteich@juno.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1999994 NY.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/17/20

                                                     Robert F. Kennedy, Jr.
                                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert F. Kennedy, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 14, 2020

                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE