# AFFIDAVIT OF SUBSTITUTED SERVICE ON DEFENDANT MARK ZUCKERBERG THROUGH COUNSEL OF RECORD

**(Fed. R. Civ. Pro. 4-5 / / U.S.D.C. N.D. Civil L.R. 5-5)**

I, the undersigned, affirm that I am a citizen of the United States and a resident of San Francisco County. I am over the age of eighteen years and not a party to the within above entitled action. My business address is 290 Nevada Street, San Francisco, California 94110.

On September 10, 2020, plaintiff's counsel received an email from Ari Holtzblatt, WilmerHale, counsel for defendant Mark Zuckerberg, which stated in pertinent part: "WilmerHale agrees to accept service by email of the Complaint and Summons (and related documents) for Mark Zuckerberg. WilmerHale also agrees to accept service by email of the Order reassigning the case to Judge Illston (Dkt #14), and the Order re Initial Case Management Conference (Dkt #15)."

On September 14, 2020, I served all WilmerHale attorneys who have entered an appearance in this action as counsel for defendant Zuckerberg in the above-entitled action the following documents:

- Verified Complaint [Dkt. 1]
- Exhibit A [Dkt. 1-1]
- Civil Cover Sheet [Dkt. 1-2]
- Summons [Dkt. 7]
- Certification of Interested Entities or Persons [Dkt. 2]
- Order reassigning case [Dkt. 14]; Notice of of Eligibility for Video Recording [Dkt. 14-1]
- Clerk's Notice on Reassignment and Setting Case Management Conference [Dkt. 15]; Judge Illston's Standing Order [Dkt. 15-1]; All Judges Standing Order [Dkt. 15-2]

☐ via mail ☒ via email as follows:

Sonal N. Mehta
Sonal.Mehta@wilmerhale.com

Ari Holtzblatt
ari.holtzblatt@wilmerhale.com

Molly Jennings
Molly.Jennings@wilmerhale.com

Allison Schultz
Allison.Schultz@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Defendants Facebook, Inc. and Mark Zuckerberg

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 14, 2020.



Roger I. Teich