SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                Defendants. | Case No. 3:20-cv-05787-SI<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>Judge: Susan Illston |

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTE THAT** as of September 14, 2020, the Palo Alto office of Wilmer Cutler Pickering Hale and Dorr, LLP has relocated. The new mailing address for Sonal Mehta is:

**WilmerHale, LLP**

**2600 El Camino Real, Suite 400**

**Palo Alto, CA 94306**

Sonal Mehta's phone number and email address have not changed.

Dated:  September 14, 2020

WILMER CUTLER PICKERING, HALE AND DORR LLP

By:  */s/ Sonal N. Mehta*
       SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg