Reset Form

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | NORTHERN DISTRICT OF CALIFORNIA |

CHILDREN'S HEALTH DEFENSE, )
) Case No: 3:20-cv-05787
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
FACEBOOK, INC. et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Carol Jean LoCicero, an active member in good standing of the bar of the State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Poynter Institute / PolitiFact in the above-entitled action. My local co-counsel in this case is Kevin L. Vick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 601 South Boulevard | 800 Wilshire Boulevard, Suite 800 |
| Tampa, FL 33606 | Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (813) 984-3060 | (310) 870-7048 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| clocicero@tlolawfirm.com | kvick@jassyvick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 603030.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/15/20

Carol Jean LoCicero
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Carol Jean LoCicero is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE