

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon       )                        In Re:  0603030
                                             Carol Jean LoCicero
                                             Thomas & LoCicero PL
                                             601 S Boulevard
                                             Tampa, FL 33606-2629

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 17, 1986**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 3rd day of  **September**, **2020**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-100724