Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHILDREN'S HEALTH DEFENSE,                    )
                                              )   Case No: 3:20-cv-05787
                        Plaintiff(s),         )
                                              )   **APPLICATION FOR**
          v.                                  )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
FACEBOOK, INC. et al.,                        )   (CIVIL LOCAL RULE 11-3)
                                              )
                        Defendant(s).         )
                                              )

    I, Mark R. Caramanica _____, an active member in good standing of the bar of the State of Florida _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Poynter Institute / PolitiFact _____ in the above-entitled action. My local co-counsel in this case is Kevin L. Vick _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 601 South Boulevard<br>Tampa, FL 33606 | 800 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (813) 984-3060 | (310) 870-7048 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mcaramanica@tlolawfirm.com | kvick@jassyvick.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 110581 .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/15/20

                                   Mark R. Caramanica
                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Mark R. Caramanica _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE