Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHILDREN'S HEALTH DEFENSE,

Plaintiff(s),

v.

FACEBOOK, INC. et al.,

Defendant(s).

Case No: 3:20-cv-05787

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniela B. Abratt, an active member in good standing of the bar of the State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Poynter Institute / PolitiFact in the above-entitled action. My local co-counsel in this case is Kevin L. Vick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 915 Middle River Drive, Suite 309<br>Fort Lauderdale, FL 33304 | 800 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90017 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (954) 703-3418 | (310) 870-7048 |
| My email address of record: | Local co-counsel's email address of record: |
| dabratt@tlolawfirm.com | kvick@jassyvick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 118053.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/15/20

Daniela B. Abratt
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniela B. Abratt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 15, 2020

UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE