# Exhibit A

| | |
|---|---|
| **From:** | rteich@juno.com |
| **To:** | clocicero@tlolawfirm.com |
| **Cc:** | kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Mehta, Sonal |
| **Subject:** | RE: CHD v. Facebook, et al. |
| **Date:** | Friday, September 4, 2020 5:02:26 PM |

**EXTERNAL SENDER**

Hi All,

This will memorialize our phone call just now in which we agreed to a schedule in which (1) your client defendants will file responses to the Complaint by Friday, October 23, 2020; and (2) plaintiff will file its opposition to any motion to dismiss by Monday, December 7, 2020, subject to plaintiff's good cause for any further extension.

For our part, this agreement assumes that Sonal will also be representing Mark Zuckerberg individually, and that his response and plaintiff's responsive pleading (if any) will be governed by the stipulation. Please confirm at your early convenience.

We think it would be useful to hold another conference call next week to discuss a few early case management issues which are likely to arise. There is also a separate issue concerning Facebook only which we wish to take up with Sonal , perhaps at the end of the call.

How is Wednesday, September 9, at 11:30am PT/ 2:30 pm ET for a (no more than) 30-minute discussion?

Here is dial-in we can use --

Dial-In Number: 515-603-3171
Access Code: 1045032#


Sincerely,
Roger Teich