# Exhibit A

| | |
|---|---|
| **From:** | rteich@juno.com |
| **To:** | Mehta, Sonal |
| **Cc:** | clocicero@tlolawfirm.com; kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Holtzblatt, Ari; Jennings, Molly; Schultz, Allison |
| **Subject:** | RE: CHD v. Facebook, et al. |
| **Date:** | Wednesday, September 9, 2020 12:23:53 PM |
| **Attachments:** | FACEBOOK - Stip & [Pro] Order re Complaint Response Date (Roger v.2) - 09-09-2020.docx |
| | FACEBOOK - Stip & [Pro] Order re Complaint MTD Briefing Sched 2 (Roger v.2) - 09-09-2020.docx |
| | FACEBOOK - [PRO] ORDER RE MTD BRIEFING SCHEDULE (Roger v.2) - 09-09-2020.docx |
| | FACEBOOK - S. MEHTA DEC. STIP EXT COMPLAINT RESPONSE [Roger v.2] - 09-09-2020.docx |

**EXTERNAL SENDER**

Sonal,

Attached, our revisions in Track Changes to the two Stipulations, [Proposed] Order, and your declaration. You have our consent to file these pleadings only as revised.

I look forward to working with you, too. In normal times, it would still be difficult to file jointly the same day if we receive the drafts at or after the close of business eastern time where Children's Health Defense and its general counsel are located. And, these are not normal times. I'm in Mendocino County right now.

We will not agree to continue the November 20, 2020 case management conference at this time. In particular, we have concerns about ESI retention and protocols in this case for which the Local Rules contemplate a specific meet and confer, and stipulation.

We also believe that such stipulation should commit your clients not to apply amended Section 3.2 of Facebook's Terms of Service (effective October 1, 2020) to Children's Health Defense during the pendency of this litigation, for reasons we can discuss at the ESI-meet and confer.

I look forward to discussing this matter with you at 11:30am today.

best,
Roger Teich


---------- Original Message ----------
From: "Mehta, Sonal" <Sonal.Mehta@wilmerhale.com>
To: "rteich@juno.com" <rteich@juno.com>, "clocicero@tlolawfirm.com"
<clocicero@tlolawfirm.com>
Cc: "kvick@jassyvick.com" <kvick@jassyvick.com>,
"mary.holland@childrenshealthdefense.org" <mary.holland@childrenshealthdefense.org>,
"Holtzblatt, Ari" <Ari.Holtzblatt@wilmerhale.com>, "Jennings, Molly"
<Molly.Jennings@wilmerhale.com>, "Schultz, Allison" <Allison.Schultz@wilmerhale.com>
Subject: RE: CHD v. Facebook, et al.
Date: Tue, 8 Sep 2020 22:23:12 +0000

1

Roger,

Attached, please find the stipulations we discussed last Friday, extending the deadline responses to the complaint to October 23, and setting a further briefing schedule including a deadline of January 7, 2021, for defendants' replies. (The local rules treat motions for extensions of time to respond to a complaint differently from other extensions, so we have to file two separate stipulations). We would like to get these on file today and appreciate your confirmation that we have permission to sign for you.

Also, given that the motion(s) to dismiss won't be fully briefed until January 2021, we have proposed including a stipulation continuing the November 20 case management conference for the time being.

We can join a call for 30 minutes at 11:30 am PT tomorrow. Speak with you then.

Best,

**Sonal N. Mehta | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 600 5051 (t)
+1 650 858 6100 (f)
sonal.mehta@wilmerhale.com

---

**From:** rteich@juno.com <rteich@juno.com>
**Sent:** Friday, September 4, 2020 2:01 PM
**To:** clocicero@tlolawfirm.com
**Cc:** kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Subject:** RE: CHD v. Facebook, et al.

**EXTERNAL SENDER**

Hi All,

This will memorialize our phone call just now in which we agreed to a schedule in which (1) your client defendants will file responses to the Complaint by Friday, October 23, 2020; and (2) plaintiff will file its opposition to any motion to dismiss by Monday, December 7, 2020, subject to plaintiff's good cause for any further extension.

For our part, this agreement assumes that Sonal will also be representing Mark Zuckerberg individually, and that his response and plaintiff's responsive pleading (if any) will be governed by the stipulation. Please confirm at your early convenience.

We think it would be useful to hold another conference call next week to discuss a few early case management issues which are likely to arise. There is also a separate issue concerning Facebook only which we wish to take up with Sonal , perhaps at the end of the call.

How is Wednesday, September 9, at 11:30am PT/ 2:30 pm ET for a (no more than) 30-minute discussion?

Here is dial-in we can use --

Dial-In Number: 515-603-3171
Access Code: 1045032#

Sincerely,
Roger Teich

1  SONAL N. MEHTA (SBN 222086)              ROGER I. TEICH (SBN 147076)
     Sonal.Mehta@wilmerhale.com               rteich@juno.com
2  WILMER CUTLER PICKERING                   290 Nevada Street
     HALE AND DORR LLP                       San Francisco, California 94110
3  950 Page Mill Road                        Telephone: (415) 948-0045
   Palo Alto, California 94304
4  Telephone: (650) 858-6000                 ROBERT F. KENNEDY, JR.
   Facsimile: (650) 858-6100                 MARY HOLLAND
5                                            mary.holland@childrenshealthdefense.org
   *Attorney for Defendants*                 Children's Health Defense
6  FACEBOOK, INC. and                        1227 North Peachtree Parkway, Suite 202
   MARK ZUCKERBERG                           Peachtree City, GA 30269
7                                            Telephone: (917) 743-3868
                                             *Subject to pro hac vice admission)*
8
                                             *Attorneys for Plaintiff*
9                                            CHILDREN'S HEALTH DEFENSE

10
   KEVIN L. VICK (SBN 220738)
11   kvick@jassyvick.com
   JASSY VICK CAROLAN LLP
12 800 Wilshire Blvd.
   Suite 800
13 Los Angeles, California 90017
   Telephone: (310) 870-7048
14 Facsimile: (310) 870-7010

15 *Attorney for Defendants*
   THE POYNTER INSTITUTE FOR MEDIA
16 STUDIES, INC. and POLITIFACT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>        Defendants. | Case No. 3:20-cv-05787-SI<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT PER L.R. 6-1(A)** |

Pursuant to Civil Local Rule 6-1(a), Defendants Facebook, Inc., Mark Zuckerberg, PolitiFact, and The Poynter Institute for Media Studies, Inc. ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint (Dkt. 1) on August 17, 2020;

WHEREAS, Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020. (Dkt. 16). A summons also issued to Mark Zuckerberg on August 19, 2020 (Dkt. 7) Service was also attempted on The Poynter Institute for Media Studies on August 19, 2020, and on PolitiFact on August 27, 2020. .

WHEREAS, Defendant Facebook, Inc.'s response to the Complaint is currently due September 9, 2020. Assuming Mr. Zuckerberg was served the same day as Facebook, and barring any service defects, Defendant Mr. Zuckerberg's response to the Complaint would also be due on September 9, 2020. Barring any service defects, Defendants The Poynter Institute for Media Studies, Inc.'s and PolitiFact's response to the Complaint would be due on September 9, 2020 and September 17, 2020.

WHEREAS, these defendants only recently retained present counsel to represent them in this action.

WHEREAS, Defendants have asked for, and Plaintiff has consented to, an extension of time for Defendants to answer, move, or otherwise respond to the Complaint, up to and including October 23, 2020. This represents a 44-day extension with respect to Defendants Facebook, Inc., Mark Zuckerberg, and The Poynter Institute for Media Studies, Inc., and a 36-day extension with respect to Defendant PolitiFact.

WHEREAS, the parties also wish to align the response dates and briefing schedule for Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact.

WHEREAS, this is the first extension of time in this matter.

- 2 -

1  **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendants, pursuant to
2  Civil Local Rule 6-1(a), to enlarge the time for Defendants to answer, move, or otherwise respond to
3  the Complaint up to and including October 23, 2020.[1]

5  Dated:  September 8, 2020                                WILMER CUTLER PICKERING, HALE AND DORR LLP

                                                            By:   /s/ Sonal N. Mehta
                                                                  SONAL N. MEHTA

                                                            *Attorney for Defendants*
                                                            Facebook, Inc. and Mark Zuckerberg

11 Dated:  September 8, 2020                                JASSY VICK CAROLAN LLP

                                                            By:   /s/ Kevin L. Vick
                                                                  KEVIN L. VICK

                                                            *Attorney for Defendants*
                                                            The Poynter Institute for Media Studies, Inc, and PolitiFact

---

[1] Defendants reserve their rights to raise any jurisdictional challenges in response to the Complaint, and this Stipulation does not waive any such rights.

1
2  Dated: September 9, 2020						By:	*/s/ Roger Ian Teich*
3										ROGER IAN TEICH
4										*Attorney for Plaintiff*
										Children's Health Defense
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time To Respond To Complaint. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: September 8, 2020              By:   */s/ Sonal N. Mehta*
                                                                    Sonal N. Mehta

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: September 8, 2020              By:   */s/ Sonal N. Mehta*
                                                                    Sonal N. Mehta

| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorney for Defendants*<br>FACEBOOK, INC. and<br>MARK ZUCKERBERG | ROGER I. TEICH (SBN 147076)<br>rteich@juno.com<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>ROBERT F. KENNEDY, JR.<br>MARY HOLLAND<br>mary.holland@childrenshealthdefense.org<br>Children's Health Defense<br>1227 North Peachtree Parkway, Suite 202<br>Peachtree City, GA 30269<br>Telephone: (917) 743-3868<br>*(Subject to pro hac vice admission)*<br><br>*Attorneys for Plaintiff*<br>CHILDREN'S HEALTH DEFENSE |

KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                    Defendants. | Case No. 3:20-cv-05787-SI<br><br>**CIVIL LOCAL RULE 6-2(A)<br>STIPULATION** |

Pursuant to Civil Local Rule 6-2(a), Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, have consented to the following enlargement of time to file Plaintiff's Opposition to any Rule 12 motion or other response to the Complaint:

1. Plaintiff's Opposition to any Rule 12 motions or other response filed by Defendants shall be due December 21, 2020

2. Defendants' Replies to Plaintiff's Opposition shall be due January 21, 2021.

3. 

Plaintiff filed the Complaint on August 17, 2020. (Dkt. 1). Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020 (Dkt. 16), and attempted service on Defendants The Poynter Institute for Media Studies, Inc., and PolitiFact on August 19, 2020 and August 27, 2020, respectively. A summons issued to Defendant Mark Zuckerberg on August 19, 2020 (Dkt. 7). Defendants' deadline to respond to the Complaint has been enlarged once by currently-filed stipulation to October 23, 2020.

Good cause exists, and the parties' stipulated request for an enlargement of time is reasonable in light of the complicated subject matter of this case, the number of issues in dispute, and the need to coordinate among multiple, separately represented defendants. The Complaint includes four counts invoking complex issues of constitutional and statutory law. Moreover, the Thanksgiving holiday falls within the time allotted for Plaintiff to prepare its Opposition, as does the currently-scheduled case management conference and related filings, and the winter holidays fall within the time allotted for Defendants to prepare their replies. This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court enter an order allowing the enlargement of time and continuance set forth above.

| | | |
|---|---|---|
| Dated: September 8, 2020 | | WILMER CUTLER PICKERING, HALE AND DORR LLP |
| | By: | */s/ Sonal N. Mehta* <br> SONAL N. MEHTA |
| | | *Attorney for Defendants* <br> Facebook, Inc. and Mark Zuckerberg |
| Dated: September 8, 2020 | | JASSY VICK CAROLAN LLP |
| | By: | */s/ Kevin L. Vick* <br> KEVIN L. VICK |
| | | *Attorney for Defendants* <br> The Poynter Institute for Media Studies, Inc. and PolitiFact |
| Dated: September 8, 2020 | By: | */s/ Roger I. Teich* <br> ROGER I. TEICH |
| | | *Attorney for Plaintiff* <br> Children's Health Defense |

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time To Respond To Complaint. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:  September 8, 2020                              By:    */s/ Sonal N. Mehta*
                                                                           Sonal N. Mehta

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  September 8, 2020                              By:    */s/ Sonal N. Mehta*
                                                                           Sonal N. Mehta

1  SONAL N. MEHTA (SBN 222086)
    Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

5

   *Attorney for Defendants*
6  FACEBOOK, INC. and
   MARK ZUCKERBERG

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12  CHILDREN'S HEALTH DEFENSE,

13                      Plaintiff,                  Case No. 3:20-cv-05787-SI

14       v.                                         **DECLARATION OF SONAL N.
                                                    MEHTA IN SUPPORT OF CIVIL
15  FACEBOOK, INC., ET AL.,                         LOCAL RULE 6-2(A) STIPULATION**

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

I, Sonal N. Mehta, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendants Facebook, Inc. and Mark Zuckerberg in the above-captioned action.

2. Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc. and PolitiFact have sought an enlargement of time to respond to Plaintiff's Complaint.

3. Plaintiff requested, and the parties have agreed to, subject to the Court's approval, an enlargement of time for Plaintiff to respond to any Rule 12 motions or other responses filed by Defendants up to and including December 21, 2020, and for Defendants to file their replies in support of any Rule 12 motions to January 21, 2021.

4. The parties are requesting the Court allow this proposed enlargement of time because of the complicated subject matter of this case, the number of issues in dispute, and the need to coordinate among multiple, separately represented defendants. The Complaint includes several alleged constitutional and statutory violations. This proposed schedule will allow the parties adequate time to study the issues and submit briefing that will aid the Court in its resolution of any Rule 12 motion.

5. Moreover, the Thanksgiving holiday and early case management conference fall within the time allotted for Plaintiff to prepare its opposition brief, and the winter holidays fall within the time allotted for Defendants to prepare their replies.

6. The time for Defendants to answer, move, or otherwise respond to the complaint has been enlarged once by stipulation filed concurrently herewith, from September 9 to October 23, 2020 for Defendants Facebook, Inc., Mark Zuckerberg, and The Poynter Institute for Media Studies, Inc., and from September 17 to October 23, 2020 for Defendant PolitiFact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of September 2020 in Redwood City, California.

By:   /s/ *Sonal N. Mehta*

- 1 -

| | |
|---|---|
| 1 | Sonal N. Mehta |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 <br><br> *Attorney for Defendants* <br> FACEBOOK, INC. and <br> MARK ZUCKERBERG <br><br> KEVIN L. VICK (SBN 220738) <br>    kvick@jassyvick.com <br> JASSY VICK CAROLAN LLP <br> 800 Wilshire Blvd. <br> Suite 800 <br> Los Angeles, California 90017 <br> Telephone:  (310) 870-7048 <br> Facsimile:  (310) 870-7010 <br><br> *Attorney for Defendants* <br> THE POYNTER INSTITUTE FOR MEDIA <br> STUDIES, INC. and POLITIFACT | ROGER I. TEICH (SBN 147076) <br>  rteich@juno.com <br> 290 Nevada Street <br> San Francisco, California 94110 <br> Telephone:  (415) 948-0045 <br><br> ROBERT F. KENNEDY, JR. <br> MARY HOLLAND <br> mary.holland@childrenshealthdefense.org <br> Children's Health Defense <br> 1227 North Peachtree Parkway, Suite 202 <br> Peachtree City, GA 30269 <br> Telephone:  (917) 743-3868 <br> Subject to pro hac vice admission) <br><br> *Attorneys for Plaintiff* <br> CHILDREN'S HEALTH DEFENSE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., ET AL., <br><br> Defendants. | Case No. 3:20-cv-05787-SI <br><br> **[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Oppositions to any Rule 12 motions or other responses to the Complaint filed by Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and/or PolitiFact shall be due December 21, 2020.
2. Defendants' Replies in support of any such Rule 12 motions shall be due January 21, 2021.
3.

Dated: _____

_____
By:  Hon. Susan Illston
     United States District Judge