Exhibit B

| | |
|---|---|
| **From:** | Holtzblatt, Ari |
| **To:** | rteich@juno.com; Mehta, Sonal |
| **Cc:** | clocicero@tlolawfirm.com; kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Jennings, Molly; Schultz, Allison |
| **Subject:** | RE: CHD v. Facebook, et al. |
| **Date:** | Wednesday, September 9, 2020 3:27:36 PM |
| **Attachments:** | CHD 6.1 Stip Redline.docx |
| | CHD 6.2 Stip Redline.docx |
| | CHD CLR 6-2 Stipulation - 9.9.20 revised_(181767465)_(5).DOCX |
| | CHD CLR 6-1 Stipulation - 9.9.20 revised_(181763211)_(6).DOCX |
| | CHD CLR 6-2 Stipulation Proposed Order - 9.9.20 revised_(181763212)_(4).DOCX |
| | CHD 6.2 Proposed Order Redline.docx |
| | 3bclean-control.bin |

Roger,

Attached are revised versions of the two stipulations and the proposed order, along with redlines against the versions that you sent us.  Please confirm that we can attest to your signature on the two stipulations.

Regards,

Ari

---

**From:** rteich@juno.com <rteich@juno.com>
**Sent:** Wednesday, September 9, 2020 12:23 PM
**To:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Cc:** clocicero@tlolawfirm.com; kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>; Schultz, Allison <Allison.Schultz@wilmerhale.com>
**Subject:** RE: CHD v. Facebook, et al.

EXTERNAL SENDER

Sonal,

Attached, our revisions in Track Changes to the two Stipulations, [Proposed] Order, and your declaration. You have our consent to file these pleadings only as revised.

I look forward to working with you, too. In normal times, it would still be difficult to file jointly the same day if we receive the drafts at or after the close of business eastern time where Children's Health Defense and its general counsel are located. And, these are not normal times. I'm in Mendocino County right now.

We will not agree to continue the November 20, 2020 case management conference at this time. In particular, we have concerns about ESI retention and protocols in this case for which the Local Rules contemplate a specific

meet and confer, and stipulation.

We also believe that such stipulation should commit your clients not to apply amended Section 3.2 of Facebook's Terms of Service (effective October 1, 2020) to Children's Health Defense during the pendency of this litigation, for reasons we can discuss at the ESI-meet and confer.

I look forward to discussing this matter with you at 11:30am today.

best,
Roger Teich


---------- Original Message ----------
From: "Mehta, Sonal" <Sonal.Mehta@wilmerhale.com>
To: "rteich@juno.com" <rteich@juno.com>, "clocicero@tlolawfirm.com" <clocicero@tlolawfirm.com>
Cc: "kvick@jassyvick.com" <kvick@jassyvick.com>, "mary.holland@childrenshealthdefense.org" <mary.holland@childrenshealthdefense.org>, "Holtzblatt, Ari" <Ari.Holtzblatt@wilmerhale.com>, "Jennings, Molly" <Molly.Jennings@wilmerhale.com>, "Schultz, Allison" <Allison.Schultz@wilmerhale.com>
Subject: RE: CHD v. Facebook, et al.
Date: Tue, 8 Sep 2020 22:23:12 +0000

Roger,

Attached, please find the stipulations we discussed last Friday, extending the deadline responses to the complaint to October 23, and setting a further briefing schedule including a deadline of January 7, 2021, for defendants' replies.  (The local rules treat motions for extensions of time to respond to a complaint differently from other extensions, so we have to file two separate stipulations). We would like to get these on file today and appreciate your confirmation that we have permission to sign for you.

Also, given that the motion(s) to dismiss won't be fully briefed until January 2021, we have proposed including a stipulation continuing the November 20 case management conference for the time being.

We can join a call for 30 minutes at 11:30 am PT tomorrow. Speak with you then.

Best,

**Sonal N. Mehta | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA

+1 650 600 5051 (t)
+1 650 858 6100 (f)
sonal.mehta@wilmerhale.com

---

**From:** rteich@juno.com <rteich@juno.com>
**Sent:** Friday, September 4, 2020 2:01 PM
**To:** clocicero@tlolawfirm.com
**Cc:** kvick@jassyvick.com; mary.holland@childrenshealthdefense.org; Mehta, Sonal
<Sonal.Mehta@wilmerhale.com>
**Subject:** RE: CHD v. Facebook, et al.

> [!EXTERNAL SENDER]
**EXTERNAL SENDER**

Hi All,

This will memorialize our phone call just now in which we agreed to a
schedule in which (1) your client defendants will file responses to the
Complaint by Friday, October 23, 2020; and (2) plaintiff will file its
opposition to any motion to dismiss by Monday, December 7, 2020, subject
to plaintiff's good cause for any further extension.

For our part, this agreement assumes that Sonal will also be representing
Mark Zuckerberg individually, and that his response and plaintiff's
responsive pleading (if any) will be governed by the stipulation. Please
confirm at your early convenience.

We think it would be useful to hold another conference call next week to
discuss a few early case management issues which are likely to arise. There
is also a separate issue concerning Facebook only which we wish to take up
with Sonal , perhaps at the end of the call.

How is Wednesday, September 9, at 11:30am PT/ 2:30 pm ET for a (no more
than) 30-minute discussion?

Here is dial-in we can use --

Dial-In Number: 515-603-3171
Access Code: 1045032#


Sincerely,

Roger Teich

1   SONAL N. MEHTA (SBN 222086)              ROGER I. TEICH (SBN 147076)
      Sonal.Mehta@wilmerhale.com               rteich@juno.com
2   WILMER CUTLER PICKERING                   290 Nevada Street
      HALE AND DORR LLP                        San Francisco, California 94110
3   950 Page Mill Road                         Telephone:  (415) 948-0045
    Palo Alto, California 94304
4   Telephone:  (650) 858-6000                 ROBERT F. KENNEDY, JR.
    Facsimile:  (650) 858-6100                 MARY HOLLAND
5                                              mary.holland@childrenshealthdefense.org
    *Attorney for Defendants*                  Children's Health Defense
6   FACEBOOK, INC. and                         1227 North Peachtree Parkway, Suite 202
    MARK ZUCKERBERG                            Peachtree City, GA 30269
7                                              Telephone:  (917) 743-3868
                                               *(Subject to pro hac vice admission)*
8   KEVIN L. VICK (SBN 220738)
      kvick@jassyvick.com                      *Attorneys for Plaintiff*
9   JASSY VICK CAROLAN LLP                     CHILDREN'S HEALTH DEFENSE
    800 Wilshire Blvd.
10  Suite 800
    Los Angeles, California 90017
11  Telephone:  (310) 870-7048
    Facsimile:  (310) 870-7010
12
    *Attorney for Defendants*
13  THE POYNTER INSTITUTE FOR MEDIA
    STUDIES, INC. and POLITIFACT
14

15

16

17                    **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19                      **SAN FRANCISCO DIVISION**

20  CHILDREN'S HEALTH DEFENSE,

21                          Plaintiff,          Case No. 3:20-cv-05787-SI

22          v.                                  **STIPULATION TO ENLARGE TIME
                                                TO RESPOND TO COMPLAINT PER
23  FACEBOOK, INC., ET AL.,                     L.R. 6-1(A)**

24                          Defendants.

25

26

27

28

1    Pursuant to Civil Local Rule 6-1(a), Defendants Facebook, Inc., Mark Zuckerberg, PolitiFact,

2    and The Poynter Institute for Media Studies, Inc. ("Defendants") and Plaintiff Children's Health

3    Defense ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

4    WHEREAS, Plaintiff filed the Complaint (Dkt. 1) on August 17, 2020;

5    WHEREAS, Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020.

6    (Dkt. 16).  A summons also issued to Mark Zuckerberg on August 19, 2020.  (Dkt. 7).  Service was

7    also attempted on The Poynter Institute for Media Studies on August 19, 2020, and on PolitiFact on

8    August 27, 2020.[1]

9    WHEREAS, Defendant Facebook, Inc.'s response to the Complaint is currently due September

10   9, 2020.  Assuming Mr. Zuckerberg was served the same day as Facebook, and barring any service

11   defects, Defendant Mr. Zuckerberg's response to the Complaint would also be due on September 9,

12   2020.  Barring any service defects, Defendants The Poynter Institute for Media Studies, Inc.'s and

13   PolitiFact's response to the Complaint would be due on September 9, 2020 and September 17, 2020.

14   WHEREAS, these Defendants only recently retained present counsel to represent them in this

15   action.

16   WHEREAS, Defendants have asked for, and Plaintiff has consented to, an extension of time

17   for Defendants to answer, move, or otherwise respond to the Complaint, up to and including October

18   23, 2020.  This represents a 44-day extension with respect to Defendants Facebook, Inc., Mark

19   Zuckerberg, and The Poynter Institute for Media Studies, Inc., and a 36-day extension with respect to

20   Defendant PolitiFact.

21   WHEREAS, the parties also wish to align the response dates and briefing schedule for

22   Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and

23   PolitiFact.

24   WHEREAS, this is the first extension of time in this matter and will not affect any other date

25   already set by Court order.

26

27

28   [1] Defendants reserve their rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

1      **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendants, pursuant to

2    Civil Local Rule 6-1(a), to enlarge the time for Defendants to answer, move, or otherwise respond

3    to the Complaint up to and including October 23, 2020.

4

5    Dated:  September 9, 2020         WILMER CUTLER PICKERING, HALE AND DORR LLP

6

7                       By:   */s/ Sonal N. Mehta*
                                SONAL N. MEHTA

8                     *Attorney for Defendants*
                     Facebook, Inc. and Mark Zuckerberg

9

10

11   Dated:  September 9, 2020         JASSY VICK CAROLAN LLP

12                    By:   */s/ Kevin L. Vick*
                               KEVIN L. VICK

13

14                   *Attorney for Defendants*
                   The Poynter Institute for Media Studies, Inc, and PolitiFact

15

16

17   Dated:  September 9, 2020      By:   */s/ Roger Ian Teich*
                               ROGER IAN TEICH

18                   *Attorney for Plaintiff*
                   Children's Health Defense

19

20

21

22

23

24

25

26

27

28

1

2

**SIGNATURE ATTESTATION**

3

     I am the ECF User whose identification and password are being used to file the foregoing

4

Stipulation To Enlarge Time To Respond To Complaint.  Pursuant to Civil Local Rule 5-1(i), I

5

hereby attest that the other signatures have concurred in this filing.

6

Dated:  September 9, 2020               By:    */s/ Sonal N. Mehta*

7

                                  Sonal N. Mehta

8

9

**CERTIFICATE OF SERVICE**

10

     I hereby certify that on September 9, 2020, I electronically filed the above document with

11

the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all

12

registered counsel.

13

14

Dated:  September 9, 2020               By:    */s/ Sonal N. Mehta*

15

                                  Sonal N. Mehta

16

17

18

19

20

21

22

23

24

25

26

27

28

1   SONAL N. MEHTA (SBN 222086)                 ROGER I. TEICH (SBN 147076)
      Sonal.Mehta@wilmerhale.com                  rteich@juno.com
2   WILMER CUTLER PICKERING                       290 Nevada Street
      HALE AND DORR LLP                           San Francisco, California 94110
3   950 Page Mill Road                            Telephone:  (415) 948-0045
    Palo Alto, California 94304
4   Telephone:  (650) 858-6000                    ROBERT F. KENNEDY, JR.
    Facsimile:  (650) 858-6100                    MARY HOLLAND
5                                                 mary.holland@childrenshealthdefense.org
    *Attorney for Defendants*                     Children's Health Defense
6   FACEBOOK, INC. and                            1227 North Peachtree Parkway, Suite 202
    MARK ZUCKERBERG                               Peachtree City, GA 30269
7                                                 Telephone:  (917) 743-3868
                                                  *(Subject to pro hac vice admission)*
8
                                                  *Attorneys for Plaintiff*
9                                                 CHILDREN'S HEALTH DEFENSE

10  KEVIN L. VICK (SBN 220738)
      kvick@jassyvick.com
11  JASSY VICK CAROLAN LLP
    800 Wilshire Blvd.
12  Suite 800
    Los Angeles, California 90017
13  Telephone:  (310) 870-7048
    Facsimile:  (310) 870-7010
14
    *Attorney for Defendants*
15  THE POYNTER INSTITUTE FOR MEDIA
    STUDIES, INC. and POLITIFACT
16

17
18                     **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

                       **SAN FRANCISCO DIVISION**
20

21   CHILDREN'S HEALTH DEFENSE,

22                     Plaintiff,                 Case No.  3:20-cv-05787-SI

23          v.                                    **CIVIL LOCAL RULE 6-2(A)**
                                                  **STIPULATION**
24   FACEBOOK, INC., ET AL.,

25                     Defendants.

26

27

28

ActiveUS 176878693.1

Pursuant to Civil Local Rule 6-2(a), Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, have consented to the following enlargement of time to file Plaintiff's Opposition to any Rule 12 motion or other response to the Complaint:

1.      Plaintiff's Opposition to any Rule 12 motions or other responses filed by Defendants shall be due December 21, 2020.

2.      Defendants' Replies to Plaintiff's Opposition shall be due January 21, 2021.

Plaintiff filed the Complaint on August 17, 2020.  (Dkt. 1).  Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020 (Dkt. 16), and attempted service on Defendants The Poynter Institute for Media Studies, Inc., and PolitiFact on August 19, 2020 and August 27, 2020, respectively.  A summons issued to Defendant Mark Zuckerberg on August 19, 2020.  (Dkt. 7).  Defendants' deadline to respond to the Complaint has been enlarged once by currently-filed stipulation to October 23, 2020.[1]

Good cause exists, and the parties' stipulated request for an enlargement of time is reasonable in light of the complicated subject matter of this case, the number of issues in dispute, and the need to coordinate among multiple, separately represented defendants.  The Complaint includes four counts invoking complex issues of constitutional and statutory law.  Moreover, the Thanksgiving holiday falls within the time allotted for Plaintiff to prepare its Opposition, as do the currently-scheduled case management conference and related filings, and the winter holidays fall within the time allotted for Defendants to prepare their replies.  This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court enter an order allowing the enlargement of time and continuance set forth above.

---

[1] Defendants reserve their rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

1

2 Dated: September 9, 2020      WILMER CUTLER PICKERING, HALE AND
                       DORR LLP

3                       By:  */s/ Sonal N. Mehta*

4                           SONAL N. MEHTA

5                       *Attorney for Defendants*
                       Facebook, Inc. and Mark Zuckerberg

6

7 Dated: September 9, 2020      JASSY VICK CAROLAN LLP

8                       By:  */s/  Kevin L. Vick*

9                           KEVIN L. VICK

10                     *Attorney for Defendants*
                     The Poynter Institute for Media Studies, Inc. and

11                     PolitiFact

12

13 Dated: September 9, 2020      By:  */s/ Roger I. Teich*
                           ROGER I. TEICH

14

15                     *Attorney for Plaintiff*
                     Children's Health Defense

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time To Respond To Complaint.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:  September 9, 2020                              By:    */s/ Sonal N. Mehta*
                                                                  Sonal N. Mehta

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  September 9, 2020                              By:    */s/ Sonal N. Mehta*
                                                                  Sonal N. Mehta

- 3 -

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG


KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

ROGER I. TEICH (SBN 147076)
  rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR.
MARY HOLLAND
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
*(Subject to pro hac vice admission)*

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                    Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                    Defendants. | Case No.  3:20-cv-05787-SI<br><br>**CIVIL LOCAL RULE 6-2(A) STIPULATION** |

Pursuant to Civil Local Rule 6-2(a), Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, have consented to the following enlargement of time to file Plaintiff's Opposition to any Rule 12 motion or other response to the Complaint:

1.      Plaintiff's Opposition to any Rule 12 motions or other responses filed by Defendants shall be due December 21, 2020.

2.      Defendants' Replies to Plaintiff's Opposition shall be due January 21, 2021.

Plaintiff filed the Complaint on August 17, 2020.  (Dkt. 1).  Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020 (Dkt. 16), and attempted service on Defendants The Poynter Institute for Media Studies, Inc., and PolitiFact on August 19, 2020 and August 27, 2020, respectively.  A summons issued to Defendant Mark Zuckerberg on August 19, 2020.  (Dkt. 7). Defendants' deadline to respond to the Complaint has been enlarged once by currently-filed stipulation to October 23, 2020.[1]

Good cause exists, and the parties' stipulated request for an enlargement of time is reasonable in light of the complicated subject matter of this case, the number of issues in dispute, and the need to coordinate among multiple, separately represented defendants.  The Complaint includes four counts invoking complex issues of constitutional and statutory law.  Moreover, the Thanksgiving holiday falls within the time allotted for Plaintiff to prepare its Opposition, as do the currently-scheduled case management conference and related filings, and the winter holidays fall within the time allotted for Defendants to prepare their replies.  This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court enter an order allowing the enlargement of time and continuance set forth above.

---

[1] Defendants reserve their rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

1

2   Dated:  September 9, 2020                    WILMER CUTLER PICKERING, HALE AND
                                                DORR LLP

3                                               By:    /s/ Sonal N. Mehta
4                                                      SONAL N. MEHTA

5                                               Attorney for Defendants
                                                Facebook, Inc. and Mark Zuckerberg
6

7   Dated:  September 9, 2020                    JASSY VICK CAROLAN LLP

8                                               By:    /s/  Kevin L. Vick
9                                                      KEVIN L. VICK

10                                              Attorney for Defendants
                                                The Poynter Institute for Media Studies, Inc. and
11                                              PolitiFact

12

13  Dated:  September 9, 2020                    By:    /s/ Roger I. Teich
                                                       ROGER I. TEICH
14
                                                Attorney for Plaintiff
15                                              Children's Health Defense

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **SIGNATURE ATTESTATION**

2      I am the ECF User whose identification and password are being used to file the foregoing

3  Stipulation To Enlarge Time To Respond To Complaint.  Pursuant to Civil Local Rule 5-1(i), I

4  hereby attest that the other signatures have concurred in this filing.

5  Dated:  September 9, 2020                    By:    */s/ Sonal N. Mehta*_____
                                                             Sonal N. Mehta

6

7

8

9

## **CERTIFICATE OF SERVICE**

10      I hereby certify that on September 9, 2020, I electronically filed the above document with

11  the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all

12  registered counsel.

13

14  Dated:  September 9, 2020                    By:    */s/ Sonal N. Mehta*_____
                                                             Sonal N. Mehta

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 3:20-CV-05787-SI                                    CIVIL LOCAL RULE 6-2(A) STIPULATION

1    SONAL N. MEHTA (SBN 222086)                ROGER I. TEICH (SBN 147076)
       Sonal.Mehta@wilmerhale.com                  rteich@juno.com
2    WILMER CUTLER PICKERING                     290 Nevada Street
       HALE AND DORR LLP                         San Francisco, California 94110
3    950 Page Mill Road                          Telephone:  (415) 948-0045
     Palo Alto, California 94304
4    Telephone:  (650) 858-6000                  ROBERT F. KENNEDY, JR.
     Facsimile:  (650) 858-6100                  MARY HOLLAND
5                                                mary.holland@childrenshealthdefense.org
     *Attorney for Defendants*                   Children's Health Defense
6    FACEBOOK, INC. and                          1227 North Peachtree Parkway, Suite 202
     MARK ZUCKERBERG                             Peachtree City, GA 30269
7                                                Telephone:  (917) 743-3868
                                                 *(Subject to pro hac vice admission)*
8    KEVIN L. VICK (SBN 220738)
       kvick@jassyvick.com                       *Attorneys for Plaintiff*
9    JASSY VICK CAROLAN LLP                      CHILDREN'S HEALTH DEFENSE
     800 Wilshire Blvd.
10   Suite 800
     Los Angeles, California 90017
11   Telephone:  (310) 870-7048
     Facsimile:  (310) 870-7010
12
     *Attorney for Defendants*
13   THE POYNTER INSTITUTE FOR MEDIA
     STUDIES, INC. and POLITIFACT

14

15

16

17                      **UNITED STATES DISTRICT COURT**

18                     **NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

20   CHILDREN'S HEALTH DEFENSE,

21                          Plaintiff,                Case No. 3:20-cv-05787-SI

22          v.                                        **STIPULATION TO ENLARGE TIME
                                                      TO RESPOND TO COMPLAINT PER
23   FACEBOOK, INC., ET AL.,                          L.R. 6-1(A)**

24                          Defendants.

25

26

27

28

Pursuant to Civil Local Rule 6-1(a), Defendants Facebook, Inc., Mark Zuckerberg, PolitiFact, and The Poynter Institute for Media Studies, Inc. ("Defendants") and Plaintiff Children's Health Defense ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint (Dkt. 1) on August 17, 2020;

WHEREAS, Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020. (Dkt. 16).  A summons also issued to Mark Zuckerberg on August 19, 2020.  (Dkt. 7).  Service was also attempted on The Poynter Institute for Media Studies on August 19, 2020, and on PolitiFact on August 27, 2020.[1]

WHEREAS, Defendant Facebook, Inc.'s response to the Complaint is currently due September 9, 2020.  Assuming Mr. Zuckerberg was served the same day as Facebook, and barring any service defects, Defendant Mr. Zuckerberg's response to the Complaint would also be due on September 9, 2020.  Barring any service defects, Defendants The Poynter Institute for Media Studies, Inc.'s and PolitiFact's response to the Complaint would be due on September 9, 2020 and September 17, 2020.

WHEREAS, these Defendants only recently retained present counsel to represent them in this action.

WHEREAS, Defendants have asked for, and Plaintiff has consented to, an extension of time for Defendants to answer, move, or otherwise respond to the Complaint, up to and including October 23, 2020.  This represents a 44-day extension with respect to Defendants Facebook, Inc., Mark Zuckerberg, and The Poynter Institute for Media Studies, Inc., and a 36-day extension with respect to Defendant PolitiFact.

WHEREAS, the parties also wish to align the response dates and briefing schedule for Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and PolitiFact.

WHEREAS, this is the first extension of time in this matter and will not affect any other date already set by Court order.

---

[1] Defendants reserve their rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

1    **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendants, pursuant to

2  Civil Local Rule 6-1(a), to enlarge the time for Defendants to answer, move, or otherwise respond

3  to the Complaint up to and including October 23, 2020.

4

5  Dated:  September 9, 2020                    WILMER CUTLER PICKERING, HALE AND
                                               DORR LLP
6
                                               By:    */s/ Sonal N. Mehta*_____
7                                                      SONAL N. MEHTA

8                                              *Attorney for Defendants*
                                               Facebook, Inc. and Mark Zuckerberg
9

10

11  Dated:  September 9, 2020                   JASSY VICK CAROLAN LLP

12                                             By:    */s/ Kevin L. Vick*_____
                                                      KEVIN L. VICK
13
                                               *Attorney for Defendants*
14                                             The Poynter Institute for Media Studies, Inc, and
                                               PolitiFact
15

16

17  Dated:  September 9, 2020                   By:    */s/ Roger Ian Teich*_____
                                                      ROGER IAN TEICH
18
                                               *Attorney for Plaintiff*
19                                             Children's Health Defense

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time To Respond To Complaint.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:  September 9, 2020                              By:     */s/ Sonal N. Mehta*
                                                                             Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  September 9, 2020                              By:     */s/ Sonal N. Mehta*
                                                                             Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG


KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

ROGER I. TEICH (SBN 147076)
  rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone:  (415) 948-0045

ROBERT F. KENNEDY, JR.
MARY HOLLAND
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
*(Subject to pro hac vice admission)*

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                    Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                    Defendants. | Case No. 3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION** |

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3

   1.  Plaintiff's Oppositions to any Rule 12 motions or other responses to the Complaint filed by

4

       Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc.,

5

       and/or PolitiFact shall be due December 21, 2020.

6

   2.  Defendants' Replies in support of any such Rule 12 motions shall be due January 21, 2021.

7

8

9

Dated: _____

10

11

 

12

By:  Hon. Susan Illston
       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

*Attorney for Defendants*
THE POYNTER INSTITUTE FOR MEDIA
STUDIES, INC. and POLITIFACT

ROGER I. TEICH (SBN 147076)
  rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone:  (415) 948-0045

ROBERT F. KENNEDY, JR.
MARY HOLLAND
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
*(Subject to pro hac vice admission)*

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

Formatted: Font: Italic

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                    Plaintiff,<br><br>          v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                    Defendants. | Case No. 3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Oppositions to any Rule 12 motions or other responses to the Complaint filed by Defendants Facebook, Inc., Mark Zuckerberg, The Poynter Institute for Media Studies, Inc., and/or PolitiFact shall be due December 21, 2020.

2. Defendants' Replies in support of any such Rule 12 motions shall be due January 21, 2021.

3.2.

Dated: _____

_____

By: Hon. Susan Illston
United States District Judge

- 1 -

[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION