1  ROGER I. TEICH
   California State Bar No. 147076
2  290 Nevada Street
   San Francisco, CA 94110
3  Telephone: (415) 948-0045
4  E-Mail Address: rteich@juno.com

5  ROBERT F. KENNEDY, JR.
   MARY HOLLAND
6  Children's Health Defense
   1227 North Peachtree Parkway, Suite 202
7  Peachtree City, GA 30269
8  Telephone: (917) 743-3868
   E-Mail Address: mary.holland@childrenshealthdefense.org
9  (*Subject to pro hac vice admission*)

10 Attorneys for Plaintiff
   CHILDREN'S HEALTH DEFENSE
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, | Case No. 20-cv-05787-SI |
| Plaintiff, | **REPLY DECLARATION OF GOOLAM MONSOOR IN SUPPORT OF PLAINIIFF'S REQUEST FOR RULE 4(F)(3) ORDER** |
| v. | |
| FACEBOOK, INC., et al., , | |
| Defendants. | |

GOOLAM MONSOOR REPLY 1
DECLARATION RE: RULE 4(f)(3) ORDER



*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SK

# DECLARATION OF GOOLAM MONSOOR

I, Goolam Monsoor, declare as follows:

1. I am a private process server contracted by ASAP Legal-in Paris, France. I am over the age of 18, and I am not a party to this action. I was retained by plaintiff's counsel to serve the English and French documents referenced in my September 22, 2020 certificate of service on defendant Science Feedback in this action. If called as a witness, I could and would testify competently to the facts herein, except as to those matters stated on information and belief.

2. On Tuesday, September 22, 2020, at 13:00 p.m., I arrived at the Science Feedback organization address on file, at 16, rue Cécile Furtado Heine -75014 Paris, France. There I was informed by another occupant that Mr. Emmanuel Vincent, the founder and president of Science Feedback, is no longer at this address. I then found on the internet a mobile phone number for Mr. Vincent of 06 07 73 52 55. I called that number and explained to the male individual who answered the phone that I needed to deliver a "letter" to Science Feedback. He informed me that he was no longer at the 16, rue Cécile Furtado Heine address. Instead, the male individual provided me with a new address, which is: 7, rue de Tocqueville 75017 Paris, France. I then made an appointment to meet him there at 14:30 p.m. that same day.

4. On information and belief, this same address -- 7, rue de Tocqueville 75017 Paris, France – is the address of Mr. Vincent. Science Feedback does not have either a publicly-listed agent to receive process or an organizational email address.

GOOLAM MONSOOR REPLY 2
DECLARATION RE: RULE 4(f)(3) ORDER

CHD v. Facebook et al.; Case No. 3:20-cv-05787-SK

5. At 14:30 p.m., September 22, 2020, I arrived at the address 7-9 rue de Tocqueville -75017 Paris. As I could not gain access to the building, I dialed the mobile phone number, and informed the male individual who answered (whose voice I recognized from earlier in the day) that I was waiting in the street in front of the main gate.

6. A few minutes later, a male individual opened the door, and I explained that I had a number of documents to deliver to him, including a waiver of the service of summons which he could sign. He refused o sign the waiver form. Then I showed him the complete package of documents I had to deliver to him. He said that he had already received those documents by mail at the following address: 65 Avenue Philippe Auguste, 75011 PARIS.

7. At some point in our conversation, the male individual introduced himself to me as Emmanuel Vincent, the president of Science Feedback.

8. I asked Mr. Vincent if he had received by mail the same documents bearing the caption United States District Court for the Northen District of California in the case of Children's Health Defense, plaintiff, vs. Facebook, Inc. et al.., defendants. He responded "yes."

9. Mr. Vincent told me that he had to consult his lawyer before receiving any of my documents. He refused to let me take a photograph to show that I was present with him giving him the documents, but he authorized me to take photographs of the documents in the courtyard of his building.

10. Mr. Vincent also signed a writing indicating that "J'ai bien reçu les documents de la part de Monsieur Monsoor," which translates as "I received documents from Mr. Monsoor."

GOOLAM MONSOOR REPLY 3
DECLARATION RE: RULE 4(f)(3) ORDER

CHD v. Facebook et al.; Case No. 3:20-cv-05787-SK

I declare under penalty of perjury under the laws of the France that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Paris, France on September 24, 2020.

_____
GOOLAM MONSOOR