ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone:  (415) 948-0045
E-Mail Address:  rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
E-Mail Address:  mary.holland@childrenshealthdefense.org
(*Subject to pro hac vice admission*)

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al., ,<br><br>Defendants. | Case No. 20-cv-05787-SI<br><br>**REPLY DECLARATION OF ROGER TEICH IN SUPPORT OF REQUEST FOR RULE 4(F)(3) ORDER** |

### DECLARATION OF ROGER I. TEICH

I, Roger I. Teich, declare as follows:

1. I am a member of the State Bar of California and the Bar of the United States District Court for the Northern District of California.  This declaration is made in support of Plaintiff's reply re: request for substituted service of foreign defendant Science Feedback. If

called as a witness, I could and would testify competently to the facts herein, except as to those matters stated on information and belief.

2. I am informed by Maurice Archelle, Paralegal, Foreign Domestication Division, ASAP Legal, LLC, and thereupon believe that service through the French central authority would cost $1,000, and could take two to three months, and under current COVID-19 conditions, I infer that it could take even more time, which would seriously delay proceedings in this case.

3. So far as I can determine, Science Feedback's website – https://sciencefeedback.co/ – does not list any physical address, email address, or agent for receiving process. Plaintiff has already submitted two summonses to the Court with alternative addresses, (Dkts. ## 7, 13), neither of which proved availing.

4. On or about August 19, 2020, Plaintiff retained ASAP Legal, Inc. to effect "rush service attempts" of Science Feedback through its Paris affiliate, Nationwide Legal Services, pursuant to the Hague Service Convention, paid ASAP Legal, Inc. $1,685.63 for international service, translation and reconfiguration fees, and agreed to pay another $250 to $350 for postal service, which was intiated by ASAP Legal Services via DHL express shipment on or about September 28, 2020. (See also Exh. "A".)  I am informed by Mr. Archelle, and thereupon believe that postal service through an international express mail company such as DH requires the signed return receipt of the recipient under French law, and therefore is unlikely to be effective with Mr. Vincent. I am further informed by an affiliate of Children's Health Defense that Plaintiff also spent $430, and multiple hours of largely-volunteered time to translate the case-related documents from English into French.

5. During our contentious phone call on September 9, 2020, in which Facebook counsel (Ari Holtzblatt) insisted that I had "breached an agreement" purportedly made in a phone conversation the previous week to which he had not been a party, Mr. Hertzblatt also stated that discovery in the case was "premature" in part because the foreign defendant had not yet been served.

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct to the best of my knowledge and that this declaration was executed in
3  Aquinnah, Massachusetts, on October 1, 2020.



ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense