# EXHIBIT A



**TAX ID: 90-0800972**

# INVOICE

1607 James M Wood Blvd.
Los Angeles, CA 90015
(855) 215-2301  FAX: (213) 252-2003

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ISOP2000 | September 23, 2020 | UID81085-01 |

**Bill To:**
Roger I Teich/ Pro Se
COD-International Service of Process
1607 James M. Wood Blvd.,
Los Angeles, CA 90015

**Ordered By:**
Roger I Teich/ Pro Se
COD-International Service of Process
1607 James M. Wood Blvd.,
Los Angeles, CA 90015
**ROGER I. TEICH**

**File No.:**

| Case No: | | Patient: International Service of Process |
| Court: | LOS ANGELES SUPERIOR COURT - CENTRAL CIVIL WEST | DOB: |
| Plaintiff: | Children's Health Defense | SSN: XXX-XX- |
| Defendant: | Facebook, Inc., et al. | Depo / Due Date: September 21, 2020 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Science Feedback** <br> **International Service of Process** <br> **Translation Fee** <br> **Reconfiguration Fee** | | | 1,250.00 <br> 200.00 <br> 100.00 |
| | | SUB-TOTAL | 1,550.00 |
| **PLEASE SUBMIT THIS INVOICE TO YOUR ACCOUNTS PAYABLE DEPARTMENT** <br> Regarding: International Service of Process at Science Feedback Paris 11 | | SALES TAX | 135.63 |
| | | TOTAL DUE | $ 1,685.63 |

Thank you for choosing ASAP Legal, LLC.

For proper credit please detach this section and return with your payment.   **Remittance Copy**

---



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ISOP2000 | September 23, 2020 | UID81085-01 |

**TOTAL DUE:**    $ 1,685.63

**Remit To:**  ASAP Legal, LLC
1607 James M Wood Blvd.
Los Angeles, CA 90015

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ASAP Legal, LLC.
3. For billing inquiries, please call (855) 215-2301.

INVOICE DUE AND PAYABLE UPON RECEIPT                                                                Order#:UID81085-01/CINV

Asap Legal, LLC
404 W. 4th Street, Suite B
Santa Ana, CA 92701
(714) 543-5100

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 09/24/20 | Time 11:13:40 |
| Method of Payment | American Express | |
| Entry Method | Manual | |
| Customer Name | CHILDREN'S HEALTH DEFENSE | |
| Account # | XXXXXXXXXX1081 | |

Order ID              COD
Order Description:    UID81085-01
Approval Code         205924
**Amount**            **$1,685.63**

Customer Copy

**\*WAYBILL DOC\***
**Not to be attached to package - Hand to Courier**
2020-09-28 MYDHL+  /

TDK 

| | |
|---|---|
| **Shipper :** <br> ASAP Legal, LLC <br> Maurice Archelle <br> 1607 JAMES M WOOD BLVD <br> 90015 LOS ANGELES  California <br> United States of America | Contact: <br> +12132499968 |
| **Receiver :** <br> Science Feedback <br> Emmanuel Vincent <br> 7-9 rue de Tocqueville <br> **75017 Paris  France** <br> **France** | Contact: <br> Emmanuel Vincent <br> +33145411057 |

**US-ELA-ELA   FR-CDG-PSO   REC**

**Product Details:**
**[K] EXPRESS 9:00 (39)**

**Payer Details**
Freight A/C: Online Payment
Duty A/C:
Taxes A/C:

**Features / Services (Service Code)**
Emergency Situation(CR)
Extended Liability(IB)
Direct Signature(SF)
9:00 Premium(YI)

**Shipment Details**
Ref:
Custom Val: 300.00 USD

| **Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):** | **Pieces** |
|---|---|
| 1.0 lbs | 1 |

| Name (in Capital Letters) | Signature | Date (DD.MM.YYYY) |
|---|---|---|


WAYBILL 29 9493 0234

Contents: Legal Documents

License Plates of pieces in shipment
JD014600008135066077

- page 1 of 1 -

**EXPRESS 9:00**
2020-09-28 MYDHL+ 1.0 / *30-0821*

TDK 

**From :** ASAP Legal, LLC
Maurice Archelle
1607 JAMES M WOOD BLVD

Origin:
**ELA**

90015 LOS ANGELES  California
United States of America

**To :** Science Feedback
Emmanuel Vincent
7-9 rue de Tocqueville

Contact:
Emmanuel Vincent

**75017 Paris  France**
**France**

.  **FR-CDG-PSO** REC

**DSR**

Day
Time
**X09**

Ref:
Pce/Shpt Weight
**1.0 lbs**
Piece
**1 / 1**


WAYBILL 29 9493 0234

Contents: Legal Documents

(2L)FR75017+39001000


(J) JD01 4600 0081 3506 6077