KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
  clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
  mcaramanica@tlolawfirm.com
THOMAS & LOCICERO
601 South Boulevard
Tampa, Florida 33606
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
  dabratt@tlolawfirm.com
THOMAS & LOCICERO
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:  (954) 703-3416
Facsimile:  (954) 400-5415

*Attorneys for Defendants*
  THE POYNTER INSTITUTE FOR MEDIA
  STUDIES, INC. and POLITIFACT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　　　Defendants. | Case No.  3:20-cv-05787-SI<br><br>**DEFENDANTS' POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S AND POLITIFACT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Poynter Institute for Media Studies, Inc. (incorrectly sued as Poynter Institute) and PolitiFact state:

1. The Poynter Institute for Media Studies, Inc. has no parent corporation and issues no stock.

2. PolitiFact is a branded news fact-checking service operated by the Poynter Institute for Media Studies, Inc.  Despite the allegations made in Plaintiff's Verified Complaint (D.E. 1), it does not exist as a separate legal entity and, therefore, has no parent corporation and issues no stock.[1]

Dated:  October 2, 2020

JASSY VICK CAROLAN LLP

By:  /s/  Kevin L. Vick
     KEVIN L. VICK

THOMAS & LOCICERO PL

By:  /s/  Carol Jean LoCicero
     CAROL JEAN LOCICERO

Carol Jean LoCicero (*pro hac vice*)
  clocicero@tlolawfirm.com
Mark R. Caramanica (*pro hac vice*)
  mcaramanica@tlolawfirm.com
601 South Boulevard
Tampa, Florida 33606
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

-and-

Daniela B. Abratt (*pro hac vice*)
  dabratt@tlolawfirm.com
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:  (954) 703-3416
Facsimile:  (954) 400-5415

---

[1] All rights and remedies related to Plaintiff improperly naming PolitiFact as a distinct defendant in this action are specifically reserved.

- 1 -

CASE NO.: 3:20-CV-05787-SI   DEFENDANTS' POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S AND POLITIFACT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

- 2 -

*Attorneys for Defendants The Poynter Institute for Media Studies, Inc. and PolitiFact*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Opposition. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: October 2, 2020      By:  */s/ Kevin L. Vick*
                                 Kevin L. Vick

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 2, 2020      By:  */s/ Kevin L. Vick*
                                 Kevin L. Vick

CASE NO.: 3:20-CV-05787-SI         DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR CASE MANAGEMENT AND SUBSTITUTED SERVICE ORDERS