KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
  clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
  mcaramanica@tlolawfirm.com
THOMAS & LOCICERO
601 South Boulevard
Tampa, Florida 33606
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
  dabratt@tlolawfirm.com
THOMAS & LOCICERO
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:  (954) 703-3416
Facsimile:  (954) 400-5415

*Attorneys for Defendants*
  THE POYNTER INSTITUTE FOR MEDIA
  STUDIES, INC. and POLITIFACT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                    Defendants. | Case No.  3:20-cv-05787-SI<br><br>**DEFENDANTS' POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S AND POLITIFACT'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES** |

**LOCAL RULE 3-5 CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil Local Rule of Civil Procedure 3-15, undersigned counsel for Defendants Poynter Institute for Media Studies, Inc. (incorrectly sued as Poynter Institute) and PolitiFact[1] certify that as of this date, other than the named parties and parties identified by Plaintiff, there is no such interest to report.

Dated: October 2, 2020

JASSY VICK CAROLAN LLP

By:   /s/ Kevin L. Vick
      KEVIN L. VICK

THOMAS & LOCICERO PL

By:   /s/ Carol Jean LoCicero
      CAROL JEAN LOCICERO

Carol Jean LoCicero (*pro hac vice*)
  clocicero@tlolawfirm.com
Mark R. Caramanica (*pro hac vice*)
  mcaramanica@tlolawfirm.com
601 South Boulevard
Tampa, Florida 33606
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

-and-

Daniela B. Abratt (*pro hac vice*)
  dabratt@tlolawfirm.com
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:  (954) 703-3416
Facsimile:  (954) 400-5415

*Attorneys for Defendants The Poynter Institute for Media Studies, Inc. and PolitiFact*

---

[1] PolitiFact is a branded news fact-checking service operated by the Poynter Institute for Media Studies, Inc. Despite the allegations made in Plaintiff's Verified Complaint (D.E. 1), it does not exist as a separate legal entity. All rights and remedies related to Plaintiff improperly naming PolitiFact as a distinct defendant in this action are specifically reserved.

- 1 -

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Opposition.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: October 2, 2020  By: */s/ Kevin L. Vick*  
Kevin L. Vick

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 2, 2020  By: */s/ Kevin L. Vick*  
Kevin L. Vick

- 1 -

CASE NO.: 3:20-CV-05787-SI   DEFENDANTS' POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S AND POLITIFACT'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES