**AFFIDAVIT OF SUBSTITUTED SERVICE**
**ON DEFENDANT POYNTER INSTITUTE**
**(Fed. R. Civ. P. 4-5 / U.S.D.C. N.D. Civil L.R. 5-5)**

I, the undersigned, affirm that I am a citizen of the United States and a resident of San Francisco County, California. I am over the age of eighteen years and not a party to the within above- entitled action. My business address is 290 Nevada Street, San Francisco, California 94110.

On September 17, 2020, plaintiff's counsel received an email from Ms. Carol Jean LoCicero, of Thomas & LoCicero PL, counsel for Poynter Institute, which stated in pertinent part: "we will accept electronic service of the Dkt #14 and Dkt #15 orders on behalf of Poynter/PolitiFact." On October 1, 2020, plaintiff's counsel received an additional email from Ms. LoCicero, which stated in pertinent part: "If you would like to serve our firm on behalf of Poynter, you may file an Affidavit of Substitute Service similar to the attached version you used for Mr. Zuckerberg & WilmerHale, with the understanding Poynter's response remains due on October 23."

On October 7, 2020, I served Ms. LoCicero and Mr. Caramanica of Thomas & LoCicero PL, and Mr. Kevin Vick, of Jassy Vick Carolan LLP, all attorneys who have entered an appearance in this action as counsel for defendant Poynter Institute in the above-entitled action the following documents:

- Verified Complaint [Dkt. 1]
- Complaint Exhibit A [Dkt. 1-1]
- Civil Cover Sheet [Dkt. 1-2]
- Proof of Service [Dkt 4]
- Summons [Dkt. 7]
- Summons [Dkt 13]
- Certification of Interested Entities or Persons [Dkt. 2]
- Order reassigning case [Dkt. 14]; Notice of of Eligibility for Video Recording [Dkt. 14-1]

- Clerk's Notice on Reassignment and Setting Case Management Conference [Dkt. 15]; Judge Illston's Standing Order [Dkt. 15-1]; All Judges Standing Order [Dkt. 15-2]

☐ via mail    ☒ via email    as follows:

| Carol Jean LoCicero | Kevin Vick |
| Thomas & LoCicero PL | Jassy Vick Carolan LLP |
| clocicero@tlolawfirm.com | kvick@jassyvick.com |

Mark R. Caramanica
Thomas & LoCicero PL
mcaramanica@tlolawfirm.com

Attorneys for Defendant Poynter Institute

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Brookline, Massachusetts on October 7, 2020.

_____
Roger I. Teich