ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-Mail Address: rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
E-Mail Address: mary.holland@childrenshealthdefense.org
*Appearing pro hac vice*

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., et al., ,<br><br>　　　　Defendants. | Case No. 20-cv-05787-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT POLITIFACT** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Children's Health Defense, by and through its undersigned counsel, hereby voluntarily dismisses without prejudice Defendant Politifact from this action.

　　　　Dated: October 7, 2020

_____
ROGER I. TEICH
Counsel for Plaintiff Children's Health Defense