**JASSY VICK CAROLAN LLP**
KEVIN L. VICK (SBN 220738)
  kvick@jassyvick.com
800 Wilshire Blvd.
Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorneys for Defendant The Poynter
Institute for Media Studies, Inc.*

**THOMAS & LOCICERO PL**
CAROL JEAN LOCICERO (*pro hac vice*)
  clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
  mcaramanica@tlolawfirm.com
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

 -and-

DANIELA B. ABRATT (*pro hac vice*)
  dabratt@tlolawfirm.com
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3416
Facsimile: (954) 400-5415

*Attorneys for Defendant The Poynter
Institute for Media Studies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; POYNTER INSTITUTE, a Florida corporation; and DOES 1-20.<br><br>Defendants. | Case No.: 3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER GRANTING THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S MOTION TO DISMISS VERIFIED COMPLAINT**<br><br>DATE: FEBRUARY 5, 2021,<br>TIME: 10:00 AM<br>COURTROOM: 1-17TH FLOOR |

Defendant The Poynter Institute for Media Studies, Inc.'s ("Poynter" and incorrectly sued as the Poynter Institute) Motion to Dismiss the Verified Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came before this Court on February 5, 2021 at 10:00 a.m.  Having read and considered the Motion, Memorandum of Points and Authorities in support, Poynter's Request for Judicial Notice and the exhibits thereto, any opposition and reply memoranda, and having heard the arguments of the parties, for good cause appearing, the Court hereby GRANTS Poynter's motion in full.  The Court dismisses each of Plaintiff Children's Health Defense's claims against Poynter with prejudice and without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE