SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
 Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>         Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., ET AL.,<br><br>         Defendants. | Case No.  3:20-cv-05787-SI<br><br>**DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF DEFENDANTS FACEBOOK, INC.'S AND MARK ZUCKERBERG'S MOTION TO DISMISS** |

I, Molly M. Jennings, declare:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants ("Defendants") Facebook, Inc. and Mark Zuckerberg in the above-captioned action. I am a member in good standing of the Washington, D.C. Bar, and I am admitted *pro hac vice* to appear before this Court. I submit this declaration in support of Defendants' Motion to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Facebook for Business "Fact Checking on Facebook" webpage, available at https://www.facebook.com/business/help/2593586717571940?id=673052479947730.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Facebook's "How Our Fact-Checking Program Works" webpage, available at https://www.facebook.com/journalism project/programs/third-party-fact-checking/how-it-works.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Facebook's "Combatting Vaccine Misinformation" webpage, available at https://about.fb.com/news/2019/03/combatting-vaccine-misinformation/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of October 2020 in Washington, D.C.

By: /s/ *Molly M. Jennings*
Molly M. Jennings

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: October 23, 2020            By: /s/ *Sonal N. Mehta*
                                                         Sonal N. Mehta