# Exhibit 1

FACEBOOK business | Business Help Center

# Business Help Center

How can we help?

Last updated: Aug 12, 2020

## Fact-Checking on Facebook

### Overview

We're committed to fighting the spread of misinformation on Facebook and Instagram. In many countries and regions, we work with independent, third-party fact-checking organizations who are certified through the non-partisan International Fact-Checking Network (IFCN) to identify, review and take action on this content. Read more about our partnerships here and learn about the elements of our program below.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

The focus of this fact-checking program is identifying and addressing **viral misinformation**, particularly clear hoaxes that have no basis in fact. Fact-checking partners prioritize provably false claims, especially those that are timely or trending and important to the average person.

Fact-checking partners do not prioritize claims that are inconsequential or consist of minor inaccuracies. Additionally, the program is not meant to interfere with individual expression, opinions and debate, clearly satirical or humorous content, or business disputes.

### How the program works

Our program includes several key steps:

- **Identifying false news**: We identify potential misinformation using signals, like feedback from people on Facebook, and surface the content to fact-checkers. Fact-checkers may also identify content to review on their own.
- **Reviewing content**: Fact-checkers will review content, check its facts, and rate its accuracy. This happens independently from Facebook, and may include calling sources, consulting public data, authenticating videos and images, and more.
- **Clearly labeling misinformation, and informing users about it**: We apply a label to content that's been reviewed by fact-checking partners, so people can read additional context. We also notify people before they try to share this content, and people who have shared it in the past.
- **Ensuring that fewer people see misinformation**: Once a fact-checker rates a piece of content as False, Altered or Partly False, it will appear lower in News Feed, be filtered out of Explore on Instagram, and be featured less prominently in Feed and Stories. This significantly reduces the number of people who see it. We also reject ads with content that has been rated by fact-checkers.
- **Taking action against repeat offenders**: Pages and websites that repeatedly share misinformation rated False or Altered will have some restrictions, including having their distribution reduced. They may also have their ability to monetize and advertise removed, and their ability to register as a news Page removed for a given time period.

Read on for FAQs and more details about the impact of each rating.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

Was this information helpful?   Permalink · Share
  ○ Yes   ○ No

More in this section: NEWS

**OVERVIEW**

> **Fact-checking on Facebook**

RATING OPTIONS AND PROGRAM POLICIES

ENFORCEMENT

CORRECTIONS AND DISPUTES

NEWS | Third Party Fact Checking

Back to Home

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our Facebook for Business Page.

2

| | |
|---|---|
| **Marketing on Facebook** | **Marketing objectives** |
| Success stories | Build your presence |
| Measurement | Create awareness |
| Industries | Drive discovery |
| Inspiration | Generate leads |
| Events | Boost sales |
| News | Earn loyalty |
| Sitemap | |
| **Facebook Pages** | **Facebook ads** |
| Get started with Pages | Get started with ads |
| Setting up your Page | Buying Facebook ads |
| Manage your Facebook Page | Ad formats |
| Promote your Page | Ad placement |
| Create and boost Facebook posts | Choose your audience |
| Messaging on your Page | Measure your ads |
| Page Insights | Managing your ads |
| **Resources** | |
| Ads Guide | |
| Business Help Center | |
| Audience Network | |
| Facebook Blueprint | |
| Facebook for Developers | |
| Facebook IQ | |
| Facebook Marketing Partners | |
| Instagram Business | |
| Visit our Facebook Page | |
| Support | |

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages ›

Facebook © 2020   About   Developers   Careers   Privacy   Cookies   Terms   Help Center

3