# Exhibit 2



facebook Journalism Project

- PROGRAMS — AUG 11, 2020

# How Our Fact-Checking Program Works

## Facebook's Approach to Fact-Checking: How It Works

Since we do not believe that a private company like Facebook should be the arbiters of truth, we rely on independent fact-checkers to identify and review potential misinformation, which enables us to take action.

1. **Identify**

   We identify potential misinformation using a variety of signals, and our fact-checking partners can also proactively identify content on their own.

2. **Review**

   Fact-checkers review and rate the accuracy of stories through original reporting, including interviewing primary sources, consulting public data and conducting analyses of media, including photos and video.

3. **Act**

   Once we have a rating from a fact-checking partner, we take action by ensuring that fewer people see that misinformation by surfacing fact-check articles to users across our platforms and showing labels on top of false stories.

## 1. IDENTIFY
### How does Facebook use technology to detect potential misinformation?

We use a number of signals to predict content that might be misinformation, and surface it to fact-checkers.

For example, we use feedback from our users who flag content they see in their News Feed as being

2

potentially false. We also look at other user patterns, like people commenting and saying that they don't believe a certain post.

We also use machine learning models to continuously improve our ability to predict misinformation. We feed ratings from our fact-checking partners back into this model, so that we get better and better over time at predicting content that could be false.

## 2. REVIEW
## What ratings options can fact-checking partners choose from?

There are several rating options that third-party fact-checkers can apply to content.

> False
> 
> Content that has no basis in fact.
> 
> Altered
> 
> Image, audio, or video content that has been edited or synthesized beyond adjustments for clarity or quality, in ways that could mislead people.
> 
> Partly False
> 
> Content that has some factual inaccuracies.
> 
> Missing Context
> 
> Content that may mislead without additional context.

Although our focus is on identifying misinformation, fact-checking partners can also let us know if content they've reviewed is **True or Satire**.





## 3. ACT
## How does Facebook take action based on fact-checkers' ratings?

When False, Altered, Partly False or Missing Context is selected by a fact-checking partner, we take action. Some of these actions may include:

Reduced Distribution

We show the piece of content lower in News Feed, significantly reducing its distribution. And on Instagram, we remove it from Explore and hashtag pages and downrank content in feed and Stories.

Sharing Warning

When someone tries to share a post that's been rated by a fact-checker, we'll show them a pop-up notice so people can decide for themselves what to read, trust, and share.

Sharing Notifications

4

If someone has shared a story that is later determined by fact-checkers to be false, we notify them that there is additional reporting on that piece of content.

Misinformation Labels

We apply a clear, visual label to content that has been debunked by fact-checkers, and surface their fact-checking articles for additional context.

Removing Incentives for Repeat Offenders

When Pages or websites repeatedly share content that's been debunked by fact-checking partners, they will see their overall distribution reduced, and will lose the ability to advertise or monetize within a given time period.





Did you find this content helpful?

Yes    No

LATEST

# Fact-Checking Innovation Initiative

## Sign up for the latest news and updates from the Facebook Journalism Project.

Sign Up



©2020 FACEBOOK INC. ALL RIGHTS RESERVED.
PRIVACY POLICY
TERMS
COOKIES
FOLLOW US ON FB ↗

English (US)   العربية   Deutsch   Español (España)   Español   Français (France)   Bahasa Indonesia   Português (Brasil)   ภาษาไทย