# Exhibit 3

**FACEBOOK**

Back to Newsroom

Facebook

# Combatting Vaccine Misinformation

March 7, 2019



By <u>Monika Bickert</u>, VP, Global Policy Management

***Update on September 4, 2019 at 8AM PT:*** We are starting to roll out more ways to connect people with authoritative information about vaccines on Facebook and Instagram.




***Originally published on March 7, 2019 at 12PM PT:***

We are working to tackle vaccine misinformation on Facebook by reducing its distribution and providing people with authoritative information on the topic. We are starting by taking a series of steps:

- We will reduce the ranking of groups and Pages that spread misinformation about vaccinations in News Feed and Search. These groups and Pages will not be included in

2

recommendations or in predictions when you type into Search.

- When we find ads that include misinformation about vaccinations, we will reject them. We also removed related targeting options, like "vaccine controversies." For ad accounts that continue to violate our policies, we may take further action, such as disabling the ad account.

- We won't show or recommend content that contains misinformation about vaccinations on Instagram Explore or hashtag pages.

- We are exploring ways to share educational information about vaccines when people come across misinformation on this topic.

- *Update on April 26, 2019 at 10AM PT:* We may also remove access to our fundraising tools for Pages that spread misinformation about vaccinations on Facebook.

**How This Will Work**

Leading global health organizations, such as the World Health Organization and the US Centers for Disease Control and Prevention, have publicly identified verifiable vaccine hoaxes. If these vaccine hoaxes appear on Facebook, we will take action against them.

For example, if a group or Page admin posts this vaccine misinformation, we will exclude the entire group or Page from recommendations, reduce these groups and Pages' distribution in News Feed and Search, and reject ads with this misinformation.

We also believe in providing people with additional context so they can decide whether to read, share, or engage in conversations about information they see on Facebook. We are exploring ways to give people more accurate information from expert organizations about vaccines at the top of results for related searches, on Pages discussing the topic, and on invitations to join groups about the topic. We will have an update on this soon.

We are fully committed to the safety of our community and will continue to expand on this work.

Categories: Facebook, Safety and Expression

Tags:
Combating Misinformation, False News, Health

Like    Share    Tweet    ✉ Email

RELATED NEWS

Facebook

# Helping to Protect the 2020 US Elections

We're announcing several new measures to help protect the democratic process and providing an update on initiatives already underway to stop abuse and election interference on our platform.

October 21, 2019

## Topics

Facebook

Data and Privacy

Technology and Innovation

Safety and Expression

Election Integrity

Combating Misinformation

Economic Opportunity

Strengthening Communities

## Featured News

## WhatsApp

Shopping, Payments and Customer Service on WhatsApp

October 22, 2020

## Facebook

Europe Should Tear Down Digital Walls, Not Build New Ones

October 22, 2020

# FACEBOOK

## Company

Newsroom

Company Info

Careers

For Investors

Brand Resources

## Facebook Policies

Community Standards

Data Policy

Cookie Policy

Terms of Service

## Technologies

Facebook app

Messenger

Instagram

WhatsApp

Oculus

Workplace

Portal

Novi

## Help Center

Facebook app Help Center

Messenger Help Center

Instagram Help Center

WhatsApp Help Center

Oculus Support

Workplace Help Center

Portal Help Center

# FACEBOOK

6

Follow Us

United States (English) ▼

Sitemap

© 2020 FACEBOOK