SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
  Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., ET AL.,<br><br>  Defendants. | Case No. 3:20-cv-05787-SI<br><br>**NOTICE OF ERRATA REGARDING [PROPOSED] ORDER ON FACEBOOK, INC.'S AND MARK ZUCKERBERG'S MOTION TO DISMISS** |

- 1 -

1    TO THE COURT AND ALL PARTIES IN THIS ACTION:

2    PLEASE TAKE NOTICE that Defendants Facebook, Inc. and Mark Zuckerberg

3  ("Defendants") hereby provide notice of errata and attach a replacement version of Defendants'

4  [Proposed] Order On Facebook, Inc.'s And Mark Zuckerberg's Motion To Dismiss (Dkt. No. 56-5).

5  This replacement corrects an error regarding the subsection of 47 U.S.C. § 230 upon which

6  Defendants seek to dismiss Children's Health Defense's claims.

7

8

9    Dated: October 28, 2020                By:    /s/ Sonal N. Mehta
                                                    Sonal N. Mehta

- 1 -

CASE NO.: 3:20-CV-05787-SI                                NOTICE OF ERRATA REGARDING [PROPOSED]
                                                          ORDER ON MOTION TO DISMISS