| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendants*<br>FACEBOOK, INC. and<br>MARK ZUCKERBERG<br><br>ADDITIONAL COUNSEL LISTED ON<br>FOLLOWING PAGE | ROGER I. TEICH (SBN 147076)<br>rteich@juno.com<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>ROBERT F. KENNEDY, JR. (*pro hac vice*)<br>MARY HOLLAND (*pro hac vice*)<br>mary.holland@childrenshealthdefense.org<br>Children's Health Defense<br>1227 North Peachtree Parkway, Suite 202<br>Peachtree City, GA 30269<br>Telephone: (917) 743-3868<br><br>*Attorneys for Plaintiff*<br>CHILDREN'S HEALTH DEFENSE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>          Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., ET AL.,<br><br>          Defendants. | Case No. 3:20-cv-05787-SI<br><br>**CIVIL LOCAL RULE 7-12 STIPULATION REGARDING BRIEFING SCHEDULE, STAY OF DISCOVERY, AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston |

KEVIN L. VICK (SBN 220738)
kvick@jassyvick.com
ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
ebaldridge@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
clocicero@tlolawfirm.com
MARK CARAMANICA (*pro hac vice*)
mcaramanica@tlolawfirm.com
THOMAS LOCICERO PL
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
dabratt@tlolawfirm.com
THOMAS LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415

*Attorneys for Defendants*
THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.

Pursuant to Civil Local Rule 7-12, Defendants Facebook, Inc., Mark Zuckerberg, and the Poynter Institute for Media Studies, Inc. (collectively "Defendants") and Plaintiff Children's Health Defense hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint (Dkt. No. 1) on August 17, 2020;

WHEREAS, Plaintiff served the Complaint on Defendant Facebook, Inc. on August 19, 2020 (Dkt. No. 16), on Defendant Mark Zuckerberg on September 14, 2020 (Dkt. No. 35), and on Defendant the Poynter Institute for Media Studies, Inc. on October 7, 2020 (Dkt. No. 49);

WHEREAS, by Orders dated August 27, 2020 and October 14, 2020, the Court set the Initial Case Management Conference for November 20, 2020 (Dkt. Nos. 15, 51);

WHEREAS, Defendants filed their motions to dismiss the complaint on October 23, 2020 (Dkt. Nos. 54, 56);

WHEREAS, under the current briefing schedule, Plaintiff's oppositions to Defendants' motions to dismiss are due by December 21, 2020; Defendants' replies are due by January 21, 2021; and the hearing on the motions is set for February 5, 2021 (Dkt. No. 29);

WHEREAS, Plaintiff will file a timely Amended Complaint by November 13, 2020, pursuant to Fed. R. Civ. P. ("Rule") 15(a)(1)(B);

WHEREAS, in view of the complicated subject matter of this case and the number of issues in dispute, the parties agree that there is good cause to enlarge the Rule 15 briefing schedule for Defendants' motions to dismiss the Amended Complaint such that: (1) Defendants' motions to dismiss Plaintiff's Amended Complaint shall be filed by December 21, 2020; (2) Plaintiff's oppositions shall be filed by February 5, 2021; (3) Defendants' replies shall be filed by March 5, 2021; and (4) the hearing shall be set for March 19, 2021, or a date thereafter convenient with the Court;

WHEREAS, the parties met and conferred on October 30, 2020 and November 2, 2020 and by follow-up exchanges of electronic mail in accordance with Federal Rule of Civil Procedure 26(f) and ADR L.R. 3-5(a);

WHEREAS, neither party has yet served any discovery requests;

WHEREAS, the parties agree that the Court's ruling on the motions to dismiss the Amended Complaint is expected to provide guidance to the parties as to the scope of the issues in the case and the appropriate contours for discovery;

WHEREAS, the parties agree that good cause exists to stay all discovery as between these parties, including disclosures pursuant to Federal Rule of Civil Procedure 26, until and unless the Court denies Defendants' motions to dismiss the Amended Complaint in whole or in part;[1]

WHEREAS, the parties agree that, notwithstanding the discovery stay, the Case Management Conference should be held on March 19, 2021 (i.e., the date requested for hearing on the renewed motions to dismiss), or continued to a date thereafter convenient for the Court.

Dated:  November 6, 2020

WILMER CUTLER PICKERING, HALE AND DORR LLP

By: /s/ Sonal N. Mehta
SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg

Dated:  November 6, 2020

JASSY VICK CAROLAN LLP

By: /s/ Carol Jean LoCicero
CAROL JEAN LOCICERO

*Attorney for Defendants*
The Poynter Institute for Media Studies, Inc.

Dated:  November 6, 2020

By: /s/ Roger I. Teich
ROGER I. TEICH

*Attorney for Plaintiff*
Children's Health Defense

---

[1] In the event the Court grants the motions to dismiss with leave to amend, the parties will meet and confer to discuss whether it makes sense to continue to stay discovery in whole or in part until any subsequent pleadings and/or motions to dismiss are resolved.

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: November 6, 2020           By:    */s/ Sonal N. Mehta*
                                         Sonal N. Mehta

## ATTORNEY ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: November 6, 2020           By:    */s/ Sonal N. Mehta*
                                         Sonal N. Mehta