SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
 Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGE

ROGER I. TEICH (SBN 147076)
 rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR. (*pro hac vice*)
MARY HOLLAND (*pro hac vice*)
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>    Defendants. | Case No.  3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER ON CIVIL STIPULATION REGARDING BRIEFING SCHEDULE, STAY OF DISCOVERY, AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston |

KEVIN L. VICK (SBN 220738)
 kvick@jassyvick.com
ELIZABETH HOLLAND BALDRIDGE (SBN  313390)
 ebaldridge@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
 clocicero@tlolawfirm.com
MARK CARAMANICA (*pro hac vice*)
 mcaramanica@tlolawfirm.com
THOMAS LOCICERO PL
601 South Boulevard
Tampa, Florida 33606
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
 dabratt@tlolawfirm.com
THOMAS LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:  (954) 703-3418
Facsimile:  (954) 400-5415

*Attorneys for Defendants*
  THE POYNTER INSTITUTE FOR MEDIA
  STUDIES, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

Plaintiff shall file its Amended Complaint by November 13, 2020, pursuant to Fed. R. Civ. P. 15(a)(1)(B). Defendants' motions to dismiss Plaintiff's Amended Complaint shall be due by December 21, 2020. Plaintiff's oppositions to Defendants' renewed motions to dismiss shall be due by February 5, 2021. Defendants' replies shall be due by March 5, 2021. The motions shall be heard by the Court on March 19, 2021, or at a later date convenient with the Court.

All discovery between these parties in this case is STAYED, including disclosures pursuant to Federal Rule of Civil Procedure 26, until and unless the Court denies Defendants' motions to dismiss the Amended Complaint in whole or in part.

The Initial Case Management Conference is CONTINUED to March 19, 2021, or a later date convenient with the Court.


DATED:_____          By: _____
                                          Susan Illston
                                          United States District Judge

- 1 -

[PROPOSED] ORDER RE BRIEFING SCHEDULE,
                                                                  STAY OF DISCOVERY, AND CONT. OF INITIAL CMC