| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendants*<br>FACEBOOK, INC. and<br>MARK ZUCKERBERG<br><br>ADDITIONAL COUNSEL LISTED ON<br>FOLLOWING PAGE | ROGER I. TEICH (SBN 147076)<br>rteich@juno.com<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>ROBERT F. KENNEDY, JR. (*pro hac vice*)<br>MARY HOLLAND (*pro hac vice*)<br>mary.holland@childrenshealthdefense.org<br>Children's Health Defense<br>1227 North Peachtree Parkway, Suite 202<br>Peachtree City, GA 30269<br>Telephone: (917) 743-3868<br><br>*Attorneys for Plaintiff*<br>CHILDREN'S HEALTH DEFENSE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                     Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                     Defendants. | Case No. 3:20-cv-05787-SI<br><br>[PROPOSED] **ORDER ON CIVIL STIPULATION REGARDING BRIEFING SCHEDULE, STAY OF DISCOVERY, AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston |

1  KEVIN L. VICK (SBN 220738)
    kvick@jassyvick.com
2  ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
    ebaldridge@jassyvick.com
3  JASSY VICK CAROLAN LLP
4  800 Wilshire Blvd.
   Suite 800
5  Los Angeles, California 90017
   Telephone: (310) 870-7048
6  Facsimile: (310) 870-7010

7  CAROL JEAN LOCICERO (*pro hac vice*)
    clocicero@tlolawfirm.com
8  MARK CARAMANICA (*pro hac vice*)
    mcaramanica@tlolawfirm.com
9  THOMAS LOCICERO PL
   601 South Boulevard
10 Tampa, Florida 33606
   Telephone: (813) 984-3060
11 Facsimile: (813) 984-3070

12 DANIELA B. ABRATT (*pro hac vice*)
    dabratt@tlolawfirm.com
13 THOMAS LOCICERO PL
   915 Middle River Drive, Suite 309
14 Fort Lauderdale, Florida 33304
   Telephone: (954) 703-3418
15 Facsimile: (954) 400-5415

16 *Attorneys for Defendants*
    THE POYNTER INSTITUTE FOR MEDIA
17   STUDIES, INC.

18
19
20
21
22
23
24
25
26
27
28

CASE NO.: 3:20-CV-05787-SI                              [PROPOSED] ORDER RE BRIEFING
                                                        SCHEDULE, STAY OF DISCOVERY, AND
                                                        CONT. OF INITIAL CMC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

Plaintiff shall file its Amended Complaint by November 13, 2020, pursuant to Fed. R. Civ. P. 15(a)(1)(B). Defendants' motions to dismiss Plaintiff's Amended Complaint shall be due by December 21, 2020. Plaintiff's oppositions to Defendants' renewed motions to dismiss shall be due by February 5, 2021. Defendants' replies shall be due by March 5, 2021. The motions shall be heard by the Court on March 19, 2021, or at a later date convenient with the Court.

All discovery between these parties in this case is STAYED, including disclosures pursuant to Federal Rule of Civil Procedure 26, until and unless the Court denies Defendants' motions to dismiss the Amended Complaint in whole or in part.

The Initial Case Management Conference is CONTINUED to March 19, 2021, or a later date convenient with the Court.

DATED: November 9, 2020

By: _____
Susan Illston
United States District Judge