SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
 Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>             Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., ET AL.,<br><br>             Defendants. | Case No. 3:20-cv-05787-SI<br><br>**UNOPPOSED CIVIL LOCAL RULE 7-11 MOTION TO EXCEED PAGE LIMITATIONS**<br><br>Hon. Susan Illston |

KEVIN L. VICK (SBN 220738)
kvick@jassyvick.com
ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
ebaldridge@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
clocicero@tlolawfirm.com
MARK CARAMANICA (*pro hac vice*)
mcaramanica@tlolawfirm.com
THOMAS LOCICERO PL
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
dabratt@tlolawfirm.com
THOMAS LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415

*Attorneys for Defendants*
THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.

1  Pursuant to Civil Local Rule 7-11, Defendants Facebook, Inc., Mark Zuckerberg, and the
2  Poynter Institute for Media Studies, Inc. (collectively "Defendants") request that the Court enter the
3  attached stipulation, pursuant to which (1) all Defendants consent to Children's Health Defense's
4  ("CHD") filing of a Second Amended Complaint ("SAC"), (2) Defendants Facebook and Mark
5  Zuckerberg will be permitted three additional pages for their combined motion to dismiss; (3)
6  Defendant Poynter will be permitted three additional pages for its own motion to dismiss; and (4)
7  CHD will be permitted three additional pages to respond to each of the anticipated motions to
8  dismiss.  CHD does not oppose this motion.
9  On December 4, 2020, CHD filed a motion for leave to file an amended complaint, which
10 attached CHD's SAC.  Dkt. 65.  Defendants' response to this motion would be due December 18,
11 2020, just three days prior to the date Defendants' motions to dismiss the First Amended Complaint
12 ("FAC") are due.  *See* Dkt. 63.  Rather than burden the Court with simultaneous briefing on CHD's
13 motion for leave to file the SAC and Defendants' anticipated motions to dismiss the FAC,
14 Defendants will not oppose CHD's motion for leave but ask for an additional three pages for their
15 respective motions to dismiss to address the new allegations.  CHD does not oppose this request for
16 three additional pages, conditioned on Defendants' agreement that CHD shall have an additional
17 three pages to oppose each of their motions to dismiss.
18 Although Defendants acknowledge that an increase in pages impacts the Court in reviewing
19 the motion, Defendants respectfully submit that good cause exists for the modest page limit
20 extensions requested herein. The additional pages will permit all parties to adequately address the
21 new allegations set forth in Plaintiff's proposed Second Amended Complaint ("SAC")—which spans
22 391 paragraphs and 150 pages—and to present arguments and authorities that will best aid the Court
23 in resolving the issues raised therein.  In addition, by addressing the proposed amendments now, the
24 parties eliminate the need for the Court to separately resolve the motion for leave to amend.
25 Moreover, under the parties' stipulation, the existing case schedule remains the same—motions to
26 dismiss will be filed December 21, 2020; CHD's oppositions will be filed on February 5, 2021;
27 Defendants' replies will be filed March 5, 2021; and argument on the motion to dismiss and the
28 initial case management conference can proceed as scheduled on March 19, 2021.  *See* Dkt. 63.

Defendants therefore respectfully request that the Court enter the attached proposed order approving the parties' stipulation.

Dated:  December 14, 2020       WILMER CUTLER PICKERING, HALE AND DORR LLP

By:   */s/ Sonal N. Mehta*
       SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg

Dated:  December 14, 2020       THOMAS LOCICERO PL

By:   */s/ Carol Jean LoCicero*
       CAROL JEAN LOCICERO

*Attorney for Defendants*
The Poynter Institute for Media Studies, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 14, 2020      By:   */s/ Sonal N. Mehta*
                                    Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: December 14, 2020      By:   */s/ Sonal N. Mehta*
                                    Sonal N. Mehta