SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
 Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGE

ROGER I. TEICH (SBN 147076)
 rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR. (*pro hac vice*)
MARY HOLLAND (*pro hac vice*)
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., ET AL.,<br><br>        Defendants. | Case No. 3:20-cv-05787-SI<br><br>**CIVIL LOCAL RULE 7-12 STIPULATION REGARDING PAGE LIMITATIONS**<br><br>Hon. Susan Illston |

1  KEVIN L. VICK (SBN 220738)
    kvick@jassyvick.com
2  ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
    ebaldridge@jassyvick.com
3  JASSY VICK CAROLAN LLP
   800 Wilshire Blvd.
4  Suite 800
   Los Angeles, California 90017
5  Telephone:  (310) 870-7048
   Facsimile:  (310) 870-7010
6
   CAROL JEAN LOCICERO (*pro hac vice*)
7   clocicero@tlolawfirm.com
   MARK CARAMANICA (*pro hac vice*)
8   mcaramanica@tlolawfirm.com
   THOMAS LOCICERO PL
9  601 South Boulevard
   Tampa, Florida 33606
10 Telephone:  (813) 984-3060
   Facsimile:  (813) 984-3070
11
   DANIELA B. ABRATT (*pro hac vice*)
12  dabratt@tlolawfirm.com
   THOMAS LOCICERO PL
13 915 Middle River Drive, Suite 309
   Fort Lauderdale, Florida 33304
14 Telephone:  (954) 703-3418
   Facsimile:  (954) 400-5415
15
   *Attorneys for Defendants*
16 THE POYNTER INSTITUTE FOR MEDIA
   STUDIES, INC.

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-12, Defendants Facebook, Inc., Mark Zuckerberg, and the Poynter Institute for Media Studies, Inc. (collectively "Defendants") and Plaintiff Children's Health Defense hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its First Amended Complaint on November 13, 2020 (Dkt. 64);

WHEREAS, Plaintiff filed a motion for leave to file a Second Amended Complaint on December 4, 2020 (Dkt. 65);

WHEREAS, under the current briefing schedule, Defendants' motions to dismiss the First Amended Complaint are due December 21, 2020, Plaintiff's oppositions are due February 5, 2021, Defendants' replies are due March 5, 2021, and a motion hearing is set for March 19, 2021;

WHEREAS, absent Defendants' consent to Plaintiff's motion for leave to file, Defendants' oppositions to that motion would be due December 18, 2020 and Plaintiff's reply would be due December 28, 2020;

WHEREAS, all parties agree it would be more efficient to conduct a single round of briefing on the Second Amended Complaint, rather than simultaneous briefing on the First Amended Complaint and Plaintiff's motion for leave to file, with potential briefing on the Second Amended Complaint to follow;

WHEREAS, the parties have therefore agreed, subject to the Court's approval, that (1) Facebook, Mr. Zuckerberg, and Poynter will consent to Plaintiff's motion for leave to file the Second Amended Complaint (Dkt. #65-1), which shall be deemed the operative Complaint in this action; (2) Facebook and Mark Zuckerberg may have three additional pages for their combined motion to dismiss (for a total of 28 pages); (3) Poynter may have three additional pages for its own motion to dismiss (for a total of 28 pages); (4) Plaintiff may have three additional pages for its opposition to Facebook and Mr. Zuckerberg's combined motion to dismiss (for a total of 28 pages); and (5) Plaintiff may have three additional pages for its opposition to Poynter's motion to dismiss (for a total of 28 pages).

Dated:  December 14, 2020    WILMER CUTLER PICKERING, HALE AND DORR LLP

By:   /s/ Sonal N. Mehta
         SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg

Dated: December 14, 2020    THOMAS LOCICERO PL

By:   /s/ Carol Jean LoCicero
         CAROL JEAN LOCICERO

*Attorney for Defendants*
The Poynter Institute for Media Studies, Inc.

Dated:  December 14, 2020    By:   /s/ Roger I, Teich
                                              ROGER I. TEICH

*Attorney for Plaintiff*
Children's Health Defense

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 14, 2020	By:	*/s/ Sonal N. Mehta*
	Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: December 14, 2020	By:	*/s/ Sonal N. Mehta*
	Sonal N. Mehta