| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendants*<br>FACEBOOK, INC. and<br>MARK ZUCKERBERG<br><br>ADDITIONAL COUNSEL LISTED ON<br>FOLLOWING PAGE | ROGER I. TEICH (SBN 147076)<br> rteich@juno.com<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>ROBERT F. KENNEDY, JR. (*pro hac vice*)<br>MARY HOLLAND (*pro hac vice*)<br>mary.holland@childrenshealthdefense.org<br>Children's Health Defense<br>1227 North Peachtree Parkway, Suite 202<br>Peachtree City, GA 30269<br>Telephone: (917) 743-3868<br><br>*Attorneys for Plaintiff*<br>CHILDREN'S HEALTH DEFENSE |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　　　Defendants. | Case No.  3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER ON MOTION AND CIVIL STIPULATION REGARDING PAGE LIMITATIONS**<br><br>Hon. Susan Illston |

| | |
|---|---|
| 1 | KEVIN L. VICK (SBN 220738) |
| | kvick@jassyvick.com |
| 2 | ELIZABETH HOLLAND BALDRIDGE (SBN 313390) |
| | ebaldridge@jassyvick.com |
| 3 | JASSY VICK CAROLAN LLP |
| | 800 Wilshire Blvd. |
| 4 | Suite 800 |
| | Los Angeles, California 90017 |
| 5 | Telephone: (310) 870-7048 |
| | Facsimile: (310) 870-7010 |
| 6 | |
| | CAROL JEAN LOCICERO (*pro hac vice*) |
| 7 | clocicero@tlolawfirm.com |
| | MARK CARAMANICA (*pro hac vice*) |
| 8 | mcaramanica@tlolawfirm.com |
| | THOMAS LOCICERO PL |
| 9 | 601 South Boulevard |
| | Tampa, Florida 33606 |
| 10 | Telephone: (813) 984-3060 |
| | Facsimile: (813) 984-3070 |
| 11 | |
| | DANIELA B. ABRATT (*pro hac vice*) |
| 12 | dabratt@tlolawfirm.com |
| | THOMAS LOCICERO PL |
| 13 | 915 Middle River Drive, Suite 309 |
| | Fort Lauderdale, Florida 33304 |
| 14 | Telephone: (954) 703-3418 |
| | Facsimile: (954) 400-5415 |
| 15 | |
| | *Attorneys for Defendants* |
| 16 | THE POYNTER INSTITUTE FOR MEDIA |
| | STUDIES, INC. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO.: 3:20-CV-05787-SI                         [PROPOSED] ORDER RE PAGE LIMITATIONS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

In light of Defendants' consent to the filing of the Second Amended Complaint filed December 4, 2020 and pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff's motion for leave to file the Second Amended Complaint is GRANTED. Plaintiff's Second Amended Complaint with attachments (Dkt. 65-1 *et seq.*) shall be deemed the operative Complaint in this action.

Briefing on motions to dismiss the Second Amended Complaint will proceed on the same schedule currently set for briefing on the First Amended Complaint. Defendants' motions to dismiss Plaintiff's Second Amended Complaint shall be due by December 21, 2020. Plaintiff's oppositions to Defendants' motions to dismiss shall be due by February 5, 2021. Defendants' replies shall be due by March 5, 2021. The motions shall be heard by the Court on March 19, 2021, or at a later date convenient with the Court.

In light of the additional allegations in the Second Amended Complaint, the standard page limits for briefing on the motions to dismiss are expanded as follows: (1) each motion to dismiss will be limited to 28 pages; and (2) each of CHD's oppositions to those motions to dismiss shall be limited to 28 pages.

DATED:_____     By: _____
                                    Susan Illston
                                    United States District Judge