SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE

ROGER I. TEICH (SBN 147076)
rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR. (*pro hac vice*)
MARY HOLLAND (*pro hac vice*)
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>               Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC., ET AL.,<br><br>               Defendants. | Case No.  3:20-cv-05787-SI<br><br>[PROPOSED] ORDER ON MOTION AND CIVIL STIPULATION REGARDING PAGE LIMITATIONS<br><br>Hon. Susan Illston |

| | |
|---|---|
| 1 | KEVIN L. VICK (SBN 220738) |
|   |  kvick@jassyvick.com |
| 2 | ELIZABETH HOLLAND BALDRIDGE (SBN 313390) |
|   |  ebaldridge@jassyvick.com |
| 3 | JASSY VICK CAROLAN LLP |
|   | 800 Wilshire Blvd. |
| 4 | Suite 800 |
|   | Los Angeles, California 90017 |
| 5 | Telephone:  (310) 870-7048 |
|   | Facsimile:  (310) 870-7010 |
| 6 | |
|   | CAROL JEAN LOCICERO (*pro hac vice*) |
| 7 |  clocicero@tlolawfirm.com |
|   | MARK CARAMANICA (*pro hac vice*) |
| 8 |  mcaramanica@tlolawfirm.com |
|   | THOMAS LOCICERO PL |
| 9 | 601 South Boulevard |
|   | Tampa, Florida 33606 |
| 10 | Telephone:  (813) 984-3060 |
|   | Facsimile:  (813) 984-3070 |
| 11 | |
|   | DANIELA B. ABRATT (*pro hac vice*) |
| 12 |  dabratt@tlolawfirm.com |
|   | THOMAS LOCICERO PL |
| 13 | 915 Middle River Drive, Suite 309 |
|   | Fort Lauderdale, Florida 33304 |
| 14 | Telephone:  (954) 703-3418 |
|   | Facsimile:  (954) 400-5415 |
| 15 | |
|   | *Attorneys for Defendants* |
| 16 | THE POYNTER INSTITUTE FOR MEDIA |
|   | STUDIES, INC. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO.: 3:20-CV-05787-SI                                     [PROPOSED] ORDER RE PAGE LIMITATIONS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

In light of Defendants' consent to the filing of the Second Amended Complaint filed December 4, 2020 and pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff's motion for leave to file the Second Amended Complaint is GRANTED. Plaintiff's Second Amended Complaint with attachments (Dkt. 65-1 *et seq.*) shall be deemed the operative Complaint in this action.

Briefing on motions to dismiss the Second Amended Complaint will proceed on the same schedule currently set for briefing on the First Amended Complaint.  Defendants' motions to dismiss Plaintiff's Second Amended Complaint shall be due by December 21, 2020.  Plaintiff's oppositions to Defendants' motions to dismiss shall be due by February 5, 2021.  Defendants' replies shall be due by March 5, 2021.  The motions shall be heard by the Court on March 19, 2021, or at a later date convenient with the Court.

In light of the additional allegations in the Second Amended Complaint, the standard page limits for briefing on the motions to dismiss are expanded as follows:  (1) each motion to dismiss will be limited to 28 pages; and (2) each of CHD's oppositions to those motions to dismiss shall be limited to 28 pages.

DATED: December 15, 2020          By: /s/ Susan Illston
                                      Susan Illston
                                      United States District Judge