# Exhibit 1

Fact-Checking on Facebook | Facebook Business Help Center



Last updated: Dec 14, 2020

## Fact-Checking on Facebook

### Overview

We're committed to fighting the spread of misinformation on Facebook and Instagram. In many countries and regions, we work with independent, third-party fact-checking organizations who are certified through the non-partisan International Fact-Checking Network (IFCN) to identify, review and take action on this content. Read more about our partnerships here and learn about the elements of our program below.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

The focus of this fact-checking program is identifying and addressing **viral misinformation**, particularly clear hoaxes that have no basis in fact. Fact-checking partners prioritize provably false claims, especially those that are timely or trending and important to the average person.

Fact-checking partners do not prioritize claims that are inconsequential or consist of minor inaccuracies. Additionally, the program is not meant to interfere with individual expression, opinions and debate, clearly satirical or humorous content, or business disputes.

### How the program works

Our program includes several key steps:

Fact-Checking on Facebook | Facebook Business Help Center

- **Identifying false news**: We identify potential misinformation using signals, like feedback from people on Facebook, and surface the content to fact-checkers. Fact-checkers may also identify content to review on their own.

- **Reviewing content**: Fact-checkers will review content, check its facts, and rate its accuracy. This happens independently from Facebook, and may include calling sources, consulting public data, authenticating videos and images, and more.

- **Clearly labeling misinformation, and informing users about it**: We apply a label to content that's been reviewed by fact-checking partners, so people can read additional context. We also notify people before they try to share this content, and people who have shared it in the past.

- **Ensuring that fewer people see misinformation**: Once a fact-checker rates a piece of content as False, Altered or Partly False, it will appear lower in News Feed, be filtered out of Explore on Instagram, and be featured less prominently in Feed and Stories. This significantly reduces the number of people who see it. We also reject ads with content that has been rated by fact-checkers.

- **Taking action against repeat offenders**: Pages and websites that repeatedly share misinformation rated False or Altered will have some restrictions, including having their distribution reduced. They may also have their ability to monetize and advertise removed, and their ability to register as a news Page removed for a given time period.

Read on for FAQs and more details about the impact of each rating.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

---

Was this information helpful?                                          Permalink · Share

○ Yes    ○ No

---

**More in this section: NEWS**

---

**OVERVIEW**                                                                      —

---

⌄  **Fact-checking on Facebook**

---

RATING OPTIONS AND PROGRAM POLICIES                                              +

---

ENFORCEMENT                                                                       +

---

CORRECTIONS AND DISPUTES                                                          +

---

Back to Home

FACEBOOK for Business

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our Facebook for Business Page.

https://www.facebook.com/business/help/2593586717571940?id=673052479947730

Fact-Checking on Facebook | Facebook Business Help Center

**Marketing on Facebook**

Success stories

Measurement

Industries

Inspiration

Events

News

Sitemap

**Facebook Pages**

Get started with Pages

Setting up your Page

Manage your Facebook Page

Promote your Page

Create and boost Facebook posts

Messaging on your Page

Page Insights

**Resources**

Ads Guide

Business Help Center

Audience Network

Facebook Blueprint

Facebook for Developers

Facebook IQ

Facebook Marketing Partners

Instagram Business

Visit our Facebook Page

Support

**Marketing objectives**

Build your presence

Create awareness

Drive discovery

Generate leads

Boost sales

Earn loyalty

**Facebook ads**

Get started with ads

Buying Facebook ads

Ad formats

Ad placement

Choose your audience

Measure your ads

Managing your ads

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages >

Facebook © 2020   About   Developers   Careers   Privacy   Cookies   Terms   Help Center