ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-Mail Address: rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
E-Mail Address: mary.holland@childrenshealthdefense.org

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-05787-SI <br><br> **ROGER TEICH DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO FILE FED. R. CIV. PRO. 15(d) SUPPLEMENT** <br><br> Civil L.R. 6-3; Fed. R. Civ. Pro. 15(d) |

I, Roger Teich, declare as follows:

1. I am a member of the State Bar of California and the Bar of the United States District Court for the Northern District of California. This declaration is made in support of Plaintiff Children Health Defense's ("CHD") motion pursuant to Civil L.R. 6-3(a) for leave to file a Fed. R. Civ. Pro. 15(d) supplement to the Second Amended Complaint ("SAC") on shortened time and for an expedited briefing schedule so the matter may be heard in conjunction with Defendants' pending motions to dismiss. If called as a witness, I could and would testify competently to the facts herein, except as to those matters stated on information and belief.

2. On Monday, March 8, 2020, at 11:37 am Pacific Time, I sent an email to Ms. Sonal N.

Mehta, lead counsel for Facebook, Inc. and Mark Zuckerberg, and to Carol Jean LoCicero, lead counsel for Poynter Institute, and to all other named counsel of record for those Defendants, in the above-entitled action, which stated:

> Dear Counsel,
>
> Today CHD will be filing with the Court a motion for leave to file a supplement to the Second Amended Complaint ("SAC") under Fed. R. Civ. Pro. 15(d), setting forth newly-occurred facts, and if necessary, a motion to hear CHD's Rule 15(d) request on shortened time with Defendants' motions to dismiss on March 23, 2021, at 11:00 am PT. The facts with which CHD seeks to supplement involve recent adverse actions which Facebook has taken against CHD and/or Mr. Robert F. Kennedy, Jr., and recent White House officials' statements concerning government involvement with social media companies in speech censorship on their platforms. CHD will request an expedited briefing schedule pursuant to which Defendants' Oppositions to the Rule 15(d) Motion, if any, will be due by March 17, 2021, and Plaintiff's Replies, if any, will be due by March 19, 2021.
>
> We intend to file these pleadings today, by stipulation or motion, to comply with the 14-day requirement of Civil L.R. 6-1(b).
>
> We ask that you let us know no later than 3:30 pm PT today whether you will or will not stipulate to the requested time change and proposed expedited briefing schedule.
>
> Sincerely,
>
> Roger Teich

3. As of 4:00 pm PT March 8, 2021, I had not received any response to my email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California, on March 8, 2021.



ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense