1  ROGER I. TEICH
   California State Bar No. 147076
2  290 Nevada Street
   San Francisco, CA 94110
3  Telephone: (415) 948-0045
   E-Mail Address: rteich@juno.com
4
   ROBERT F. KENNEDY, JR.
5  MARY HOLLAND
   Children's Health Defense
6  1227 North Peachtree Parkway, Suite 202
   Peachtree City, GA 30269
7  Telephone: (917) 743-3868
   E-Mail Address: mary.holland@childrenshealthdefense.org
8
   Attorneys for Plaintiff
9  CHILDREN'S HEALTH DEFENSE

10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION

13
   CHILDREN'S HEALTH DEFENSE,
14                                              Case No. 3:20-cv-05787-SI
            Plaintiff,
15                                              **PLAINTIFF'S [PROPOSED] ORDER FOR
       v.                                       SHORTENED TIME TO HEAR RULE
16                                              15(d) MOTION AND EXPEDITED
   FACEBOOK, INC., et al.,                      BRIEFING SCHEDULE**
17
            Defendants.                         Civil L.R. 6-1(b), 6-3; Fed. R. Civ. Pro. 15(d)
18

19       Plaintiff Children's Health Defense seeks an Order for shortened time to hear its Rule 15(d)
20  Motion to file a Supplement to the Second Amended Complaint, and for an expedited briefing schedule
21  so that that matter may be heard with Defendants' pending motions to dismiss. FOR GOOD CAUSE
22  SHOWN, and in consideration of the issues raised by the Motions, the Court GRANTS the request.
23  Defendants' oppositions to Plaintiff's Motion to File a Supplemental Statement shall be due by March
24  17, 2021. Plaintiff's replies shall be due by March 19, 2021. The Rule 15(d) matter shall be heard with
25  Defendants' motions to dismiss at 11:00 a.m. on March 23, 2021. All other briefing or hearing dates
26  associated with Plaintiff's Rule 15(d) Motion are hereby vacated.  IT IS SO ORDERED.
27       Dated: _____         By:_____
28                                           Susan Illston
                                             United States District Judge

1                    **Plaintiff's [Proposed] Order re: Leave to
                                     Request Judicial Notice on Shortened Time**
                        *CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SI