SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
 Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and
MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br><br>    Defendants. | Case No. 3:20-cv-05787-SI<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF FACEBOOK'S OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME** |

I, Sonal N. Mehta, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendants Facebook, Inc. and Mark Zuckerberg in the above-captioned action.

2. On March 10, 2021, the parties met and conferred in preparation for the upcoming Case Management Conference. During that meet and confer, counsel for CHD stated that Mr. Robert F. Kennedy, Jr. is contemplating filing an original action based upon the February 10, 2021 removal of Mr. Kennedy's Instagram account.

3. Also on March 10, CHD informed the Court of its position that, if its motion to supplement were granted, that "would not moot" defendants' pending motions to dismiss. A true and correct copy of that email is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of March, 2021 in Redwood City, California.

By:   /s/ *Sonal N. Mehta*
          Sonal N. Mehta