# Exhibit A

| | |
|---|---|
| **From:** | rteich@juno.com |
| **To:** | mcaramanica@tlolawfirm.com |
| **Cc:** | SICRD@cand.uscourts.gov; mary.holland@childrenshealthdefense.org; rfk1954@gmail.com; Mehta, Sonal; Schultz, Allison; Holtzblatt, Ari; Jennings, Molly; kvick@jassyvick.com; clocicero@tlolawfirm.com; dabratt@tlolawfirm.com; ebaldridge@jassyvick.com |
| **Subject:** | RE: USDC# 20-CV-5787-SI - Children"s Health Defense v. Facebook, Inc., et al. |
| **Date:** | Wednesday, March 10, 2021 8:16:17 PM |
| **Attachments:** | RE USDC# 20-CV-5787-SI - Children"s Health Defense v. Facebook Inc. et al..msg |

**EXTERNAL SENDER**

Ms. Chung,

Plaintiff Children's Health Defense hopes that the recent motion can be heard with the motions to dismiss on March 23, 2021, and if granted, would not moot the latter.

Sincerely,
Roger Teich

Ms. Chung,

Defendant The Poynter Institute for Media Studies, Inc. intends to oppose Plaintiff's motion to amend.

Kind regards,

**Mark R. Caramanica**
**Thomas & LoCicero PL**
*Focused on Business Litigation, Media and IP Law*

**mcaramanica@tlolawfirm.com**  |  **tlolawfirm.com**

**ph: 813.984.3060 | direct: 813.984.3073**
**fax: 813.984.3070 | toll-free: 866.395.7100**
**601 South Boulevard, Tampa, FL  33606**

**Tampa | South Florida**

**CONFIDENTIALITY NOTICE:** The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination or distribution of such information shall not waive any such privilege.  If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060.  Any unauthorized and/or unintended review, use, dissemination, distribution or reproduction of this message, or any of the information contained in it, is strictly prohibited.

**From:** SI CRD <SICRD@cand.uscourts.gov>
**Sent:** Wednesday, March 10, 2021 1:11 PM
**To:** rteich@juno.com; mary.holland@childrenshealthdefense.org; rfk1954@gmail.com; sonal.mehta_wilmerhale.com <Sonal.mehta@wilmerhale.com>; allison.schultz@wilmerhale.com; ari.holtzblatt@wilmerhale.com; Molly.Jennings@wilmerhale.com; kvick@jassyvick.com; Carol Jean LoCicero <clocicero@tlolawfirm.com>; Daniela Abratt <dabratt@tlolawfirm.com>; ebaldridge@jassyvick.com; Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** USDC# 20-CV-5787-SI - Children's Health Defense v. Facebook, Inc., et al.
**Importance:** High

Dear Counsel:

In light of Plaintiff's filing yesterday, the Judge would like to know the following:

1. If Plaintiff's Motion to Amend is granted would Plaintiff believe that would moot the pending Motions to dismiss?
2. Does Defendant oppose Plaintiff's Motion to Amend?

Please let us know at your earliest convenience your answers to these questions.

Respectfully yours,

**Esther Chung**
Relief Courtroom Deputy
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
https://cand.uscourts.gov

Office: (415) 522-2039



Please note: message attached

From: "Mark R. Caramanica" <mcaramanica@tlolawfirm.com>
To: 'SI CRD' <SICRD@cand.uscourts.gov>, "rteich@juno.com" <rteich@juno.com>, "mary.holland@childrenshealthdefense.org" <mary.holland@childrenshealthdefense.org>, "rfk1954@gmail.com" <rfk1954@gmail.com>, sonal.mehta_wilmerhale.com <Sonal.mehta@wilmerhale.com>, "allison.schultz@wilmerhale.com" <allison.schultz@wilmerhale.com>, "ari.holtzblatt@wilmerhale.com" <ari.holtzblatt@wilmerhale.com>, "Molly.Jennings@wilmerhale.com"

&lt;Molly.Jennings@wilmerhale.com&gt;, "kvick@jassyvick.com" &lt;kvick@jassyvick.com&gt;, Carol Jean LoCicero &lt;clocicero@tlolawfirm.com&gt;, Daniela Abratt &lt;dabratt@tlolawfirm.com&gt;, "ebaldridge@jassyvick.com" &lt;ebaldridge@jassyvick.com&gt;
Subject: RE: USDC# 20-CV-5787-SI - Children's Health Defense v. Facebook, Inc., et al.
Date: Thu, 11 Mar 2021 00:41:29 +0000