SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
FACEBOOK, INC. and MARK ZUCKERBERG

ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGE

ROGER I. TEICH (SBN 147076)
rteich@juno.com
290 Nevada Street
San Francisco, California 94110
Telephone: (415) 948-0045

ROBERT F. KENNEDY, JR. (*pro hac vice*)
MARY HOLLAND (*pro hac vice*)
mary.holland@childrenshealthdefense.org
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868

*Attorneys for Plaintiff*
CHILDREN'S HEALTH DEFENSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>          Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC. et al.,<br><br>          Defendants. | Case No. 3:20-cv-05787-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: APRIL 22, 2021 HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

1  KEVIN L. VICK (SBN 220738)
   kvick@jassyvick.com
2  ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
   ebaldridge@jassyvick.com
3  JASSY VICK CAROLAN LLP
4  800 Wilshire Blvd. Suite 800
   Los Angeles, California 90017
5  Telephone: (310) 870-7048
   Facsimile: (310) 870-7010
6

7  CAROL JEAN LOCICERO (*pro hac vice*)
   clocicero@tlolawfirm.com
8  MARK R. CARAMANICA (*pro hac vice*)
   mcaramanica@tlolawfirm.com
9  THOMAS & LOCICERO PL
   601 South Boulevard
10 Tampa, Florida 33606
   Telephone: (813) 984-3060
11 Facsimile: (813) 984-3070

12
   DANIELA B. ABRATT (*pro hac vice*)
13 dabratt@tlolawfirm.com
   THOMAS & LOCICERO PL
14 915 Middle River Drive, Suite 309
   Fort Lauderdale, Florida 33304
15 Telephone: (954) 703-3418
   Facsimile: (954) 400-5415
16

17 *Attorneys for Defendant*
   THE POYNTER INSTITUTE FOR MEDIA
18 STUDIES, INC.

19
20
21
22
23
24
25
26
27
28

2

**Stipulation and [Proposed] Order re: April 22, 2021**
**Hearing on Motions and Case Management Conference**
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Children's Health Defense ("CHD") and
2   Defendants Facebook, Inc., Mark Zuckerberg, and the Poynter Institute for Media Studies, Inc.
3   (collectively "Defendants") hereby stipulate and agree as follows:
4   WHEREAS, on December 15, 2020, Plaintiff filed its Second Amended Complaint ("SAC") by
5   written consent under Fed. R. Civ. Pro. 15(a)(2) (Dkts. 65-1 and 67);
6   WHEREAS, on December 21, 2020, pursuant to the stipulated briefing schedule (Dkts. 63 and
7   67), Defendants filed their Motions to Dismiss the SAC (Dkts. 68 and 69);
8   WHEREAS, on February 5, 2021, Plaintiff filed its Oppositions to the Motions to Dismiss (Dkts.
9   70 and 71);
10  WHEREAS, on March 3, 2021, the Court moved the hearing on the Motions to Dismiss from
11  March 19, 2021 to March 23, 2021 (Dkt. 72);
12  WHEREAS, on March 5, 2021, Defendants filed Replies in Support of their Motions to Dismiss
13  (Dkts. 73 and 74);
14  WHEREAS, on March 8, 2021, Plaintiff filed its Motion to Supplement the SAC under Fed. R.
15  Civ. P. 15(d) and exhibits thereto (docketed on ECF as "Motion to Amend/Correct"), and its Motion to
16  Shorten Time under Civil L.R. 6-3 (Dkts. 75 and 76), so that its Motion to Amend/Correct could be
17  heard with Defendants' pending Motions to Dismiss on March 23, 2021;
18  WHEREAS, on March 11, 2021, Defendants Facebook, Inc. and Zuckerberg filed their
19  Opposition to CHD's Motion to Shorten Time (Dkt. 77);
20  WHEREAS, following an exchange of emails and "meet and confer" telephone conference, the
21  Parties agree that, in the interests of judicial economy and efficiency, the Court should hear the pending
22  Motions to Dismiss (Dkt. 68 and 69) along with the Motion to Amend/Correct (Dkt. 76), and hold the
23  initial Case Management Conference on April 22, 2021, and that the Parties should file their Joint Case
24  Management Statement by April 15, 2021, seven days before the conference (Dkt. 15);
25  THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate that (1)
26  the Court shall hear the pending Motions to Dismiss and Motion to Amend/Correct on April 22, 2021, at
27  a time that day to be set by the Court; (2) the Case Management Conference will be continued to the
28

1  same date, and the Parties shall file their Joint Case Management Statement by April 15, 2021; and (3)

2  Plaintiff's Motion to Shorten Time (Dkt. 77) shall be deemed withdrawn as moot.

3       IT IS SO STIPULATED.

5  Dated: March 15, 2021

By:  /s/
    ROGER I. TEICH

*Attorney for Plaintiff*
Children's Health Defense

10 Dated: March __, 2021                    WILMER CUTLER PICKERING, HALE AND DORR LLP

By:  /s/
    SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg

16 Dated: March __, 2021                    THOMAS & LOCICERO PL

By:  /s/
    CAROL JEAN LOCICERO

*Attorney for Defendant*
The Poynter Institute for Media Studies, Inc.

**4**   **Stipulation and [Proposed] Order re: April 22, 2021
Hearing on Motions and Case Management Conference**
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

1 **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO
2 ORDERED.**

3 Dated: _____        _____

SUSAN ILLSTON

United States District Judge

5

Stipulation and [Proposed] Order re: April 22, 2021
Hearing on Motions and Case Management Conference
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

# ATTORNEY ATTESTATION

I, Roger Teich, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: March 15, 2021                    By:

ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense

6

Stipulation and [Proposed] Order re: April 22, 2021
Hearing on Motions and Case Management Conference
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI