|   |   |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendants*<br>FACEBOOK, INC. and MARK ZUCKERBERG<br><br>ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE | ROGER I. TEICH (SBN 147076)<br>rteich@juno.com<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>ROBERT F. KENNEDY, JR. (*pro hac vice*)<br>MARY HOLLAND (*pro hac vice*)<br>mary.holland@childrenshealthdefense.org<br>Children's Health Defense<br>1227 North Peachtree Parkway, Suite 202<br>Peachtree City, GA 30269<br>Telephone: (917) 743-3868<br><br>*Attorneys for Plaintiff*<br>CHILDREN'S HEALTH DEFENSE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC. et al.,<br><br>　　　　Defendants. | Case No. 3:20-cv-05787-SI<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE: APRIL 22, 2021 HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

**Stipulation and [**~~Proposed~~**] Order re: April 22, 2021**
**1    Hearing on Motions and Case Management Conference**
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

KEVIN L. VICK (SBN 220738)
kvick@jassyvick.com
ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
ebaldridge@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd. Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
mcaramanica@tlolawfirm.com
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
dabratt@tlolawfirm.com
THOMAS & LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415

*Attorneys for Defendant*
THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.

2

**Stipulation and [Proposed] Order re: April 22, 2021 Hearing on Motions and Case Management Conference**
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Children's Health Defense ("CHD") and Defendants Facebook, Inc., Mark Zuckerberg, and the Poynter Institute for Media Studies, Inc. (collectively "Defendants") hereby stipulate and agree as follows:

WHEREAS, on December 15, 2020, Plaintiff filed its Second Amended Complaint ("SAC") by written consent under Fed. R. Civ. Pro. 15(a)(2) (Dkts. 65-1 and 67);

WHEREAS, on December 21, 2020, pursuant to the stipulated briefing schedule (Dkts. 63 and 67), Defendants filed their Motions to Dismiss the SAC (Dkts. 68 and 69);

WHEREAS, on February 5, 2021, Plaintiff filed its Oppositions to the Motions to Dismiss (Dkts. 70 and 71);

WHEREAS, on March 3, 2021, the Court moved the hearing on the Motions to Dismiss from March 19, 2021 to March 23, 2021 (Dkt. 72);

WHEREAS, on March 5, 2021, Defendants filed Replies in Support of their Motions to Dismiss (Dkts. 73 and 74);

WHEREAS, on March 8, 2021, Plaintiff filed its Motion to Supplement the SAC under Fed. R. Civ. P. 15(d) and exhibits thereto (docketed on ECF as "Motion to Amend/Correct"), and its Motion to Shorten Time under Civil L.R. 6-3 (Dkts. 75 and 76), so that its Motion to Amend/Correct could be heard with Defendants' pending Motions to Dismiss on March 23, 2021;

WHEREAS, on March 11, 2021, Defendants Facebook, Inc. and Zuckerberg filed their Opposition to CHD's Motion to Shorten Time (Dkt. 77);

WHEREAS, following an exchange of emails and "meet and confer" telephone conference, the Parties agree that, in the interests of judicial economy and efficiency, the Court should hear the pending Motions to Dismiss (Dkt. 68 and 69) along with the Motion to Amend/Correct (Dkt. 76), and hold the initial Case Management Conference on April 22, 2021, and that the Parties should file their Joint Case Management Statement by April 15, 2021, seven days before the conference (Dkt. 15);

THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate that (1) the Court shall hear the pending Motions to Dismiss and Motion to Amend/Correct on April 22, 2021, at a time that day to be set by the Court; (2) the Case Management Conference will be continued to the

same date, and the Parties shall file their Joint Case Management Statement by April 15, 2021; and (3) Plaintiff's Motion to Shorten Time (Dkt. 77) shall be deemed withdrawn as moot.

IT IS SO STIPULATED.

Dated: March 15, 2021

By: /s/
ROGER I. TEICH

*Attorney for Plaintiff*
Children's Health Defense

Dated: March __, 2021

WILMER CUTLER PICKERING, HALE AND DORR LLP

By: /s/
SONAL N. MEHTA

*Attorney for Defendants*
Facebook, Inc. and Mark Zuckerberg

Dated: March __, 2021

THOMAS & LOCICERO PL

By: /s/
CAROL JEAN LOCICERO

*Attorney for Defendant*
The Poynter Institute for Media Studies, Inc.

4

Stipulation and [Proposed] Order re: April 22, 2021
Hearing on Motions and Case Management Conference
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: March 16, 2021

_____
SUSAN ILLSTON
United States District Judge

5

Stipulation and [Proposed] Order re: April 22, 2021
Hearing on Motions and Case Management Conference
*CHD v. Facebook et al.*; Case No. 3:20-cv-05787-SI