1  SONAL N. MEHTA (SBN 222086)
    Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   ARI HOLTZBLATT (*pro hac vice*)
6    Ari.Holtzblatt@wilmerhale.com
   MOLLY M. JENNINGS (*pro hac vice*)
7    Molly.Jennings@wilmerhale.com
   ALLISON SCHULTZ (*pro hac vice*)
8    Allison.Schultz@wilmerhale.com
   WILMER CUTLER PICKERING
9    HALE AND DORR LLP
   1875 Pennsylvania Ave NW
10 Washington, DC 20006
   Telephone: (202) 663-6000
11 Facsimile: (202) 663-6363

12 *Attorneys for Defendants*
   FACEBOOK, INC. and
13 MARK ZUCKERBERG

14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN FRANCISCO DIVISION**

18 

| CHILDREN'S HEALTH DEFENSE, | |
|---|---|
| Plaintiff, | Case No. 3:20-cv-05787-SI |
| v. | **DECLARATION OF SONAL N. MEHTA IN SUPPORT OF FACEBOOK'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT ITS SECOND AMENDED COMPLAINT** |
| FACEBOOK, INC., ET AL., | |
| Defendants. | |

I, Sonal N. Mehta, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendants Facebook, Inc. and Mark Zuckerberg in the above-captioned action.

2. On March 10, 2021, the parties met and conferred in preparation for the upcoming Case Management Conference. A true and correct excerpt from the transcript of that meet and confer is attached as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of March, 2021 in Redwood City, California.

By: /s/ *Sonal N. Mehta*
      Sonal N. Mehta