**JASSY VICK CAROLAN LLP**
KEVIN L. VICK (SBN 220738)
 kvick@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorneys for Defendant The Poynter Institute for Media Studies, Inc.*

**THOMAS & LOCICERO PL**
CAROL JEAN LOCICERO (*pro hac vice*)
 clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
 mcaramanica@tlolawfirm.com
 601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

 -and-

DANIELA B. ABRATT (*pro hac vice*)
 dabratt@tlolawfirm.com
 915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3416
Facsimile: (954) 400-5415

*Attorneys for Defendant The Poynter Institute for Media Studies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC., a Florida corporation; and DOES 1-20.<br><br>Defendants. | Case No.:  3:20-cv-05787-SI<br><br>**DEFENDANT THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT ITS SECOND AMENDED COMPLAINT**<br><br>DATE: MAY 5, 2021<br>TIME: 1:30 P.M.<br>COURTROOM: 1-17TH FLOOR |

CASE NO.: 3:20-CV-05787-SI

THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT ITS SECOND AMENDED COMPLAINT

# TABLE OF AUTHORITIES

**Cases**

*Allen v. City of Beverly Hills*, 911 F.2d 367 (9th Cir. 1990) ................................................................ 1

*Armstrong v. Scribner*, No. 06cv852 L(RBB), 2008 WL 268974 (S.D. Cal. Jan. 30, 2008) ............... 1

*Beezley v. Fremont Indem. Co.*, 804 F.2d 530 (9th Cir. 1986) .............................................................. 1

*Gardner v. Martino*, 563 F.3d 981 (9th Cir. 2009) ............................................................................... 1

- i -

CASE NO.: 3:20-CV-05787-SI   THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT ITS SECOND AMENDED COMPLAINT

1    Defendant The Poynter Institute for Media Studies, Inc.'s ("Poynter") hereby files this Response in Opposition to Plaintiff's Motion to Supplement its Second Amended Complaint ("Motion") [Dkt. No. 76], filed on March 8, 2021.

First, none of the Plaintiff's proposed supplemental allegations are directed toward Poynter, and thus they would have no impact on Poynter's pending motion to dismiss. Therefore, permitting the supplement as to Poynter would be futile. *See Beezley v. Fremont Indem. Co.*, 804 F.2d 530, 530-31 (9th Cir. 1986) (affirming denial of motion to supplement complaint where plaintiff failed to allege any new facts that would entitle him to relief); *Gardner v. Martino*, 563 F.3d 981, 990 (9th Cir. 2009) ("When a proposed amendment would be futile, there is no need to prolong the litigation by permitting further amendment.") (internal quotation omitted); *Allen v. City of Beverly Hills*, 911 F.2d 367, 373-74 (9th Cir. 1990) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint."); *Armstrong v. Scribner*, No. 06cv852 L(RBB), 2008 WL 268974, at *26 (S.D. Cal. Jan. 30, 2008) ("The Court may deny a motion to file supplemental pleadings when supplementation would be futile, such as where the newly-asserted claims would not survive a motion to dismiss.").

Plaintiff impliedly concedes the futility of its proposed supplemental allegations as it previously told the Court in its March 10, 2021 correspondence that even allowing it to supplement its complaint would not moot the pending motions to dismiss. Thus, this Court should deny the Motion and proceed to hear the pending motions to dismiss on May 5. Finally, even if this Court were to grant the Motion, Poynter's pending motion to dismiss should still be heard as currently scheduled as the proposed new allegations have absolutely no impact on the claims made against Poynter. Poynter need not incur additional expense and delay preparing a third motion to dismiss on a fourth version of a complaint that is for all relevant purposes the equivalent of the operative one.

Second, Poynter adopts and incorporates the arguments set forth in Defendants Facebook, Inc.'s and Mark Zuckerberg's Response to the Motion [Dkt. No. 82] as if fully stated herein. Plaintiff unduly delayed in filing the Motion. It has already thrice amended the allegations in its

- 1 -

complaint, and now seeks, after briefing has closed on Defendants' respective motions to dismiss, to add further allegations that it knew or should have known well in advance of filing the Motion. Moreover, as set forth in the Facebook/Zuckerberg opposition, the supplemental allegations Plaintiff seeks to include do nothing to resuscitate its fatal claims against any of the Defendants.

For the foregoing reasons, Poynter respectfully requests that Plaintiff's Motion to Supplement its Second Amended Complaint be denied as to Poynter, or, if granted, its Second Amended Complaint should be dismissed with prejudice because the supplemental allegations fail to cure the fatal defects that are the subject of the pending motions to dismiss.

Dated: March 22, 2021

**JASSY VICK CAROLAN LLP**
By:   */s/ Kevin L. Vick*
          KEVIN L. VICK

**THOMAS & LOCICERO PL**
By:   */s/ Carol Jean LoCicero*
          CAROL JEAN LOCICERO

*Attorneys for Defendant, The Poynter Institute for Media Studies, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: March 22, 2021                                        By:     */s/ Kevin L. Vick*
                                                                                Kevin L. Vick

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: March 22, 2021                                        By:     */s/ Kevin L. Vick*
                                                                                Kevin L. Vick

- 3 -

CASE NO.: 3:20-CV-05787-SI                          THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT ITS SECOND AMENDED COMPLAINT