Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Children's Health Defense

Plaintiff(s),

v.

Facebook, LLC, Mark Zuckerberg et al.

Defendant(s).

Case No: 3:20-cv-05787-S

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, Jed Rubenfeld_____, an active member in good standing of the bar of New York_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Children's Health Defense_____ in the above-entitled action. My local co-counsel in this case is Roger Teich_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1031 Forest Rd. New Haven, CT 06515 | 290 Nevada St. San Francisco, CA 94110 |
| My Telephone # of Record: (203) 387-2605 | Local Co-Counsel's Telephone # of Record: (415) 948-0045 |
| My Email Address of Record: rubenfeldjed@gmail.com | Local Co-Counsel's Email Address of Record: rteich@juno.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2214104 NY__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/20/20

Jed Rubenfeld
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jed Rubenfeld_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 21, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE