**JULIE A. ESPOSITO, SBN 177722**
500 North Brand Boulevard, Suite 2200
Glendale, California 91203
TELEPHONE (818)546-8686
FACSIMILE  (818)546-8787
jesposito@colmanlawgroup.com

Attorneys for *Amicus Curiae*
**THE RUTHERFORD INSTITUTE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>          Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., ET. AL.<br><br>          Defendants. | Case No.: 3:20-cv-05787-SI<br><br>NOTICE OF LODGMENT OF [PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* and [PROPOSED] BRIEF OF THE RUTHERFORD INSTITUTE IN SUPPORT OF PLAINTIFF<br><br>Courtroom:1<br>JUDGE: Hon. Susan Illston<br><br>[Re Defendants' Motion to Dismiss calendared for 5/5/2021] |

---

1

NOTICE OF LODGMENT OF [PROPOSED] ORDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., ET. AL.<br><br>　　　　　Defendants. | Case No.: 3:20-cv-05787-SI<br><br>**[PROPOSED] ORDER** ON MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE RUTHERFORD INSTITUTE IN SUPPORT OF PLAINTIFF<br><br>Courtroom:1<br>JUDGE: Hon. Susan Illston<br><br>[Re Defendants' Motion to Dismiss calendared for 5/5/2021]<br>Related to Document #89 |

The Rutherford Institute has requested permission in its Motion for Leave to file an amicus brief, attached to said Motion; in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

After consideration of the pleadings filed in the within matter, The Court

1

hereby grants The Rutherford Institute's Motion for leave to file its *Amicus Curiae* in support of Plaintiff Children's Health Defense's Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, Fed.Rule. Civ.Proc. 12(b)(6).

IT IS SO ORDERED.

_____
Hon. Susan Illston

2

**[PROPOSED] ORDER** ON MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE RUTHERFORD INSTITUTE IN SUPPORT OF PLAINTIFF

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of West Covina, California; my business address is 1609 West Garvey Ave. North, West Covina, CA 91790.

On the date below, I served a copy of the following document(s):

NOTICE OF LODGMENT OF [PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* and [PROPOSED] BRIEF OF THE RUTHERFORD INSTITUTE IN SUPPORT OF PLAINTIFF

on all interested parties in said case addressed as follows:
**via electronic filing/service and via US First Class Mail:**

Sonal N. Mehta-via email: sonal.mehta@wilmerhale.com
Allison Schultz-via email: allison.schultz@wilmerhale.com
Ari Holtzblatt- via email: ari.holtzblatt@whilmerhale.com
Molly Maureen Jennings-via email: molly.jennings@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Attorneys for Defendants, Facebook, Inc. and Mark Zuckerberg

Kevin Lester Vick-via email: kvick@jassyvick.com
Elizabeth Holland Baldridge-via email: ebaldridge@jassyvick.com
Jassy Vick Carolan LLP
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Attorneys for Defendants, The Poynter Institute for Media Studies, Inc.; Politifact

Carol Jean LoCicero-via email: clocicero@tlolawfirm.com
March Richard Caramanica-via email: mcaramnica@tlolawfirm.com
Daniela B. Abratt-via email: dabratt@tlolawfirm.com
Thomas LoCicero PL
601 South Blvd.,
Tampa, FL 33606
Attorneys for Defendants, The Poynter Institute for Media Studies, Inc.; Politifact (dismissed party)

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in West Covina, California, on May 3, 2021. |
| 3 | |
| 4 | |
| 5 | |
| 6 | /s/  *Oxana G. Denisenko* |
| 7 | Oxana Denisenko |