# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 5, 2021 | **Time:** 2 hrs. 4 mts. | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-05787-SI | **Case Name:** Children's Health Defense v. Facebook Inc. | |

**Attorney for Plaintiff:** Roger Teich, Jed Rubenfeld
**Attorney for Defendant:** Carol LoCicero, Mark Caramanica (Poynter Institute), Sonal Mehta, Ari Holtzblatt (Facebook, Zuckerberg)

**Deputy Clerk:** Esther Chung                **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Motion to Dismiss (Dkt. 68, 69) – held via Zoom webinar.

## SUMMARY

The parties presented their arguments and rebuttals.  The Motions were taken under submission.