**JASSY VICK CAROLAN LLP**
KEVIN L. VICK (SBN 220738)
 kvick@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

*Attorneys for Defendant The Poynter
Institute for Media Studies, Inc.*

**THOMAS & LOCICERO PL**
CAROL JEAN LOCICERO (*pro hac vice*)
 clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
 mcaramanica@tlolawfirm.com
 601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

 -and-

DANIELA B. ABRATT (*pro hac vice*)
 dabratt@tlolawfirm.com
 915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3416
Facsimile: (954) 400-5415

*Attorneys for Defendant The Poynter
Institute for Media Studies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization,<br><br>                    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC., a Florida corporation; and DOES 1-20.<br><br>                    Defendants. | Case No.:  3:20-cv-05787-SI<br><br>**DEFENDANT THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE (DKT. NO. 97) AND REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION (DKT. NO. 98)**<br><br>Hon. Susan Illston |

CASE NO.: 3:20-CV-05787-SI

THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND LEAVE TO FILE STATEMENT OF RECENT DECISION

1  Defendant, the Poynter Institute for Media Studies, Inc. ("Poynter"), hereby files its opposition to Plaintiff Children Health Defense's (1) Request for Judicial Notice in Support of Plaintiff's Opposition to Motions to Dismiss and in Support of Plaintiff's Motion to Supplement the Pleadings (Dkt. No. 97) and (2) Plaintiff's Request for Leave to File Statement of Recent Decision (Dkt. No. 98), both filed on May 11, 2021. Poynter adopts and incorporates by reference as if fully set forth herein the arguments made in Defendants Facebook Inc.'s and Mark Zuckerberg's Opposition to the same (Dkt. No. 99). For the reasons stated therein, Poynter respectfully requests that this Court deny Plaintiff's procedurally improper and bad faith attempts to supplement the record and present belated and irrelevant legal argument.

Dated: May 12, 2021

**JASSY VICK CAROLAN LLP**
By: */s/ Kevin L. Vick*
KEVIN L. VICK

**THOMAS & LOCICERO PL**
By: */s/ Carol Jean LoCicero*
CAROL JEAN LOCICERO

*Attorneys for Defendant, The Poynter Institute for Media Studies, Inc.*

CASE NO.: 3:20-CV-05787-SI

THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND LEAVE TO FILE STATEMENT OF RECENT DECISION

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: May 12, 2021                                    By:   */s/ Elizabeth Baldridge*
                                                                          Elizabeth Baldridge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: May 12, 2021                                    By:   */s/ Elizabeth Baldridge*
                                                                          Elizabeth Baldridge

---

CASE NO.: 3:20-CV-05787-SI                        THE POYNTER INSTITUTE FOR MEDIA
                                                                   STUDIES, INC.'S OPPOSITION TO
                                                                   PLAINTIFF'S REQUEST FOR JUDICIAL
                                                                   NOTICE AND LEAVE TO FILE STATEMENT
                                                                   OF RECENT DECISION