ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone:  (415) 948-0045
E-Mail Address:  rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
E-Mail Address:  mary.holland@childrenshealthdefense.org
(*Subject to pro hac vice admission*)

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                  Plaintiff,<br><br>         v.<br><br>FACEBOOK, INC., et al.,<br><br>                  Defendants. | Case No. 20-cv-05787-SI<br><br>**DECLARATION OF RITA SHREFFLER** |

1

## DECLARATION OF RITA SHREFFLER

I, Rita Shreffler, declare as follows:

1.      I am the Director of Communications for Children's Health Defense ("CHD"), which is the plaintiff organization in this action, *Children's Health Defense v. Facebook, Inc., et al.*, 3:20-cv-05787-SI, currently pending in the United States District Court for the Northern District of California. This declaration is made in support of Plaintiff CHD's Motion to File a Rule 15(d) Supplement to the Second Amended Complaint and Request for *In Camera* Inspection. If called as a witness, I could and would testify competently to the facts herein, except as to those matters stated on information and belief.

2.      Attached hereto as **Exhibit "1"** is a true and correct copy of the Second Supplement to Plaintiff's Second Amended Complaint which CHD seeks leave to file in this case.

3.      On information and belief, attached hereto as **Exhibit "2"** are true and correct copies of the Project Veritas Facebook whistleblower's documents with respect to Facebook's Global Operations Primer on Health Misinformation, available at https://assets.ctfassets.net/syq3snmxclc9/5m5WDtHyHDYsB7D6qu6Qg3/3a2a12c32ee5606d0fd5f81f3 08f8df1/Global_Operations_Primer_-_Health_Misinformation_WATERMARKED.pdf and Vaccine Hesitancy Comment Demotion available at https://assets.ctfassets.net/syq3snmxclc9/ 7zG8FPh0cBk3qh28dY90iB/10771f24b25cf9994c08bf69e74056d5/Vaccine_Hesitancy_Com ment_Demotion_WATERMARKED.pdf.

4.      On information and belief, attached hereto as **Exhibit "3"** are true and correct copies of (redacted) emails between Mark Zuckerberg, Dr. Anthony Fauci, and Courtney Billet, NIAID Director of Office of Communications and Government Relations (OCGR), purportedly from February and March, 2020, which are available at: https://www.documentcloud.org/documents/20793561-leopold-nih-foia-anthony-fauci-emails, and are linked here: https://www.buzzfeednews.com/article/nataliebettendorf/fauci-emails-covid-response.

**RITA SHREFFLER DECLARATION RE:**
**RULE 15(d) MOTION AND OTHER RELIEF**
*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-Si

1

2

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Nixa, Missouri, on June 7, 2021.

4

5

6

RITA SHREFFLER

7

8

Communications Director
Children's Health Defense

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT 1

ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone:  (415) 948-0045
E-Mail Address:  rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
E-Mail Address:  mary.holland@childrenshealthdefense.org

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CHILDREN'S HEALTH DEFENSE, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-05787-SI <br><br> **SECOND PROPOSED SUPPLEMENT TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

**PLAINTIFF'S SECOND PROPOSED SUPPLEMENT
TO ITS SECOND AMENDED COMPLAINT**

Plaintiff Children's Health Defense ("CHD"), by and through its undersigned attorneys, hereby supplements its Second Amendment Complaint ("SAC") against Defendants Facebook, Inc., Mark Zuckerberg, Science Feedback, Poynter Institute, Politifact, and Does 1-20, with the following allegations made on personal information as to itself and on information and belief as to all other things.

1.       On or about May 10, 2021, a high-ranking Facebook officer expressly admitted that, contrary to Facebook's official COVID-19 and Vaccine Updates & Policy, www.facebook.com/help/230764881494641, which asserts that Facebook removes COVID- and vaccine-related content only when such content is "false," Facebook was actually removing content

critical of or simply questioning the safety of the COVID vaccines *regardless of whether that content was true or false*.

2.      Specifically, according to a Facebook vice president, the company is "removing groups, pages and accounts that deliberately discourage people from taking vaccines, *regardless of whether the information can be verified as false or not*."  BBC News, *The volunteers using "honeypot" groups to fight anti-vax propaganda*, May 10, 2021, https://www.bbc.com/news/blogs-trending-57051691 (emphasis added). "Some of the groups that fall under the new policy may include material *that's true, or unverifiable, but are not outright falsehoods*."  *Id.* (emphasis added).

3.      On or about May 24, 2021, a Facebook whistleblower (subsequently fired) went public with internal Facebook documents showing that, notwithstanding the company's public declarations that it censored only "false" vaccine-related claims, Facebook was in fact systematically and covertly censoring *true* vaccine-related content, as well as mere expressions of *opinion*, provided such content was deemed capable of leading to "vaccine hesitancy"—*i.e.*, to concerns about, or reluctance to take, the COVID vaccines.  *See* Project Veritas, *BREAKING: Facebook Whistleblowers Expose LEAKED INTERNAL DOCS Detailing New Effort to Secretly Censor Vaccine Concerns on a Global Scale*, May 24, 2021, https://www.projectveritas.com/news/breaking-facebook-whistleblowers-expose-leaked-internal-docs-detailing-new.

4.      On or about June 3-4, 2021, Defendant Zuckerberg and Facebook Vice-President Heidi Swarz admitted in a video that the whistleblower leaked documents were authentic Facebook documents.    https://www.youtube.com/watch?v=2S3246XJBOI.    Neither denied the existence of Facebook's massive "vaccine hesitancy" censorship program, in which content, including completely true information and/or expression of opinion, is blocked or restricted if it criticizes or questions the safety, efficacy, or necessity of the COVID vaccines.  *Id.*

5.      On information and belief, Zuckerberg was personally and individually involved in devising and approving this "vaccine hesitancy" censorship campaign.

6.      In late May and early June 2021, a large number of previously undisclosed emails by or to Dr. Anthony Fauci, Director of the U.S. National Institute of Allergy and Infectious Diseases and Chief Medical Adviser to the President, was released as a result of Freedom of Information Act requests.

7.      One such email, dated March 15, 2020, was written to Fauci by Defendant Zuckerberg, proposing a collaboration related to COVID- and vaccine-related information.  The email discloses to Fauci not-yet-public Facebook plans to launch a COVID information "hub" that would be visible to all of Facebook's billions of users and proposes collaboration on that "hub" to help "get your message out." *Id*. The full extent of the proposed collaboration is, however, unknown because four critical lines have been redacted. *Id.*

8.      The following is a copy of that email (Bates #: NIH-000468):

**From:** Mark Zuckerberg            (b) (6) >
**Sent:** Sunday, March 15, 2020 12:18 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]            (b) (6) >
**Subject:** Thanks and ideas

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1) make sure people can get authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally,                                                                      (b) (4)

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone:            (b) (6)

Thanks again for everything you're doing.

Mark

Plaintiff's Proposed Second
Supplemental Pleading
*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SI

9.      In response to Zuckerberg's March 15, 2020 email to Fauci, National Institutes of Health communications director Courtney Billet sent Fauci an email (also just disclosed, but also partially redacted) the next day, March 16, 2020, saying: "But an even bigger deal is his [Zuckerberg's] offer [CONTENT REDACTED].  The sooner we get that offer up the food chain the better.  I gave Bill a heads-up and he is standing by to discuss this with HHS and WH comms, but I didn't want him to do anything without you being aware of the offer.  Is it OK if I hand this aspect off to Bill to determine who the best point of contact would be so the Administration can take advantage of this offer, soonest?  Do you plan to call MZ?  His cell number is in his message below."

10.     The following is a copy or screenshot of Billet's email:

**From:** Billet, Courtney (NIH/NIAID) [E]               (b) (6)>
**Sent:** Monday, March 16, 2020 6:53 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] <        (b) (6)>
**Cc:** Folkers, Greg (NIH/NIAID) [E]          (b) (6); Conrad, Patricia (NIH/NIAID) [E]
         (b) (6); Stover, Kathy (NIH/NIAID) [E]      (b) (6)>; Routh, Jennifer
(NIH/NIAID) [E]     (b) (6)>
**Subject:** ASF: offer from Mark Zuckerberg

Per email below, Mark Zuckerberg has extended a few offers to do videos with you that we would be happy to seek clearance on for you to do, if you are amenable. These would have the weight and impact of television – really, more so.  Please advise if you want to do and we will seek clearance with VP office and work with Patty to sort out the logistics.

But an even bigger deal is his offer              (b) (4)
    The sooner we get that offer up the food-chain the better.  I gave Bill Hall a heads-up about this opportunity and he is standing by to discuss this with HHS and WH comms, but I didn't want him to do anything without you being aware of the offer. Is it OK if I hand this aspect off to Bill to determine who the best point of contact would be so the Administration can take advantage of this offer, soonest?

Do you plan to call MZ? His cell number is in his message below.

11.     Fauci responded by email to Billet the following day, March 17, 2020, writing: "I will write to or call Mark and tell him that I am interested in doing this.  I will then tell him that you will get for him the name of the USG [United States Government?] point of contact."

4                    Plaintiff's Proposed Second
Supplemental Pleading
*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SI

12.    The following is a copy or screenshot of Fauci's email to Billet:

| From: | Fauci, Anthony (NIH/NIAID) [E] |
|---|---|
| Sent: | Tue, 17 Mar 2020 00:23:16 +0000 |
| To: | Billet, Courtney (NIH/NIAID) [E] |
| Cc: | Folkers, Greg (NIH/NIAID) [E];Conrad, Patricia (NIH/NIAID) [E];Stover, Kathy (NIH/NIAID) [E];Routh, Jennifer (NIH/NIAID) [E] |
| Subject: | RE: offer from Mark Zuckerberg |

I will write to or call Mark and tell him that I am interested in doing this.  I will then tell him that you will get for him the name of the USG point of contact.  I agree it should be Bill Hall who could then turf to the White House Comms if he wishes

13.    Fauci also responded by email to Zuckerberg that same day, March 17, 2020: "Your idea and proposal sound terrific.  I would be happy to do a video for your hub. . . .  Also, your idea about [REDACTED] is very exciting.  I am . . . copying the Director of my Communications and Government Relations Group.  She can put your people in touch with the best person who could be the US Government point of contact for [REDACTED.]"

14.    The following is a copy or screenshot of Fauci's email to Zuckerberg:

| From: | Fauci, Anthony (NIH/NIAID) [E] |
|---|---|
| Sent: | Tue, 17 Mar 2020 00:22:45 +0000 |
| To: | Mark Zuckerberg |
| Cc: | Conrad, Patricia (NIH/NIAID) [E];Billet, Courtney (NIH/NIAID) [E];Barasch, Kimberly (NIH/NIAID) [C] |
| Subject: | RE: Thanks and ideas |

Mark:
   Thank you for your kind note.  I tried to call you, but got voice mail.  FYI, my cell phone number is _____ (b) (6)  Your idea and proposal sound terrific.  I would be happy to do a video for your hub.  We need to reach as many people as possible and convince them to take mitigation strategies seriously or things will get much, much worse. Also, your idea about ____ (b) (4) is vey exciting.  I am copying my Special Assistant, Patty Conrad.  Her office number is ____ (b) (6) _____ (b) (6).  Please have your people contact her to arrange for the video.  I am also copying the Director of my Communications and Government Relations group.  She can put your people in contact with the best person who could be the US Government point of contact for ____ (b) (4).
Best regards,
Tony

15.    All the redactions referred to in the above emails are notated "(b)(4)" (as the legal basis for the redaction), indicating "trade secrets and commercial or financial information."  *See* 5 U.S.C.

§ 552(b)(4).

16.     Given the timing of Zuckerberg's redacted proposal to Fauci, the subject matter of the email, the legal basis offered for the redactions, the importance attributed to Zuckerberg's "offer" by Billet, and the alacrity with which they responded, it is plausible to believe that: (a) the offer was acted upon; and (b) that it concerned working together on Facebook's efforts to censor COVID-related content.

17.     The email's timing is especially indicative of this conclusion.  In March of 2020, the month when Zuckerberg sent this email, Facebook was then intensely engaged in its early effort to devise methods to "suppress misinformation about the coronavirus."  Jeff Horwitz, *Facebook Fights Hoaxes and Hysteria in Its Virus-Themed Groups*, WALL ST. J., Mar. 6, 2020, https://www.wsj.com/articles/facebook-fights-hoaxes-and-hysteria-in-its-virus-themed-groups-11583505221.

18.     As alleged in the SAC, the next month, April, 2020, Facebook would begin what became a concerted, massive, system-wide program of monitoring COVID-related content and suppressing posts deemed by Facebook to be "misinformation."

19.     As further alleged in the SAC, Facebook would later admit that in determining what COVID-related content counted as misinformation, Facebook was "advised" by "public health authorities."

20.     It is therefore plausible to believe that Facebook, as part of this effort, was seeking assistance from and collaboration with federal health organizations such as the CDC, HHS, or the NIH, and that Zuckerberg was proposing such a collaboration to Fauci.

21.     This conclusion would also explain the legal basis offered for the redaction—that the redacted content was a "trade secret"—because Facebook was then and is even today attempting to keep secret its various, massive "vaccine-misinformation" surveillance and censorship program.

22.     On or about May 25, 2021, Facebook reversed its ban on content suggesting that COVID was "manmade or manufactured."  Cristiano Lima, *Facebook no longer treating 'man-made' Covid as a crackpot idea*, POLITICO, May 25, 2021, https://www.politico.com/news/2021/05/26/facebook-ban-covid-man-made-491053.

23.     This abrupt reversal followed on the heels of Chief Medical Adviser to the President Dr.

Anthony Fauci's similar backtracking from earlier dismissals of the hypothesis that COVID originated in a Wuhan laboratory. *See* Jonathan Turley, *Facebook says mentions of COVID-19's possible origins in Wuhan are now allowed. How generous*, FOX NEWS, May 27, 2021, https://www.foxnews.com/opinion/facebook-covid-19-origins-wuhan-jonathan-turley ("Now, however, President Joe Biden's chief medical adviser Dr. Anthony Fauci, and others have acknowledged that there is a basis for suspect[ing] the lab as the origin of the outbreak. So now Facebook will allow you to talk about it.").

24.     Facebook's about-face on this issue confirms, further evidences, and makes more plausible CHD's allegation that Facebook is acting as censor for the federal government, willfully participating in joint activity with federal officials to decide what speech will be permitted on its platforms, banning information when federal officials want it banned and permitting information when federal officials change their minds.

25.     As of this filing, CHD is substantially and increasingly self-censoring the content it posts to Facebook.

26.     Because of Facebook's deplatforming of Mr. Kennedy, and because of the company's ramped-up "vaccine-hesitancy" programs, CHD increasingly chooses not to post on Facebook valuable, accurate information and opinions on COVID- and vaccine-related matters—matters of the utmost public importance—out of fear that its account will be terminated if it does so.

Dated: June 7, 2021                          Respectfully submitted,


_____
ROBERT F. KENNEDY, JR.
Founder and Chairman, Children's Health Defense


_____
MARY S. HOLLAND
General Counsel, Children's Health Defense


_____
ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense

Plaintiff's Proposed Second
Supplemental Pleading
*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SI

# EXHIBIT 2

# Global Operations Primer - Health Misinformation

*NB: This is intended to provide a high-level overview of the Global Operations organization, but tailored to context for cross-functional partners involved in COVID Defense efforts on Misinformation. Our support for COVID Defense is continuously changing, and so we will work to keep this document up to date. Please reach out to @Alexis Link or @Cristina Cepero-Novoa with any questions or feedback on how to improve this or if you need to make edits.*

**Last Updated:** *April 12th*

## Organizational Structure and Purpose

The mission of Global Operations (GO) is to:

> *Build and run world-class processes at a global scale that minimize harm to people and society, and maximize success and well-being of our ecosystem of people, community, business, and partners.*

To achieve this mission, the organization is split into three key pillars under GO's leader, John DeVine.



Very broadly speaking, Trust and Safety is responsible for *demand* (or what work our reviewers do), and Scaled Ops is responsible for *supply* (the people who do that work). Functional Operations covers Risk and Response and houses the GO Central Analytics team and GO Engineering teams. These three functions are very different in their scope, responsibilities, and requirements.

As a general rule, all **scaled review**–or enforcement done by our outsourced review teams across many languages and at high volume–is operationalized by someone within Trust and Safety, partnering with Scaled Ops to successfully launch. These flows are almost always in SRT. On the other hand, **escalations-only** or specialized flows are owned by Risk and Response teams (Functional Ops) or Market FTEs (Scaled Ops), and may or may not be in SRT.

| | | | | |
|---|---|---|---|---|
| | Scaled Review | High volume review across all supported | Outsourced Reps | SRT |

| | Scaled Review | languages | Outsourced Reps | SR1 |
| | Escalations Only | Small-volume review on particular high-priority areas and escalations-only policies | FTEs, sometimes Contractors | SRT, Centra, Tasks, other |

**Trust and Safety is made up of a number of separate teams depending on the function of the business:**

1. Community Operations (CO) covers enforcement, measurement, and labeling for the Implementation Standards (internal-facing guidelines for how to enforce the Community Standards) for **organic content;** the Misinformation Process team sits within CO

2. Product Data Operations (PDO) lives within Product Support Ops and covers **Product Policy,** or the guidelines dictating how people can actually use our products (e.g. Groups or Live policies, platform policy, etc.). Product Policy is policy that applies to a particular experience or product experience (for example Fundraisers or Dating) to address risks that are unique to those surfaces which can't be addressed through Community Standards or product controls.

3. Business Integrity (BI) covers enforcement for **ads policies**

4. Commerce Ops is responsible for **connections between businesses and users**

5. Risk and Payments (R&P) protects the community from **financial abuse** and provides **payments support**

6. Legal and Premier Partner Operations supports **rights holders, media partners,** and their content

Though the focus areas differ for each of the Trust and Safety teams, their responsibilities are generally similar.



**Trust & Safety Process Teams are responsible for:**

**Operational Guidelines**

We're responsible for enabling accurate and efficient enforcement by thousands of reviewers through creating, auditing, and maintaining scaled enforcement protocols.

**Operational Health and Metrics**

We're responsible for reviewer demand and the operational health of our business. We monitor operational KPIs, perform RCAs on intolerable metrics movements, and identify and prioritize risks and investments.

**Insights and Optimization**

We systematically collect, categorize, and prioritize trends and insights from reviewers, escalations, and quality systems to continuously improve our processes.

**Escalations & Expert Decision Support**

We provide expert support actioning ambiguous or high-pri content. We clarify policy and guidelines and support incident reviews, escalations and SEV recovery.

# Health Misinformation Support

**Health Misinformation *scaled* review is supported by both CO and PDO:**

1. PDO is *labeling* to train Barriers to Vaccination (B2V) classifiers;
2. CO outsourced reviewers are *enforcing* on Misinformation and Harm (M&H), Widely Debunked Hoaxes (WDH), and Repeatedly Fact-Checked Hoaxes (RFH), conducting prevalence labeling, supporting appeals, and conducting quality reviews

CO scaled review is done by ring fenced reviewers–meaning these reviewers are **only** working in the health space. This is due to the extremely complex nature of misinformation policies and current challenges in accuracy. However, this limits flexibility of the workforce; we can't simply add more work to the reviewers as all new work must tradeoff on other health work. We are actively exploring avenues to break the ring fencing model; this comes with other challenges, and is unlikely to happen before the end of Q3 at the absolute earliest.*

This scaled review is currently in 10 languages covering 90% of MAP: English, Spanish, Portuguese, Hindi, Bengali, French, Arabic, Thai, Indonesian, Tagalog, Italian, Burmese, Dutch, German, Malay, Polish, Turkish, Ukrainian, Vietnamese

**This scaled review only covers simple objects**–meaning posts, comments, photos, videos, etc. We are planning to expand coverage to complex objects (pages, groups, events, IG profiles, FB profiles) in late Q3.* Complex Object review is significantly more resource-intensive than simple objects, and therefore reviewers get through fewer per hour. Further, all enqueued content is proactively detected–we do not have user reporting today for misinformation.

*\* Breaking the ring fenced model and expanding to complex objects will take until at least Q3. This is due to a number of factors, including but not limited to challenges in hiring due to COVID affecting cross-border work, complexity of misinformation policies, current accuracy, reviewers using an "Info First" review tree versus standard three-step labeling tree, and developing new tooling.*

## Non-Scaled Support

**Markets**
We also have support from our Market FTE teams. An important note is that these FTEs are *not* an enforcement workforce. Unlike our CO outsourced reviewers, who spend ~24.5 hours per week on content moderation, Market FTEs only spend a part of their time doing content review.

Each week, we have Market FTEs enforce for a few hours in the following languages: Amharic, Georgian, German, Malay, Persian, Turkish, Russian, Albanian, Croatian, Czech, Hungarian, Kurdish, Maghreb, Slovak, Afrikaans, Finnish, Nepali, Norwegian, and Zulu. We are also requesting regular support for the languages supported at outsourcing to help on complex objects (or entities). Further, Market FTEs across all markets staff X-Check queues and escalations that come in.

Unlike CO outsourced reviewers, FTEs can enforce on all policies–including escalations-only policies. This covers M&H, WDH, RFH, B2V tiers 1 and 2, and Dedicated Vaccine Discouraging Entities (DVDE). They primarily enforce on simple objects which are sourced from Health Integrity managed classifiers and GO Markets managed CIRD pipelines, but, by covering the DVDE policy, will also begin to support complex objects.

Within the Markets team sits the Civic Incubator team. This is made up of FTEs from the North America market. This team covers COIL (Complex Objects Integrity Lab), formerly known as HEROCO, which is an SRT flow allowing for in-depth review of English Groups (and soon Pages and IG Profiles) against all policies. Today, this review process takes about 10 minutes per Group reviewed. In addition, this group will soon start review and enforcement of escalated COVID Top 100 content and entities.

Finally, we have Market FTEs and contractors who work on HERO. HERO reviewers cover the predicted top 1000 posts in the US by VPVs daily. These reviewers apply neutral inform treatments, or NITs, within the HERO flow. They also temporarily supported COVID Top 100 post review for one week.

Appeals from Markets work outside of COIL currently route to normal CO scaled review. As a result, the reviewers for appeals are not trained in all policies. We are discussing a proposal to prevent appeals for complex objects (entities) for reviews done by Market FTEs.

**Risk and Response**

There are two risk teams and six escalation teams within Risk and Response. The three key ones for Misinformation *enforcement* are CO-PREsc, Early Response Escalations, and Regulation Escalations (the teams that enforce on organic content). These three teams are responsible for enforcement as *escalated* by internal staff, governments and NGOs, M-Team, and the Media. They enforce on every surface and product within the Facebook ecosystem, with the exception of WhatsApp. These teams are responsible for all Implementation Standards, including the 60+ escalations-only policies and MisInformation policies. Beyond enforcement, these teams are lead crisis managers (e.g. Capitol Riots). In addition to staffing all L2+ L3 IPOCs, senior members of these teams serve as IPOC Crew Leads, responsible for IPOC effectiveness and communications. As a result, these teams have very little bandwidth for additional support.

These teams have global presence, which facilitates 24/7 coverage. That said, they are relatively small teams (5-15 per region per team) with a dynamic workflow, meant to pivot into and out of crisis, and only support English content.

Response teams work in Centra instead of SRT, use Cases as their case management tool (as opposed to tasks), and have access to most tooling available (including BAT, MMS, CET, BH, and XCheck).

Escalation teams are organized by escalated content source, i.e. government/NGO escalations, media, Oops, or book of business partner. The teams are not trained in B2V tiers 3 and 4, as these will be automated only. In addition, they will enforce on COVID-topic Top 100 FB and IG pages, groups, IG profiles, and comments flagged by First Responders until this flow is passed off to Civic Incubator. We do not offer appeals for decisions made by PREsc.

First Responders are a contractor team under PREsc. They will be filtering through some Top 100 content and entities to be escalated to PREsc or Civic Incubator.

Outside of enforcement, the Community Risk Assessment team is responsible for the Dynamic Risk Assessment (DRA) shared weekly, proactive risk investigations (PRIs), and the weekly incident review.

## Health Misinformation Enforcement Summary

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PDO | @Fiona Yee | Outsourcing | B2V | | Labeling | Many | Content | High |
| | CO Ring Fenced | @Resharna Deshmukh | Outsourcing | M&H, WDH, RFH | | Enforcement, Measurement | 19 | Content | High |
| | Markets - General | @Orla Power | FTE | M&H, WDH, RFH, DVDE, B2V 1/2, CH | | Enforcement | ~25 | Content, Entities | Medium |
| | HERO | @Dylan Ackerman | FTE, Contractor | B2V (Inform treatments only), M&H, RFH, WDH | | Enforcement, Inform Treatments | ~25 | Posts | Medium |
| | COIL (owned by Civic Incubator) | @John Shea | FTE | M&H, WDH, RFH, DVDE, B2V 1/2, CH | | Enforcement | English | Groups | Medium |
| | Civic Incubator | @Tori Manlove | FTE | M&H, WDH, RFH, DVDE, B2V 1/2, CH | | Enforcement | English | Content, Entities | Medium |
| | PREsc | @Caroline Nichols | FTE | M&H, WDH, RFH, DVDE, B2V 1/2, CH | | Enforcement | English | Content, Entities | Low |
| | Early Response | @Zach Gerasin | FTE | M&H, WDH, RFH, DVDE, B2V 1/2, CH | | Enforcement | English | Content, Entities | Low |
| | First Responders | @Caroline | Contract | M&H, WDH, RFH, | | Enforcement, | English | Content, Entities | Low |

| | First Responders | Nichols | Contractor | DVDE, B2V 1/2, CH | Labeling | | English | Content, Entities | Low |
|---|---|---|---|---|---|---|---|---|---|

## Policies Glossary

1. **M&H:** Misinformation and Harm
2. **WDH:** Widely-Debunked Hoaxes
3. **RFH:** Repeatedly Fact-Checked Hoaxes
4. **CH:** Coordinating Harm
5. **DVDE:** Dedicated Vaccine Discouraging Entities
6. **B2V:** Barriers to Vaccination
7. **VH:** Vaccine Hesitancy

# Vaccine Hesitancy Comment Demotion

## Credits

- Author List: @Joo Ho Yeo, @Nick Gibian, @Hendrick Townley, @Amit Bahl, @Matt Gilles
- Thanks:

## Executive Summary

- What's your goal?
  - Drastically reduce user exposure to vaccine hesitancy (VH) in comments
- What is the product change?
  - Utilize the existing v1 VH classifier (English) to demote comments on ranked comments, meaning that they are filtered from 'most relevant' but are still visible in other tabs (ex 'most recent')
- What are the benefits of this launch?
  - VPVs on Vaccine post English comments vh p80: **-10.6±2.1%**
    - Projected launch impact: -934.8K±194.4K vpvs
    - Authoritative vh p80 comment vpvs: -26.7 (±4.1)%
      - ☐ Projected launch impact: -402.4K±71.3K
  - CEP on Vaccine post English comments vh p80: **−11.1 (±1.8)%**
    - Authoritative vh p80 comments CEP: **-26.1±3.0%**
  - Decrease in other engagement of VH comments including create, likes, reports, replies
    - ⚓ Scuba grouped by VH
- What are the costs of this launch?
  - No significant cost is observed.
- Risks of this launch
  - Not all comments are actually vaccine hesitancy, but we'd aligned with Health Policy on this risk in the COVID Lockdown Decisions meeting 2 weeks ago – https://docs.google.com/presentation/d/1Qo35TGq75yf70-VkOAY61g0offjYaOB2o2dF6SUry44/edit#slide=id.gca2fb195a7_11_0
- How could this be made more aggressive?
  - Use lower thresholds for interventions
- How could this be made more conservative?
  - Use higher Thresholds for interventions

## Background

Experiment Launch Post

Comments are a major surface relevant to our B2V efforts. We estimate that the prevalence of VH comments in Authoritative Health Pages is 25.3% and for other pages 19.42%. Now that the v1 Vaccine Hesitancy classifier has been cleared for this usecase, reducing the visibility of these comments represents another significant opportunity for us to remove barriers to vaccination that users on the platform may potentially encounter.

We do not expect user controls to resolve this issue, although teams have recently shipped tools to give people the ability to choose who can comment. https://docs.google.com/presentation/d/1xIn5T1pg8kCy9JEeX_Ehevh4tndhQYMiwL1zsuzwII4/edit#slide=id.gbafc05fce7_10_6

This is a Break The Glass lever that we'll replace with higher quality detection comes online. For now, we do not have other tools for remediating the high prevalence of vaccine hesitancy in Health comments

- More context from COVID Lockdown Decisions, where this was approved https://docs.google.com/presentation/d/1Qo35TGq75yf70-VkOAY61g0offjYaOB2o2dF6SUry44/edit#slide=id.gca2fb195a7_11_0

## Classifier

We utilized a text-only version of the VH classifier that Amit Bahl developed to score English-language comments on vaccine posts. We then performed a hand-labeling exercise to evaluate the model output.

Use of classifier approved by pxfn (L1076303PRV) and bwc.

## Threshold Selection

VPV-weighted precision and recall on thresholds (weighted resevoir sampling) and label based on the latest policy approved VH labeling guidelines.





| | cleaned_score_bucket | adjusted_precision | adjusted_recall | precision_lower | precision_upper | recall_lower | recall_upper |
|---|---|---|---|---|---|---|---|
| 0 | 0.0 - 0.3 | 0.126141 | 1.000000 | 0.085489 | 0.168945 | 1.000000 | 1.000000 |
| 1 | 0.3 - 0.5 | 0.126605 | 0.699953 | 0.084746 | 0.170880 | 0.554186 | 0.890621 |
| 2 | 0.5 - 0.6 | 0.197687 | 0.501959 | 0.147376 | 0.261657 | 0.381893 | 0.739008 |
| 3 | 0.6 - 0.65 | 0.386031 | 0.354294 | 0.330534 | 0.438976 | 0.264406 | 0.513907 |
| 4 | 0.65 - 0.7 | 0.462159 | 0.318081 | 0.395432 | 0.530412 | 0.234323 | 0.462183 |
| 5 | 0.7 - 0.75 | 0.490524 | 0.200457 | 0.426854 | 0.553555 | 0.143747 | 0.286414 |
| 6 | 0.75 - 0.8 | 0.588057 | 0.165619 | 0.514105 | 0.660887 | 0.119392 | 0.233647 |
| 7 | 0.8 - 0.85 | 0.677055 | 0.102807 | 0.598812 | 0.756986 | 0.072591 | 0.145819 |
| 8 | 0.85 - 0.9 | 0.730969 | 0.067448 | 0.648663 | 0.815614 | 0.046654 | 0.093516 |
| 9 | 0.9 - 0.95 | 0.744760 | 0.029917 | 0.656591 | 0.828318 | 0.020436 | 0.042050 |
| 10 | 0.95 - 1 | 0.795918 | 0.013449 | 0.680000 | 0.900000 | 0.009156 | 0.018791 |

Notebook: https://www.internalfb.com/intern/anp/view/?id=495202
Post: https://fb.workplace.com/notes/3942483092467702

PROJECT Veritas PROJECTVERITAS.COM

## Classifier-based prevalence

- Of the non-null results, 168.775 K comments are under vaccine posts, which is **0.499%** (33.625 M are not): https://fburl.com/scuba/ranked_comment_actions/ezd40b5u
- Since the vaccine hesitancy classifier only covers english comments size greater than 5, comments with a Vaccine hesitancy score is 48.355K. Of those 2.235 K are eligible for demotion: https://fburl.com/scuba/ranked_comment_actions/p2fcyml5

Among english vaccine post comments the classifier-based prevalence (with the p58 threshold 0.75):

- 4.3% of comment VPVs
- 4.3% of comment creates
- 6.4% of comment likes

(When adjusted for precision and recall, the prevalence is estimated to be 20~30% vpv)
Source: https://fburl.com/scuba/ranked_comment_actions/tlkb18sm

## VH Comment Examples

| vaccine_hesitancy_score | comment_id | comment_text |
|---|---|---|
| 0.87189 | 261957062286503 | So what are you spraying over north edmonton over residential homes, poison |
| 0.8623 | 193117605957898 | Only if you want to travel.. won't be forced...but can't go anywhere unless you have it. \n\nSo yes it will be forced |
| 0.9141 | 10158579572293271 | Better headline: "Vaccine thought to be 98% effective turns out to be 99.992% effective." |
| 0.8663 | 281743050286949 | Exclusive: Former Pfizer VP to AFLDS: 'Entirely possible this will be used for massive-scale depopulation' |
| 0.95312 | 1731887923657815 | I've written to him and others. Either they dont read , dont research or just want to push the killer vaccines |
| 0.85873 | 10159016877751830 | @[100000552011150:2048:Kim Chrest] there's a 99.2% that you won't. That is far above the 95% effective rate that we were told in the beginning. |
| 0.85002 | 10158210334681728 | I'm in a group whose families have had the "Jab".\nDoesn't matter which you have, all are causing terrible side effects and many dying.\n |
| 0.85447 | 304527971035699 | The vaccine is not fda approved but rather approved for emergency use only. Legally employers and others can not make it mandatory. |
| 0.94851 | 4498348683527934 | In other words, the Namibia human rights advocate, is calling for suspension of the rights of health workers and pushing for forced vaccinations. |
| 0.85625 | 293217805580344 | didn't work for the boarder worker....had both vaccines and still got covid again..... |
| 0.87042 | 10158393963727183 | @[100002882938982:2048:Eifz O'Hare] how many have died from covid? How many have died from vaccine? |
| 0.96451 | 10159572429229015 | @[796927924:2048:Dave Harvey] A year ago we didn't know how successful any anti-COVID vaccine, let alone mRNA vaccines, would be in the field. |
| 0.89849 | 1200292507059482 | Not really joking... Day b4 yesterday my uncle died few days after vaccination in Washington due to clotting .. aged 71 .. Diagnosed COVID19 |
| 0.91939 | 2943603365923180 | Vaccines r not suitable for evey one many of them r having side effects also after getting vaccinated ppl r getting corona positive |
| 0.86973 | 10159665959084604 | @[579026291:2048:Harry Fogarty] feel free to have it my as well, might help you .. |
| 0.86931 | 10159080434066026 | @[100000411263327:2048:Heather Keedy Bateman] \nToo bad they aren't reporting all the deaths and serious adverse effects to the public! |
| 0.87968 | 10159566195034228 | @[100000814050919:2048:Lisa Sanders] 71 out of 1.4 million fully vaccinated people in Missouri isnt too bad in my opinion. .000005% |
| 0.95139 | 10158211115291728 | Leave the elderly alone & the rest of us-we don't want your poison.You are completely ignoring the deaths & severe reactions caused by this crap |
| 0.93852 | 757768611577136 | Vaccine kill him from the very moment he got the shot in March he became ill |
| 0.88215 | 183299193612702 | It was a daft question Annette! All old people who got vax WILL DIE so if they died within 6 weeks.. would vax be blamed? |

## Experiment

QE: https://www.internalfb.com/intern/qe2/cref_v5_universe/vh_v1_en_demotion_v2/setup/config

QE is set up with a control group and the following test groups. Demotion is done to read time score at level -1:

- demote comments with v1 vaccine hesitancy classifier score of 0.75 (p58) or above with demotion strength of 0.01
- demote comments with v1 vaccine hesitancy classifier score of 0.75 (p58) or above with demotion strength of 0.001
- demote comments with v1 vaccine hesitancy classifier score of 0.8 (p68) or above with demotion strength of 0.01

- demote comments with v1 vaccine hesitancy classifier score of 0.8 (p58) or above with demotion strength of 0.001

## Ranking Changes

https://www.internalfb.com/intern/configerator/edit/?
path=comment_ranking%2Fcomment_ranking_configs%2Fvh_v1_en_demotion_p58_001.cconf

demote_vh_en =>

```
{
    "signals": {
        "vh_score": 871
    },
    "signal_defaults": {
        "vh_score": 0
    },
    "phase": 1,
    "signal_blender": "if(gte($vh_score, 0.75), 0.001, 1)",
    "signal_rules": []
}
```

experiment_read_time_score =>

```
{
    "signal_blender": "mul($read_time_score, $demote_vh_en)",
    "phase": -1,
    "signals": [],
    "signal_rules": [
    "read_time_score",
    "demote_vh_en"
    ],
    "signal_defaults": {
    "read_time_score": 1,
    "demote_vh_en": 1
    }
}
```

## Demotion Example

https://www.facebook.com/CDC/photos/a.184668026025/10159076965856026



**CDC** ✓
3d · 🌐

While use of Johnson & Johnson's COVID-19 Vaccine remains paused, you can still be vaccinated with either the Pfizer-BioNTech or Moderna vaccine

can still be vaccinated with either the Pfizer-BioNTech or Moderna vaccine.

Make plans to get a vaccine as soon as one is available to you. Keep your vaccination appointment if you have one. If you were scheduled to get the J&J vaccine, work with your vaccination provider to reschedule to get a different COVID-19 vaccine.

Learn more about the J&J vaccine pause and the other COVID-19 vaccines authorized and recommended for use: https://bit.ly/3acYSnz.



Prod



**Jenni Borders** Why the push for 2 doses when CDC itself published efficacy of 80% after 2 weeks with just one dose of Pfizer or Moderna? The flu shot is 40 to 60% effective every one year and the flu actually hospitalizes and kills children and elderly every single year here in the United States.

Like · Reply · 3d

 15

↳ 23 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, p_report_weak,
top_fan_badge_eligible, civic, ranked
Position Change: 13
Whitelisted Features :
comment_text_vh_v1_score(871): 0.95315903425217
10159076975491026 (Entity Tool)
Click to Dive Deeper



**Anna Di Franco** Why is the CDC pushing masks when there is scientific evidence showing they do not protect us but instead cause bodily and psychological harm

https://www.outkick.com/stanford-study-says-masks-are.../

Like · Reply · 2d

 16

↳ 19 Replies

Comment type: comment_on_source_post
Metric Tags: relevance_high, top_fan_badge_eligible, score_red, civic, ranked
Position Change: 3
Whitelisted Features :
comment_text_vh_v1_score(871): 0.86334884166718
10159077202671026 (Entity Tool)
Click to Dive Deeper



**Sharon Mahany** One question you might ask... Why are social media groups that are reporting firsthand accounts of side effects of the covid vaccines being shut down? Do they not want people to make an informed decision?

Like · Reply · 2d                                    26

↳   17 Replies

Comment type: comment_on_source_post
Metric Tags: objective_high, relevance_high, top_fan_badge_eligible, civic, ranked
Position Change: 7
Whitelisted Features :
comment_text_vh_v1_score(871): 0.76377594470978
10159077336616026 (Entity Tool)
Click to Dive Deeper

Test



**April Marie** No it's not! Stop telling lies!! You know you're in cahoots with big pharma Bill Gates and other big names... you're going to kill people off the Earth shut the hell up!

Like · Reply · 1d

 9

↳  3 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, top_fan_badge_eligible, score_red, civic, ranked
Position Change: 15
Whitelisted Features :
comment_text_vh_v1_score(871): 0.86857151985168
842197446646352 (Entity Tool)
Click to Dive Deeper



**Rolanda Shaniqua** Wait... Getting a quickly created pharmaceutical vaccine that we know has some issues right now, that has absolutely no data on long term effects, is not fully FDA approved, and is exempt from any liability for injury or death, is safer than keeping yourself naturally healthy with a good diet, natural supplements, and exercise? If people want to get this vaccine, fine, but why is the CDC resorting to stretching the truth even more with statements like these?

Like · Reply · 2d · Edited

 64

↳  70 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, p_report_weak, top_fan_badge_eligible, score_red, civic, ranked
Position Change: 4
Whitelisted Features :
comment_text_vh_v1_score(871): 0.86716830730438
10159076986751026 (Entity Tool)
Click to Dive Deeper



**Amanda Kay Harvey-Armstrong** I get my second dose on the first. I can't wait to be fully vaccinated for this. The more people vaccinate the better. Maybe if we get enough people vaccinated

things MIGHT turn back to somewhat normal.

Like · Reply · 3d      86

↳   185 Replies · about an hour ago

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, top_fan_badge_eligible, civic, ranked
Position Change: 1
Whitelisted Features :
comment_text_vh_v1_score(871): 0.13257524371147
10159077083541026 (Entity Tool)
Click to Dive Deeper

 **Josee Alain** I feel bad for those that got the J&J vaccine having been told to take the first vaccine available to them, now they are waiting to see what comes out of this vaccination pause...

Like · Reply · 2d      6

↳   17 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, top_fan_badge_eligible, civic, ranked
Position Change: 2
Whitelisted Features :
comment_text_vh_v1_score(871): 0.28509762883186
10159077424611026 (Entity Tool)
Click to Dive Deeper

 **Melissa Albert** Yet in Canada they're giving the Astra Zeneca, and no Moderna or Pfizer available. And they're canceling appts due to shortages. 😡 And back into lockdown if you aren't an airport or corporation or government or rich.

Like · Reply · 3d      3

↳   9 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, top_fan_badge_eligible, civic, ranked
Position Change: 3
Whitelisted Features :
comment_text_vh_v1_score(871): 0.1414235830307
10159077100056026 (Entity Tool)
Click to Dive Deeper



**Jennifer Stewart Murphy** The vaccine is way safer than the disease for the vast majority of people.

Like · Reply · 3d                                      51

↳   48 Replies

Comment type: comment_on_source_post
Metric Tags: survey_p_high, objective_high, relevance_high, top_fan_badge_eligible, civic, ranked
Position Change: 3
Whitelisted Features :
comment_text_vh_v1_score(871): 0.10478735715151

10159077072111026 (Entity Tool)
Click to Dive Deeper

# Results

Analyzing the p58 and demotion strength 0.01 (though all results are similar)

### Deltoid

*Vaccine Heistancy Prevalence Metrics*
https://fburl.com/deltoid3/754nhd0z



- CEP on Vaccine post English ~~comments vh p80: –11.1 (±1.8)%~~
  - Authoritative vh p80 comments CEP: **-26.1±3.0%**
  - Non-authoritative vh p80 comments CEP:-9.9±2.3%

- VPVs on Vaccine post English comments vh p80: **-10.6±2.1%**
  - Projected launch impact:-934.8K±194.4K vpvs
  - Authoritative vh p80 comment vpvs:  -26.7 (±4.1)%
    - Projected launch impact: -402.4K±71.3K
  - Non-authoritative vh p80 comment vpvs: -9.0±2.7%
    - Projected launch impact: -526.5K±163.4K

Other Signals:

- No detectable difference in misinfo frx:
  - https://fburl.com/daiquery/a1yg0xhx
- No detectable difference in high or low quality comment VPVs:
  - https://fburl.com/scuba/ranked_comment_actions/itgnv6zs,
  - https://fburl.com/scuba/ranked_comment_actions/r5z2koh3
- No detectable difference in FRX overall of any type:
  - https://fburl.com/deltoid3/1h64b6oi

Overall Engagement
https://fburl.com/deltoid3/iitnq125



Grouped by Reply
https://fburl.com/deltoid3/o4hnqgsd



Grouped by Reply time series
https://fburl.com/deltoid3/h9snr3uy



Grouped by High.Low Relevance

https://fburl.com/deltoid3/xxi2mu5c



Grouped by Is bullying

https://fburl.com/deltoid3/jIyfs4c5



Grouped by is hate speech

https://fburl.com/deltoid3/vaa6rzzf



## Scuba grouped by VH

https://fburl.com/scuba/ranked_comment_actions/5zbwxfo9



- -75.6% create
- -42.5% like
- -34.2% report
- -32.6% vpv
- -88.6% replies

## Next Steps

- Team holdout
- Live videos? Other surfaces?

Follow Up Question Answers:

1. What is the percentage of vaccine
   a. Of the non-null results, 168.775 K comments are under vaccine posts, which is 0.499% (33.625 M are not):
      https://fburl.com/scuba/ranked_comment_actions/ezd40b5u
      i. This aligns with the vaccine post vpvs / all post vpvs which is ~0.5%
         1. https://fburl.com/daiquery/grmcvdqx
   b. Since the vaccine hesitancy classifier only covers english comments size greater than 5, comments with a Vaccine hesitancy score is 48.355K. Of those 2.235 K are eligible for demotion:
      https://fburl.com/scuba/ranked_comment_actions/p2fcyml5

        i. So the final eligible comments for demotion are 0.00661% of ranked comments

    c. Since the number of eligible comments for demotion are relatively small, it is likely that the like regression is noise

2. Change in "likes"

    a. For the vaccine hesitant comments we are demoting, we are reducing -2.64K likes (-42.5%), which would be 176K likes since the test size is 1.5%

        i. https://fburl.com/scuba/ranked_comment_actions/oIdInwjv

    b. Grouped by is_repy, time series:

        i. https://fburl.com/deltoid3/xturut3g

    c. Grouped by survey_high, survey_low

        i. https://fburl.com/deltoid3/3a2ijqyw

\* https://fb.workplace.com/groups/health.integrity/permalink/875731499946842
\*\*https://fb.workplace.com/groups/health.integrity/permalink/505046790348650
\*\*\*https://fb.workplace.com/groups/health.integrity/permalink/505046790348650



# EXHIBIT 3

**From:**       Fauci, Anthony (NIH/NIAID) [E]
**Sent:**       Fri, 28 Feb 2020 00:47:19 +0000
**To:**         Mark Zuckerberg
**Subject:**    RE:

Mark:

   Thanks for the note.   If we start in April ( ~6-7 weeks from now) with a phase 1
trial of 45 subjects, it will take another 3-4 months to determine safety and some
immunogenicity.   The next step is phase 2 for efficacy.   We may need help with
resources for the phase 2 trial if we do not get our requested budget
supplement.   I believe that we will be OK.   If this goes off track, I will contact
you.   Many thanks for the offer.   Much appreciated.
Best regards,

Tony
**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:**             (b) (6)
**FAX: (301) 496-4409**
**E-mail:**            (b) (6)
**The information in this e-mail and any of its attachments is confidential and may contain sensitive**
**information.  It should not be used by anyone who is not the original intended recipient.  If you**
**have received this e-mail in error please inform the sender and delete it from your mailbox or any**
**other storage devices.  The National Institute of Allergy and Infectious Diseases (NIAID) shall not**
**accept liability for any statements made that are the sender's own and not expressly made on**
**behalf of the NIAID by one of its representatives.**

**From:** Mark Zuckerberg          (b) (6)
**Sent:** Thursday, February 27, 2020 7:16 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]                    (b) (6) >
**Subject:**

Tony:

I was glad to hear your statement that the covid-19 vaccine will be ready for human trials in six weeks.
Are there any resources our foundation can help provide to potentially accelerate this or at least make
sure it stays on track?

Mark

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Tue, 17 Mar 2020 00:23:16 +0000 |
| **To:** | Billet, Courtney (NIH/NIAID) [E] |
| **Cc:** | Folkers, Greg (NIH/NIAID) [E];Conrad, Patricia (NIH/NIAID) [E];Stover, Kathy |

(NIH/NIAID) [E];Routh, Jennifer (NIH/NIAID) [E]

| **Subject:** | RE: offer from Mark Zuckerberg |

I will write to or call Mark and tell him that I am interested in doing this.  I will then tell him that you will get for him the name of the USG point of contact.  I agree it should be Bill Hall who could then turf to the White House Comms if he wishes

---

**From:** Billet, Courtney (NIH/NIAID) [E]                    (b) (6) >
**Sent:** Monday, March 16, 2020 6:53 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] <                 (b) (6) >
**Cc:** Folkers, Greg (NIH/NIAID) [E]                    (b) (6); Conrad, Patricia (NIH/NIAID) [E]
                    (b) (6); Stover, Kathy (NIH/NIAID) [E]                    (b) (6)>; Routh, Jennifer
(NIH/NIAID) [E]                    (b) (6)>
**Subject:** ASF: offer from Mark Zuckerberg

Per email below, Mark Zuckerberg has extended a few offers to do videos with you that we would be happy to seek clearance on for you to do, if you are amenable. These would have the weight and impact of television – really, more so.  Please advise if you want to do and we will seek clearance with VP office and work with Patty to sort out the logistics.

But an even bigger deal is his offer                                              (b) (4)
            The sooner we get that offer up the food-chain the better.  I gave Bill Hall a heads-up about this opportunity and he is standing by to discuss this with HHS and WH comms, but I didn't want him to do anything without you being aware of the offer. Is it OK if I hand this aspect off to Bill to determine who the best point of contact would be so the Administration can take advantage of this offer, soonest?

Do you plan to call MZ? His cell number is in his message below.

**From:** Mark Zuckerberg            (b) (6)
**Sent:** Sunday, March 15, 2020 12:18 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]                    (b) (6)>
**Subject:** Thanks and ideas

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1)

make sure people can get authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally, (b) (4)

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone: (b) (6).

Thanks again for everything you're doing.

Mark

**From:**        Fauci, Anthony (NIH/NIAID) [E]
**Sent:**        Tue, 17 Mar 2020 00:22:45 +0000
**To:**          Mark Zuckerberg
**Cc:**          Conrad, Patricia (NIH/NIAID) [E];Billet, Courtney (NIH/NIAID) [E];Barasch, Kimberly (NIH/NIAID) [C]
**Subject:**     RE: Thanks and ideas


Mark:

Thank you for your kind note.  I tried to call you, but got voice mail.  FYI, my cell phone number is _____ (b) (6) Your idea and proposal sound terrific.  I would be happy to do a video for your hub.  We need to reach as many people as possible and  convince them to take mitigation strategies seriously or things will get much, much worse.  Also, your idea about (b) (4) is vey exciting.  I am copying my Special Assistant, Patty Conrad.  Her office number is (b) (6) (b) (6).  Please have your people contact her to arrange for the video.  I am also copying the Director of my Communications and Government Relations group.  She can put your people in contact with the best person who could be the US Government point of contact for (b) (4).
Best regards,
Tony

---

**From:** Mark Zuckerberg _____ (b) (6) >
**Sent:** Sunday, March 15, 2020 12:18 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] _____ (b) (6) >
**Subject:** Thanks and ideas

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1) make sure people can get authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one

of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ (b) (4)
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone: ⬛⬛⬛⬛ (b) (6)

Thanks again for everything you're doing.

Mark