UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK INC., *et al*.,<br><br>Defendants. | Case No. 20-cv-05787-SI<br><br>**JUDGMENT** |

Plaintiff's claims against defendants Facebook, Mark Zuckerberg, and The Poynter Institute for Media Studies, Inc., have been dismissed without leave to amend, and plaintiff's claims against defendant Science Feedback have been dismissed without prejudice.

Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 30, 2021

_____
SUSAN ILLSTON
United States District Judge