ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone:  (415) 948-0045
E-Mail Address:  rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
E-Mail Address:  mary.holland@childrenshealthdefense.org

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>                 Plaintiff,<br><br>          v.<br><br>FACEBOOK, INC., a Delaware corporation;<br>MARK ZUCKERBERG, a California resident;<br>SCIENCE FEEDBACK, a French corporation;<br>THE POYNTER INSTITUTE FOR MEDIA<br>STUDIES, INC., a Florida corporation; and DOES<br>1-20,<br><br>                 Defendants. | Case No. 3:20-cv-05787-SI<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Susan Illston |

NOTICE IS GIVEN that Plaintiff Children's Health Defense appeals to the United States Court of Appeals for the Ninth Circuit from the following:

1. The Court's Order granting Defendants' motions to dismiss the Second Amended Complaint, denying Plaintiff's motion to supplement and denying leave to amend, dated and filed June 29, 2021, Docket No. 107 (*see* Exhibit A);

2. Judgment dated June 30, 2021, Docket No. 108 (*see* Exhibit B); and

3. All other orders, rulings, decisions, or opinions merged therein.

A Representation Statement is being submitted pursuant to Circuit Rule 3-2 (*see* Exhibit C).


Dated: July 20, 2021                    Respectfully submitted,

ROBERT F. KENNEDY, JR.
Founder and Chairman, Children's Health Defense

MARY S. HOLLAND
General Counsel, Children's Health Defense

ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense