# EXHIBIT C

ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-Mail Address: rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (917) 743-3868
E-Mail Address: mary.holland@childrenshealthdefense.org

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC., a Florida corporation; and DOES 1-20,<br><br>　　　　Defendants. | Case No. 3:20-cv-05787-SI<br><br>**PLAINTIFF'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT RE: NOTICE OF APPEAL**<br><br>Judge: Hon. Susan Illston |

1                              **Plaintiff's Representation Statement**
**re: Notice of Appeal**
*CHD v. Facebook* **et al.; Case No. 3:20-cv-05787-SI**

With reference to Plaintiff's Notice of Appeal, pursuant to Ninth Circuit Rule 3-2(b), the following are all of the parties to this action and their respective counsel:

**PLAINTIFF**

    CHILDREN'S HEALTH DEFENSE

**COUNSEL**

    ROGER I. TEICH (SBN 147076)
    rteich@juno.com
    290 Nevada Street
    San Francisco, California 94110
    Telephone: (415) 948-0045

    ROBERT F. KENNEDY, JR. (*pro hac vice*)
    MARY HOLLAND (*pro hac vice*)
    mary.holland@childrenshealthdefense.org
    Children's Health Defense
    1227 North Peachtree Parkway, Suite 202
    Peachtree City, Georgia 30269
    Telephone: (917) 743-3868

    JED RUBENFELD. (*pro hac vice*)
    rubenfeldj@gmail.com
    1031 Forest Road
    New Haven, Connecticut 06515
    Telephone: (203) 387-2605

**DEFENDANTS**

    FACEBOOK, INC. and MARK ZUCKERBERG

**COUNSEL**

    SONAL N. MEHTA (SBN 222086)
    Sonal.Mehta@wilmerhale.com
    WILMER CUTLER PICKERING HALE AND DORR LLP
    2600 El Camino Real, Suite 400
    Palo Alto, California 94306
    Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

2      **Plaintiff's Representation Statement re: Notice of Appeal**
*CHD v. Facebook* et al.; Case No. 3:20-cv-05787-SI

| | |
|---|---|
| 1 | ARI HOLTZBLATT (*pro hac vice*) |
| | Ari.Holtzblatt@wilmerhale.com |
| 2 | MOLLY M. JENNINGS (*pro hac vice*) |
| 3 | Molly.Jennings@wilmerhale.com |
| | ALLISON SCHULTZ (*pro hac vice*) |
| 4 | Allison.Schultz@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 5 | 1875 Pennsylvania Ave, NW |
| | Washington, DC 20006 |
| 6 | Telephone: (202) 663-6000 |
| 7 | Facsimile: (202) 663-6363 |

**DEFENDANT**

THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC.

**COUNSEL**

KEVIN L. VICK (SBN 220738)
kvick@jassyvick.com
ELIZABETH HOLLAND BALDRIDGE (SBN 313390)
ebaldridge@jassyvick.com
JASSY VICK CAROLAN LLP
800 Wilshire Blvd.
Suite 800
Los Angeles, California 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

CAROL JEAN LOCICERO (*pro hac vice*)
clocicero@tlolawfirm.com
MARK R. CARAMANICA (*pro hac vice*)
mcaramanica@tlolawfirm.com
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

DANIELA B. ABRATT (*pro hac vice*)
dabratt@tlolawfirm.com
THOMAS & LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415

Dated: July 20, 2021		Respectfully submitted,

_____
ROBERT F. KENNEDY, JR.
Founder and Chairman, Children's Health Defense

_____
MARY S. HOLLAND
General Counsel, Children's Health Defense

_____
ROGER I. TEICH

Counsel for Plaintiff
Children's Health Defense