ROGER I. TEICH
California State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone:  (415) 948-0045
E-Mail Address:  rteich@juno.com

ROBERT F. KENNEDY, JR.
MARY HOLLAND
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone:  (917) 743-3868
E-Mail Address:  mary.holland@childrenshealthdefense.org
(*Subject to pro hac vice admission*)

Attorneys for Plaintiff
CHILDREN'S HEALTH DEFENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>            Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., et al.,<br><br>            Defendants. | Case No. 20-cv-05787-SI<br><br>**EXHIBITS TO DECLARATION OF RITA SHREFFLER** |

# EXHIBIT A



**MINISTÈRE
DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

**Direction des affaires civiles
et du sceau**

Paris, le 07-07-2021

LE GARDE DES SCEAUX, MINISTRE DE LA JUSTICE
À
ROGER TEICH, ESQ
AUTHORZED TO ACT AS APPLICANT
290 NEVADA STREET
CA 94110 SAN FRANCISCO
ETATS-UNIS D'AMERIQUE

**Département de l'entraide, du droit international privé
et européen**

| 1ère PARTIE |    21.08.    004873

**Référence à rappeler :**
**2819TR2021 ETATS-UNIS D'AMERIQUE**
**États Unis.Roger Teich, Esq -Référence action civile:N°3:20-cv-
05787-SI-Citation à comparaître dans une actioon civile-tribunal
de district des USA -**
-

**Destinataire :** SCIENCE FEEBACK SIS : 7, RUE DE TOCQUEVILLE
- 75017 PARIS

**Objet :** Retour d'une demande de notification d'acte judiciaire.

**Texte de référence :** Circulaire NOR JUS CO5 20 961 C (CIV/20/05) du 1er février 2006, relative aux "Notifications
internationales des actes judiciaires et extrajudiciaires en matière civile et commerciale" [ la partie pratique de
la circulaire est disponible sur l'Internet à l'adresse : www.entraide-civile-internationale.justice.gouv.fr

J'ai l'honneur de vous faire parvenir sous ce pli les documents établis à la suite d'une

demande de notification internationale.

Cachet du Ministère de la Justice

PF

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ **1. that the document has been served\***
que la demande a été exécutée\*

| — **the (date)** / le (date)**: | 24 juin 2021 |
| — **at (place, street, number):** à (localité, rue, numéro) : | 19-21 rue Truffaut- 75017 Paris |

| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : |
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))\* |
| ☐ *b)* **in accordance with the following particular method\*:** selon la forme particulière suivante\* : |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | Monsieur Emmanuel VINCENT, président de l'Association SCIENCE FEEDBACK |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : <br> \* if appropriate / s'il y a lieu | Procès-verbal n°2021/00707717 établi le 24 juin 2021 par Madame Marie FONQUERNE, brigadier au commissariat de Paris XVIIè arrt |

| **Done at** / Fait à <br> Paris <br> **The** / le <br> 7 juillet 2021 | **Signature and/or stamp** Signature et / ou cachet |

# TRIBUNAL DE GRANDE INSTANCE DE PARIS

■

# PARQUET DU PROCUREUR DE LA RÉPUBLIQUE

—————
## 3ème DIVISION
—————

Administration générale
Affaires civiles

N° A2 (Actes Jnd.

*A renvoyer avec la réponse
et les pièces jointes*

# SOIT TRANSMIS

*A Madame, Monsieur le*

☐ *Procureur de la République*
☐ *Directeur de la Police Judiciaire*
☐ *Commissaire de Police*
☐ *Commandant de Compagnie de Gendarmerie*
☐ *Maire*
☐ *Directeur de la Maison d'Arrêt*
☐ _____

à  Ministère de
la Justice

REÇU LE ( P)

U 5 JUIL. 2021

BDIP

*qui paraît compétent,*
*aux fins demandées,*
*après objet* ..........................................................*rempli,*
*pour exécution,*
*pour faire préciser l'objet de la demande,*    ( retours
*pour recevoir la plainte par procès-verbal,*   commissariat)
*pour renseignements et avis,*
*pour enquête,*
*pour audition de* ................................................................
*pour..... notification..... remise..... contre récépissé à me faire parvenir*

*en ayant l'honneur de le prier de bien vouloir*

3ème et 4ème parties

*Le* _____

*Le Procureur de la République,*

Composition PAO Impression I.S.A.R. VITRY - Réf : PTGI-0045

**MINISTÈRE DE LA JUSTICE**

*Liberté*
*Égalité*
*Fraternité*

COUR D'APPEL DE PARIS

TRIBUNAL JUDICIAIRE DE PARIS

PARQUET DU TRIBUNAL JUDICIAIRE
6ème DIVISION
SECTION A2 - 22ème étage
Exécution des peines
Entraide Pénale Internationale
Actes Judiciaires (TP)

SOIT TRANSMIS

à

DSPAP 17

N° Borderau : 2021/3
(à rappeler dans toute correspondance)

Concerne : SCIENCE FEEDBACK    4/4 (4ème partie)

Autorité requérante : USA

## AUX FINS DEMANDÉES

Et en ayant l'honneur de le prier de bien vouloir :

- procéder à l'audition

- s'il s'agit de la remise d'un acte ou d'une notification, (même en l'absence de traduction), établir un récépissé détaillé

Merci de bien vouloir procéder à la notification indépendamment des délais ou de la date de comparution, quand bien même ils paraîtraient dépassés :

- si l'exécution se trouve retardée pour un motif quelconque, établir une note d'attente précisant les références et les motifs de retard.

- bien vouloir mentionner le nom et l'adresse de l'autorité requérante

- Si adresse inconnue, recherche par le Fichier national des permis de conduire

- me faire retour de vos diligences à la SECTION A2, Bureau des Actes Judiciaires

- en cas de vaines recherches (*inconnu/NPAI/non déférement*), retourner à la SECTION A2, Bureau des Actes Judiciaires, la procédure accompagnée du procès-verbal de carence.

Retour souhaité :   2 mois

Paris, le 12 mai 2021

P/ Le procureur de la République

ANNEXE 1

## ATTESTATION DE REMISE OU DE NON REMISE DE L'ACTE
### (A RETOURNER A L'AUTORITÉ REQUÉRANTE)
(art. 688-7 du code de procédure civile)

**1 – Autorité de remise de l'acte :**

................................................................................................
................................................................................................
................................................................................................
................................................................................................

COMMISSARIAT CENTRAL
du 17° arrondissement
19/21 rue Truffaut
75017 PARIS
Tél. 34.30

**2 – Accomplissement de la notification :**

**A – Mode de remise de l'acte :**

................................................................................................

**B– Date de remise de l'acte :**

................................................................................................

**C– Identité et qualité de la personne à qui a été remis l'acte**

................................................................................................

**D– Pièces jointes attestant de la remise de l'acte :**

................................................................................................

**3 – Refus de la notification :**

- Le destinataire a refusé d'accepter l'acte en application de l'article 688-6 du code de procédure civile

**4 – Non-accomplissement de la notification**

**A – Motif du non-accomplissement de la notification de l'acte :**

Le distributeur a refusé l'acte. La société visée n'est pas la bonne et l'adresse est erronée (SCIVERIFY a un partenariat avec Facebook et non science feedback).

**B– Le cas échéant, documents annexes :**

................................................................................................

**Fait à :** PARIS

**Signature de l'autorité de remise de l'acte :**

ANNEXE 2

RÉCÉPISSÉ DE REMISE D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE EN
PROVENANCE DE L'ETRANGER
**(A REMETTRE AU DESTINATAIRE DE L'ACTE)**
(art. 688-3 et 688-6 du code de procédure civile)

1. Service remettant :
.......................................................................................................................................................
.......................................................................................................................................................
.......................................................................................................................................................
..............................................................................................................

2. Date de remise de l'acte :
...................................................................................................................................................

3. Intitulé de l'acte :
...................................................................................................................................................

4. Acte en provenance de (Etat de provenance) :
...................................................................................................................................................

5. Le présent récépissé est remis à (identité et adresse du destinataire de l'acte) :
.......................................................................................................................................................
.......................................................................................................................................................
..................................................................................................................................

Qui a été informé préalablement à la remise de son droit de refuser la notification de
l'acte s'il n'en connaît pas la langue, et demander que celui-ci soit traduit ou
accompagné d'une traduction en langue française, à la diligence et aux frais de la
partie requérante (688-6 du code de procédure civile).

Lecture faite,

Signature du destinataire :

Signature du service remettant :

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
   que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number): à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method***:<br>selon la forme particulière suivante* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts***:
   que la demande n'a pas été exécutée, en raison des faits suivants* :

|  |
|---|
|  |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à | **Signature and/or stamp** Signature et / ou cachet |
|---|---|
| **The** / le | |

Children's Health Defense v. Facebook Inc. et al.
Civil Action No. 3:20-cv-05787-SI

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Roger Teich, Esq.<br>Authorized to act as Applicant<br>290 Nevada Street<br>San Francisco, CA 94110 USA | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau du droit de l'Union, du droit international privé et de l'entraide civile (BDIP)<br>13, Place Vendôme<br>75042 Paris Cedex 01<br>France |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i,e, (identity and address):

**SCIENCE FEEDBACK**
7, rue de Tocqueville
75017 Paris, France

REÇU LE
0 8 MARS 2021
BDIP

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[  ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[  ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

**Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention**

List of documents:
Summons in a Civil Action; Civil Case Cover Sheet; Verified Second Amended Complaint; Exhibits A and B; Certification of Interested Entities or Persons; Certificate of Service; ECF Registration Information; Judge Illston's Standing Order; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement; Order Reassigning Case; Notice of Eligibility for Video Recording; Initial Case Management Guideline and Clerk's Notice

Done at San Francisco, California, USA, on the 1st day of March, 2021

Signature

* Delete if inappropriate.

1

USM-94

## Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
the (date)_____
at (place, street, number)_____

_____

--in one of the following methods authorized by article 5—
____ (a) in accordance with the provisions of sub-paragraph (a)
of the first paragraph of article 5 of the Convention*
____ (b) in accordance with the following particular method*:

_____

____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)_____

-- relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the
expenses detailed in the attached statement.*

Annexes

Documents returned:

_____
_____
_____                    Done at:                    ,the
                                                            _____

In appropriate cases, documents
establishing the service:
_____
_____               Signature and/or stamp.
_____

*delete if inappropriate.

USM-94

# TRIBUNAL DE GRANDE INSTANCE DE PARIS

■

# PARQUET DU PROCUREUR DE LA RÉPUBLIQUE

## 3ème DIVISION

Administration générale
Affaires civiles

N° *A2 / Actes Jud.*

*A renvoyer avec la réponse
et les pièces jointes*

# SOIT TRANSMIS

*A Madame, Monsieur le*

☐ *Procureur de la République*
☐ *Directeur de la Police Judiciaire*
☐ *Commissaire de Police*
☐ *Commandant de Compagnie de Gendarmerie*
☐ *Maire*
☐ *Directeur de la Maison d'Arrêt*
☐ _____

à *Ministère de la Justice*

qui paraît compétent,
aux fins demandées,
après objet ...............................................*rempli,*
pour exécution,
pour faire préciser l'objet de la demande,      ( *Retour*
pour recevoir la plainte par procès-verbal,      *Commissariat*)
pour renseignements et avis,
pour enquête,
pour audition de ....................................................................
pour..... notification..... remise..... contre récépissé à me faire parvenir

en ayant l'honneur de le prier de bien vouloir

Le _____

*Le Procureur de la République,*

RÉPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

# PROCES-VERBAL

PV n° 01808/2021/007717

P. V. : n°2021/007717

----------------

**AFFAIRE :**

**C/SCIENCE FEEDBACK**

Exécution d'instructions

**OBJET :**
**SAISINE**

L'an deux mil vingt et un,
Le sept juin, à onze heures quarante trois

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS

---Etant au service,---
---Agissant conformément aux instructions reçues de Monsieur Fabrice CORSAUT,
Commissaire de Police, Commissaire Central du XVIIème arrondissement de
PARIS,---
---Faisant suite aux instructions de Monsieur le Procureur de la République près le
**Tribunal Judiciaire de PARIS,**---
---Contenues dans son soit-transmis N°2021/36, 2021/37, 2021/38 et 2021/39 du
12/05/2021,---
---Nous donne comme instructions de procéder aux missions suivantes :---

-Remise d'un acte (en quatre parties) à SCIENCE FEEDBACK avec
établissement d'un récepissé détaillé

---Vu le dossier communiqué,---
---Vu les articles 75 à 78 du Code de Procédure Pénale,---
---Procédons à enquête,---
---Dont acte,---

Le Brigadier de Police



RÉPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
---------

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

P. V. : n°2021/007717
----------------
**AFFAIRE**
**C/SCIENCE FEEDBACK**

**Exécution d'instructions**

**OBJET :**
**Remise de quatre actes en**
**provenance des ETATS UNIS à**
**M. VINCENT**

# PROCES-VERBAL
### PV n° 01808/2021/007717

L'an deux mil vingt et un,
Le vingt quatre juin, à treize heures une

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS

--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n°
2021036 en date du 12/05/2021 de Monsieur LE PROCUREUR DE LA
REPUBLIQUE, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Avons mandé et constatons que devant nous se présente la personne
ci-dessous désignée qui nous déclare : ---
 SUR SON IDENTITE :
 "Je me nomme VINCENT Emmanuel
Je suis né le 20/07/1984 à BEZIERS (HERAULT).
Je suis de nationalité FRANCAISE.
Je suis PRESIDENT D'ASSOCIATION.
Je suis domicilié 21, PL DE LA REPUBLIQUE à PARIS 75003 3ème
Précisions : Association SCIENCE FEEDBACK.
Je consens à recevoir de la Justice et par voie électronique, des avis, convocations
et autres documents en lien avec cette procédure à l'adresse suivante : E-mail :
info@sciencefeedback.co, Tél. portable : 0.
Je prends acte que je peux révoquer mon choix à tout moment."
**--- SUR LES FAITS :---**
---Je suis le Président de l'Association SCIENCE FEEDBACK sise 21 Place de la
République 75003 PARIS,---
---Je prends connaissance vu l'article 61-1 du Code de Procédure Pénale que je
peux quitter à tout moment les locaux de police,---
---Je prends connaissance devant vous du motif pour lequel, je suis convoqué en
vos locaux à savoir la remise de quatre actes judiciaires en provenance du Tribunal
de District des ETATS UNIS (District Nord de la Californie)---
---Il s'agit d'une citation à comparaître dans le cadre d'une action civile n° :
20-cv-0587-SI.---
---Le requérant est CHILDREN'S HEALTH DEFENSE contre FACEBOOK INC,
Mark ZUCKERBERG, SCIENCE FEEDBACK et THE POYNTER INSTITUTE FOR
MEDIA STUDIES,---
--- «Je prends acte que vous devez me remettre les quatre pièces en provenance
des ETATS UNIS ,----
---Je souhaite ajouter que c'est l'entreprise SCIVERIFY qui travaille en partenariat
avec FACEBOOK et non l'association SCIENCE FEEDBACK.---
---SCIVERIFY est une filiale de SCIENCE FEEDBACK elle est située 40 Rue

2021/0074278209

Alexandre Dumas 75011 PARIS et c'est elle qui doit être assignée,---
---Je refuse d'accepter l'acte qui n'est pas adressé à la bonne entité.---
---De plus je souhaite ajouter que l'adresse de SCIENCE FEEDBACK n'est pas 7
Rue de Tocqueville 75017 PARIS. Cette adresse a été communiquée à CHILDREN
HEALTH DEFENSE contre ma volonté et j'avais informé le détective privé qui est
venu chez moi de ne pas communiquer mon adresse à ses clients..---
--- Je ne vois rien d'autre à ajouter à mes déclarations.---
--- «Après lecture faite par lui-même, l'intéressé persiste et signe avec nous le
présent pour valoir notification.---

**L'intéressé**                                          **Le Brigadier de Police**



REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

--------

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

**P. V. : n°2021/007717**

----------------

**AFFAIRE :**
**C/SCIENCE FEEDBACK**

**Exécution d'instructions**

**OBJET :**
**CLOTURE**

# PROCES-VERBAL

L'an deux mil vingt et un,
Le vingt quatre juin, à quatorze heures trente huit

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n°
2021036 en date du 12/05/2021 de Monsieur LE PROCUREUR DE LA
RÉPUBLIQUE, PROCUREUR DE LA RÉPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le
Procureur de la République près le TJ de PARIS
--- Dont acte.

L' OFFICIER DE POLICE JUDICIAIRE

**CLOTURE ET TRANSMISSION**   --- Dont procès-verbal clos ce jour, 24 juin 2021, pour être transmis à Monsieur le
Procureur de la République près le TJ de PARIS ---

LE COMMISSAIRE DIVISIONNAIRE DE
POLICE

PO TYREN
CN

CORSAUT Fabrice



RÉPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PRÉFECTURE DE POLICE DE PARIS
--------

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

P. V. : n°2021/007717
----------------
AFFAIRE :
C/SCIENCE FEEDBACK

Exécution d'instructions

OBJET :
SAISINE

# PROCES-VERBAL

## PV n° 01808/2021/007717

L'an deux mil vingt et un,
Le sept juin, à onze heures quarante trois

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS

---Etant au service,---
---Agissant conformément aux instructions reçues de Monsieur Fabrice CORSAUT, Commissaire de Police, Commissaire Central du XVIIème arrondissement de PARIS,---
---Faisant suite aux instructions de Monsieur le Procureur de la République près le **Tribunal Judiciaire de PARIS**,---
---Contenues dans son soit-transmis N°2021/36, 2021/37, 2021/38 et 2021/39 du 12/05/2021,---
---Nous donne comme instructions de procéder aux missions suivantes :---

-Remise d'un acte (en quatre parties) à SCIENCE FEEDBACK avec établissement d'un récepissé détaillé

---Vu le dossier communiqué,---
---Vu les articles 75 à 78 du Code de Procédure Pénale,---
---Procédons à enquête,---
---Dont acte,---

Le Brigadier de Police



2021/0074278209

REPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
---------

# PROCES-VERBAL

PV n° 01808/2021/007717

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

P. V. : n°2021/007717
----------------
**AFFAIRE :**
**C/SCIENCE FEEDBACK**

**Exécution d'instructions**

**OBJET :**
**Remise de quatre actes en**
**provenance des ETATS UNIS à**
**M. VINCENT**

L'an deux mil vingt et un,
Le vingt quatre juin, à treize heures une

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS

--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis n°
2021036 en date du 12/05/2021 de Monsieur LE PROCUREUR DE LA
REPUBLIQUE, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Avons mandé et constatons que devant nous se présente la personne
ci-dessous désignée qui nous déclare : ---
SUR SON IDENTITE :
"Je me nomme VINCENT Emmanuel
Je suis né le 20/07/1984 à BEZIERS (HERAULT).
Je suis de nationalité FRANCAISE.
Je suis PRESIDENT D'ASSOCIATION.
Je suis domicilié 21, PL DE LA REPUBLIQUE à PARIS 75003 3ème
Précisions : Association SCIENCE FEEDBACK.
Je consens à recevoir de la Justice et par voie électronique, des avis, convocations
et autres documents en lien avec cette procédure à l'adresse suivante : E-mail :
info@sciencefeedback.co, Tél. portable : 0.
Je prends acte que je peux révoquer mon choix à tout moment."
--- **SUR LES FAITS** :---
---Je suis le Président de l'Association SCIENCE FEEDBACK sise 21 Place de la
République 75003 PARIS,---
---Je prends connaissance vu l'article 61-1 du Code de Procédure Pénale que je
peux quitter à tout moment les locaux de police,---
---Je prends connaissance devant vous du motif pour lequel, je suis convoqué en
vos locaux à savoir la remise de quatre actes judiciaires en provenance du Tribunal
de District des ETATS UNIS (District Nord de la Californie)---
---Il s'agit d'une citation à comparaître dans le cadre d'une action civile n° :
20-cv-0587-SI.---
---Le requérant est CHILDREN'S HEALTH DEFENSE contre FACEBOOK INC,
Mark ZUCKERBERG. SCIENCE FEEDBACK et THE POYNTER INSTITUTE FOR
MEDIA STUDIES.---
--- «Je prends acte que vous devez me remettre les quatre pièces en provenance
des ETATS UNIS ,---
---Je souhaite ajouter que c'est l'entreprise SCIVERIFY qui travaille en partenariat
avec FACEBOOK et non l'association SCIENCE FEEDBACK.---
---SCIVERIFY est une filiale de SCIENCE FEEDBACK elle est située 40 Rue

2021/0074276209

REPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
----------

CSP DU 17EME
ARRONDISSEMENT DE PARIS
DTSP75
19-21, RUE TRUFFAUT
75017 PARIS
Tel : 3430
Fax : 01 44 90 37 50
Code INSEE : 75117351

P. V. : n°2021/007717
----------------
AFFAIRE :
C/SCIENCE FEEDBACK

Exécution d'instructions

OBJET :
CLOTURE

# PROCES-VERBAL

L'an deux mil vingt et un,
Le vingt quatre juin, à quatorze heures trente huit

Nous, MARIE FONQUERNE
BRIGADIER DE POLICE
En fonction DSPAP/DTSP75/D1/CP17/SAIP/BDEP

OFFICIER DE POLICE JUDICIAIRE en résidence PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis n° 2021036 en date du 12/05/2021 de Monsieur LE PROCUREUR DE LA REPUBLIQUE, PROCUREUR DE LA REPUBLIQUE près le TJ PARIS, ---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le Procureur de la République près le TJ de PARIS
--- Dont acte.

L' OFFICIER DE POLICE JUDICIAIRE

CLOTURE ET TRANSMISSION

--- Dont procès-verbal clos ce jour, 24 juin 2021, pour être transmis à Monsieur le Procureur de la République près le TJ de PARIS ---

LE COMMISSAIRE DIVISIONNAIRE DE POLICE

CORSAUT Fabrice



2021/0074278209

Alexandre Dumas 75011 PARIS et c'est elle qui doit être assignée.---
---Je refuse d'accepter l'acte qui n'est pas adressé à la bonne entité.---
---De plus je souhaite ajouter que l'adresse de SCIENCE FEEDBACK n'est pas 7
Rue de Tocqueville 75017 PARIS. Cette adresse a été communiquée à CHILDREN
HEALTH DEFENSE contre ma volonté et j'avais informé le détective privé qui est
venu chez moi de ne pas communiquer mon adresse à ses clients..---
--- Je ne vois rien d'autre à ajouter à mes déclarations.---
--- «Après lecture faite par lui-même, l'intéressé persiste et signe avec nous le
présent pour valoir notification.---

L'intéressé

Le Brigadier de Police





# EXHIBIT B

FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

# MINUTES
## Minutes no. 01808/2021/007717

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

In the year two thousand twenty-one,

On seventh June, at eleven forty-three a.m.

Minutes / Report: no. 2021/007717

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

SUBJECT:
REFERRAL

SECTION
A2
JC PARIS

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

JUDICIAL POLICE OFFICER in residence in PARIS

--- Being at the service, ---
--- Acting in accordance with the instructions received from Mr. Fabrice CORSAUT, Police Captain, Central Commissioner of the XVIIth arrondissement of PARIS, ---
--- Following the instructions of the Public Prosecutor to the **Judicial Court of PARIS**, ---
--- contained in his "to be given" No. 2021/36, 2021/37, 2021/38 and 2021/39 of 12/05/2021, ---
--- Instructs us to proceed with the following missions: ---

- delivery of a deed (in four parts) to SCIENCE FEEDBACK with establishment of a detailed receipt

--- Having regard to the file communicated, ---
--- Having regard to articles 75 to 78 of the Code of Criminal Procedure, ---
--- We proceed with an investigation, ---
--- Including a deed, ---

The Police Brigadier
(Signature)

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

2021/0074278209

FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

# MINUTES
## Minutes no. 01808/2021/007717

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

Minutes/ Report: no. 2021/007717

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

SUBJECT:
Delivery of four deed
from the UNITED STATES
to M. VINCENT

In the year two thousand twenty-one,

On twenty-fourth June, at one-one p.m.

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

JUDICIAL POLICE OFFICER in residence in PARIS

--- Being in service,
--- Pursuing the execution of the instructions contained in the "to be given" no. 2021036 dated 12/05/2021 from THE PUBLIC PROSECUTOR, PUBLIC PROSECUTOR to the Judicial Court of Paris, ---
--- Continuing the investigation in the preliminary form,
--- Having regard to articles 75 and following of the Code of Criminal Procedure, ---
--- Have ordered and noted that before us appears the person designated below who declares to us: ---
ABOUT HIS IDENTITY:
"My name is VINCENT Emmanuel
I was born on 07/20/1984 in BEZIERS (HERAULT).
I am of French nationality.
I am PRESIDENT of an ASSOCIATION.
I am domiciled at 21, PL DE LA RÉPUBLIQUE in PARIS 75003 3rd
Details: Association SCIENCE FEEDBACK.
I agree to receive from Justice and electronically, notices, summons and other documents related to this procedure at the following address: E-mail:
info@sciencefeedback.co, cellphone: 0.
I take note that I can revoke my choice at any time. "
--- **ON THE EVENTS:** ---
--- I am the President of the Association SCIENCE FEEDBACK located at 21 Place de la République 75003 PARIS, ---
I take note of article 61-1 of the Code of Criminal Procedure that I can leave the police premises at any time, ---
--- I read before you the reason for which I am summoned to your premises, namely the delivery of four legal deeds from the

District Court of the UNITED STATES (Northern District of California) ---

--- This is a summons to appear before court in the context of a civil action no.: 20-cv-0587-SI .---

--- The applicant is CHILDREN'S HEALTH DEFENSE against FACEBOOK INC, Mark ZUCKERBERG, SCIENCE FEEDBACK and THE POYNTER INSTITUTE FOR MEDIA STUDIES, —

--- « "I take note that you have to give me the four pieces from the UNITED STATES".

--- "I would like to add that it is the company SCIVERIFY which works in partnership with FACEBOOK and not the association SCIENCE FEEDBACK.---

--- SCIVERIFY is a subsidiary of SCIENCE FEEDBACK it is located 40 Rue

(Stamp: POLICE HEADQUARTERS

2021/0074278209    Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

(Signature)                                    (Signature)



ANNEX                           Page 2 / 2

Next page of the Minutes no.
2021/007717 of 24/06/2021

Alexandre Dumas 75011 PARIS and it is it which must be summoned, ---

--- I refuse to accept the deed that is not addressed to the right entity.---

--- Moreover, I would like to add that the address of SCIENCE FEEDBACK is not 7 rue de Tocqueville 75017 PARIS. This address was communicated to CHILDREN HEALTH DEFENSE against my will and I had informed the private investigator who came to my house not to communicate my address to his clients.

--- I don't see anything else to add to my statements .---

--- "After reading by himself, the concerned party persists and signs this document to serve as notification.---

The concerned party                The Police Brigadier

(Signature)                        (Signature)

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

# MINUTES

FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

Minutes/ Report: no. 2021/007717

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

SUBJECT:
CLOSING

In the year two thousand twenty-one,

On twenty-fourth June, at two thirty-eight p.m.

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

JUDICIAL POLICE OFFICER in residence in PARIS
--- Being in service,
--- Acting in execution of  the instructions contained in the "to be given" no. 2021036 dated 12/05/2021 from THE PUBLIC PROSECUTOR, PUBLIC PROSECUTOR to the Judicial Court of Paris, ---
--- Acting in the matter of preliminary investigation,
--- Having regard to articles 75 and following of the Code of Criminal Procedure, —

CLOSING AND HANDOVER

--- We mention closing the present procedure to be transmitted to the Public Prosecutor to the Judicial Court of PARIS
--- Including the deed.

THE JUDICIAL POLICE OFFICER
(Signature)

--- Including the minutes closed today, 24th June 2021, to be sent to the Public Prosecutor to the PARIS Judicial Court ---

THE CHIEF OF POLICE
(Signature)
PO   TYREN CR

CORSAUT Fabrice

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

2021/0074278209

FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

**MINUTES**
**Minutes no. 01808/2021/007717**

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

In the year two thousand twenty-one,

On seventh June, at eleven forty-three a.m.

Minutes / Report: no. 2021/007717

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

JUDICIAL POLICE OFFICER in residence in PARIS

SUBJECT:
REFERRAL

--- Being at the service, ---
--- Acting in accordance with the instructions received from Mr. Fabrice CORSAUT, Police Captain, Central Commissioner of the XVIIth arrondissement of PARIS, ---
--- Following the instructions of the Public Prosecutor to the **Judicial Court of PARIS**, ---
--- contained in his "to be given" No. 2021/36, 2021/37, 2021/38 and 2021/39 of 12/05/2021, ---
--- Instructs us to proceed with the following missions: ---

- delivery of a deed (in four parts) to SCIENCE FEEDBACK with establishment of a detailed receipt

--- Having regard to the file communicated, ---
--- Having regard to articles 75 to 78 of the Code of Criminal Procedure, ---
--- We proceed with an investigation, ---
--- Including a deed, ---

The Police Brigadier
(Signature)

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

2021/0074278209

FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

# MINUTES
## Minutes no. 01808/2021/007717

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

In the year two thousand twenty-one,

On twenty-fourth June, at one-one p.m.

Minutes/ Report: no. 2021/007717

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

JUDICIAL POLICE OFFICER in residence in PARIS

SUBJECT:
Delivery of four deed
from the UNITED STATES
to M. VINCENT

--- Being in service,
--- Pursuing the execution of the instructions contained in the "to be given" no. 2021036 dated 12/05/2021 from THE PUBLIC PROSECUTOR, PUBLIC PROSECUTOR to the Judicial Court of Paris, ---
--- Continuing the investigation in the preliminary form,
--- Having regard to articles 75 and following of the Code of Criminal Procedure, ---
--- Have ordered and noted that before us appears the person designated below who declares to us: ---
ABOUT HIS IDENTITY:
"My name is VINCENT Emmanuel
I was born on 07/20/1984 in BEZIERS (HERAULT).
I am of French nationality.
I am PRESIDENT of an ASSOCIATION.
I am domiciled at 21, PL DE LA RÉPUBLIQUE in PARIS 75003 3rd
Details: Association SCIENCE FEEDBACK.
I agree to receive from Justice and electronically, notices, summons and other documents related to this procedure at the following address: E-mail:
info@sciencefeedback.co, cellphone: 0.
I take note that I can revoke my choice at any time. "
--- **ON THE EVENTS:** ---
--- I am the President of the Association SCIENCE FEEDBACK located at 21 Place de la République 75003 PARIS, ---
I take note of article 61-1 of the Code of Criminal Procedure that I can leave the police premises at any time, ---
--- I read before you the reason for which I am summoned to your premises, namely the delivery of four legal deeds from the

District Court of the UNITED STATES (Northern District of California) ---

--- This is a summons to appear before court in the context of a civil action no.: 20-cv-0587-SI .---

--- The applicant is CHILDREN'S HEALTH DEFENSE against FACEBOOK INC, Mark ZUCKERBERG, SCIENCE FEEDBACK and THE POYNTER INSTITUTE FOR MEDIA STUDIES, ---

--- "I would like to add that it is the company SCIVERIFY which works in partnership with FACEBOOK and not the association SCIENCE FEEDBACK.---

--- SCIVERIFY is a subsidiary of SCIENCE FEEDBACK it is located 40 Rue


(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)

2021/0074278209          (Signature)                              (Signature)



FRENCH REPUBLIC
MINISTRY OF THE
INTERIOR
GENERAL DIRECTORATE OF THE
NATIONAL POLICE OF PARIS
POLICE HEADQUARTERS OF PARIS

# MINUTES

CSP OF THE 17TH
ARRONDISSEMENT OF PARIS
DTSP75
19-21. RUE TRUFFAUT
75017 PARIS
Phone: 3430
Fax: 01 44 90 37 50
INSEE Code: 75117351

Minutes/ Report: no. 2021/007717

CASE:
C/SCIENCE FEEDBACK

Exécution of instructions:

SUBJECT:
CLOSING

CLOSING AND HANDOVER

In the year two thousand twenty-one,

On twenty-fourth June, at two thirty-eight p.m.

We, MARIE FONQUERNE
POLICE BRIGADIER
With DSPAP/DTSP75/D1/CP17/SAIP/BDEP position

JUDICIAL POLICE OFFICER in residence in PARIS
--- Being in service,
--- Acting in execution of  the instructions contained in the "to be given" no. 2021036 dated 12/05/2021 from THE PUBLIC PROSECUTOR, PUBLIC PROSECUTOR to the Judicial Court of Paris, ---
--- Acting in the matter of preliminary investigation,
--- Having regard to articles 75 and following of the Code of Criminal Procedure, —

--- We mention closing the present procedure to be transmitted to the Public Prosecutor to the Judicial Court of PARIS
--- Including the deed.

THE JUDICIAL POLICE OFFICER
(Signature)

--- Including the minutes closed today, 24th June 2021, to be sent to the Public Prosecutor to the PARIS Judicial Court ---

THE CHIEF OF POLICE

CORSAUT Fabrice

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security

2021/0074278209

AR17 - 15)                                  ANNEX                              Page 2 / 2
Next page of the Minutes no.
2021/007717 of 24/06/2021

Alexandre Dumas 75011 PARIS and it is it which must be summoned,
---
--- I refuse to accept the deed that is not addressed to the right
entity.---
--- Moreover, I would like to add that the address of SCIENCE
FEEDBACK is not 7 rue de Tocqueville 75017 PARIS. This address
was communicated to CHILDREN HEALTH DEFENSE against my
will and I had informed the private investigator who came to my
house not to communicate my address to his clients.
--- I don't see anything else to add to my statements .---
--- "After reading by himself, the concerned party persists and signs
this document to serve as notification.---

The concerned party                     The Police Brigadier

(Signature)                             (Signature)

(Stamp: POLICE HEADQUARTERS
Parisian Agglomeration Department for Proximity Security
Paris Territorial Department for Proximity Security
AR17 - 15)



2021/0074278209

**MINISTRY OF JUSTICE**                          **Directorate of Civil Affairs**
*Liberty*                                               **and the Seal**
*Equality*                                  **(Direction des affaires civiles**
*Fraternity*                                                 **et du sceau)**


Paris, on 07-07-2021

THE ATTORNEY GENERAL, MINISTER OF JUSTICE
AT
ROGER TEICH, ESQ
AUTHORIZED TO ACT AS APPLICANT
290 NEVADA STREET
CA 94110 SAN FRANCISCO
UNITED STATES OF AMERICA

**Department of mutual aid, private and European
international law**

PART 1                  (stamp: 21.08.  0004873)

**Reference to be reminded:**
**2819TR2021 UNITED STATES OF AMERICA**
**United States. Roger Teich, Esq - Civil action reference: No. 3.20-cv-**
**05787-SI-Summons to appear in civil-court action**
**US District Court -**

**Recipient:** **SCIENCE FEEBACK LOCATED: 7, RUE DE TOCQUEVILLE**
**- 75017 PARIS**

**Subject**: Return of a request for notification of a judicial act.

**Reference text**: Circular NOR JUS CO5 20 961 C (CIV / 20/05) OF 1st  February 2006, relating to
"International notifications of judicial and extrajudicial documents in civil and commercial matters"
[the practical part of the circular is available on the internet at the address: www-entraide-civile-
internationale.justice.gouv.fr

        I have the honor to send you in this envelope the documents drawn up following a request
for international notification.

                        Stamp of the Ministry of Justice

PF

                        (Stamp: MINISTRY OF JUSTICE)

13, Place Vendôme - 75042 Paris Cedex 01
Phone no.: 01 44 77 62 43 or 65 51
www.justice-gouv.fr

Traduction certifiée conforme à l'originale   Rouen, le 19 Juillet 2021  Traduction du français vers l'anglais

Céline BRETON

Expert Judiciaire- Sworn translator

Près la Cour d'Appel de Rouen- Judicial Expert

06.85.80.58.00

CERTIFIED TRANSLATION

**HIGH COURT**
**OF PARIS**

**TO BE GIVEN**

*To Madam, Sir the*

**PUBLIC**
**PROSECUTOR'S**
**DEPARTEMENT**

- *Public Prosecutor*
- *Director of the Judicial Police*
- *Police Captain*
- *Commander of the Police (Gendarmerie) Company*
- *Mayor*
- *Director of the Remand Centre*
-

**3RD DIVISION**

General Administration             at        Ministry of Justice
    Civil affairs                                      (BDIP)

No. A2 / Acts jnd.                       (Stamp: RECEIVED ON
                                                  JUL 05. 2021
*To be returned with the*                        BDIP)
*response and attachments*

> *who seems competent,*
> *for the purposes requested,*
> —> *after object …………………..filled,*
> *for execution,*
> *to clarify the subject of the request,*          (police station returns)
> *to receive the complaint by report,*
> *for information and advice,*
> *for investigation,*
> *for hearing of …………………………………………..*
> *for …….. notification…….. delivery…… against receipt to send me*
>
> *having the honor to ask him to kindly*

3rd and 4th parts

> *On 1/7/21*
> ***The Public Prosecutor***
> (Signature)
>
> (Stamp: PUBLIC PROSECUTOR FOR
> THE JUDICIAL COURT OF PARIS 305)

Composition PAO Impression I.S.A.R. VITRY - Ref: PTGI-0045

<u>Traduction certifiée conforme à l'originale</u>   Rouen, le 19 Juillet 2021  Traduction du français vers l'anglais

Céline BRETON

Expert Judiciaire- Sworn translator

Près la Cour d'Appel de Rouen- Judicial Expert

06.85.80.58.00

 <u>CERTIFIED TRANSLATION</u>

**MINISTRY OF JUSTICE**
**Liberty**
**Equality**
**Fraternity**

PARIS COURT OF APPEAL
PARIS JUDICIAL COURT                                  TO BE GIVEN

PUBLIC PROSECUTOR'S DEPARTMENT OF           TO
THE JUDICIAL COURT
6th DIVISION                                          DSPAP 17
SECTION A2 - 22nd floor
Execution of sentences
International Criminal Assistance
Judicial Acts (TP)

**Sheet no.: 2021/39**
**(to remind in any correspondance)**
Concerns: Science FEEDBACK                   4/4 (4th part)
Requesting authority: USA

### FOR THE PURPOSES REQUESTED

And having the honor to ask him to kindly:

- proceed to the hearing

- if it concerns the delivery of an act or a notification, (<u>even in the absence of translation</u>), establish a detailed receipt

Please proceed with the notification <u>regardless of the deadlines or the date of appearance</u>, even if they appear to have expired:

- if the execution is delayed for any reason, establish a waiting note specifying the references and the reasons for the delay.

- kindly mention the name and address of the requesting authority

- If the address is unknown, research through the National Driver's License Data Base

- send me back your due diligence to SECTION A2, Judicial Acts Office

- in case of vain searches (unknown/NPAI/not deferred), send to SECTION A2, Office of Judicial Acts, the procedure accompanied by the report/minutes of deficiency.

Expected deadline: 2 months

Paris, on 12th May, 2021
P / The Public prosecutor
(Signature)
(Stamp: PUBLIC PROSECUTOR FOR
THE JUDICIAL COURT OF PARIS 305)

PUBLIC PROSECUTOR'S DEPARTMENT OF THE JUDICIAL COURT
Parvis (forecourt) of the Judicial Court of Paris
75859 Paris Cedex 17

Traduction certifiée conforme à l'originale   Rouen, le 19 Juillet 2021  Traduction du français vers
l'anglais

Céline BRETON

Expert Judiciaire- Sworn translator

Près la Cour d'Appel de Rouen- Judicial Expert

06.85.80.58.00

CERTIFIED TRANSLATION

# ANNEX 1

## CERTIFICATE OF DELIVERY OR NON-DELIVERY OF THE DEED
**(TO BE RETURNED TO THE REQUESTING AUTHORITY)**
(art. 688-7 of the code of civil procedure)

## 1 - Issuing / Delivering Authority regarding the deed:

(Stamp: CENTRAL POLICE STATION
    of the 17th arrondissement
    19/21 rue Truffaut
    75017 PARIS
    Phone. 34 30)

## 2 - Completion of the notification:

**A - Method of delivery of the document:**

**B - Date of the delivery of the deed:**

**C - Identity and status of the person to whom the document was delivered**

**D - Attachments proving to the delivery of the document:**

## 3 - Refusal of notification:

• **The addressee refused to accept the deed in application of article 688-6 of the code of civil procedure**

## 4 - Non-fulfillment of the notification

**A - Reason for non-fulfillment of the notification of the deed:**
The addressee refused the deed, the target company is not the good one and the address is wrong (SCIVERIFY has a partnership with Facebook and not Science Feedback).

**B - If applicable, additional documents:**

**Signed in : Paris**

**Signature of the issuing / delivering authority:**

(Signature)

Traduction certifiée conforme à l'originale   Rouen, le 19 Juillet 2021  Traduction du français vers l'anglais

Céline BRETON

Expert Judiciaire- Sworn translator

Près la Cour d'Appel de Rouen- Judicial Expert

06.85.80.58.00

CERTIFIED TRANSLATION

## ANNEX 2

## RECEIPT FOR DELIVERY OF A JUDICIAL OR EXTRAJUDICIAL DEED COMING FROM ABROAD
### (TO BE DELIVERED TO THE RECIPIENT OF THE ACT)
(art. 688-3 and 688-6 of the code of civil procedure)

1.  Delivering service:

2. Date of delivery of the deed:

3. Title of the deed:

4. Deed from (State of origin):

5. This receipt is delivered to (identity and address of the recipient of the document):

Who has been informed prior to the surrender of his right to refuse the notification of the deed if he does not know the language used in it, and request that it be translated or accompanied by a translation into French, at the diligence and at the expense of the requesting party (688-6 of the code of civil procedure).

The reading of this document being done,

Signature of recipient:

Signature of the delivering service:

**HIGH COURT**
**OF PARIS**

**TO BE GIVEN**

*To Madam, Sir the*

**PUBLIC**
**PROSECUTOR'S**
**DEPARTEMENT**

- *Public Prosecutor*
- *Director of the Judicial Police*
- *Police Captain*
- *Commander of the Police (Gendarmerie) Company*
- *Mayor*
- *Director of the Remand Centre*
-

**3RD DIVISION**

──────────

General Administration       at     Ministry of Justice
    Civil affairs

No. A2 / Acts jnd.

*To be returned with the*
*response and attachments*

      *who seems competent,*
      *for the purposes requested,*
—> *after object …………………..filled,*
      *for execution,*
      *to clarify the subject of the request,*       (police station returns)
      *to receive the complaint by report,*
      *for information and advice,*
      *for investigation,*
      *for hearing of ……………………………………….*
      *for …….. notification…….. delivery…… against receipt to send me*

      *having the honor to ask him to kindly*

      *On 1/7/21*
      ***The Public Prosecutor***
      (Signature)

      (Stamp: PUBLIC PROSECUTOR FOR
      THE JUDICIAL COURT OF PARIS 305)

Composition PAO Impression I.S.A.R. VITRY - Ref: PTGI-0045

<u>Traduction certifiée conforme à l'originale</u>   Rouen, le 19 Juillet 2021  Traduction du français vers l'anglais

Céline BRETON

Expert Judiciaire- Sworn translator

Près la Cour d'Appel de Rouen- Judicial Expert

06.85.80.58.00

<u>CERTIFIED TRANSLATION</u>

# EXHIBIT C

CHILDREN'S HEALTH DEFENSE v. FACEBOOK, et al.

Science Feedback Service of Process Checklist

1. Verified Second Amended Complaint (Dkt 65-1)- English.
2. French Translation of Verified Second Amended Complaint
3. Exhibit A (Dkt 65-3).
4. French Translation of Exhibit A.
5. Exhibit B – English.
6. French Translation of Exhibit B.
6. Original Summons (Dkt 7) - English.
7. French Translation of Original Summons
8. Summons as to Science Feedback and Politifact (Dkt 13) – English
9. French Translation of Summons as to Science Feedback and Politifact
10. Alternative Summons for Science Feedback (Dkt 53) – English
11. French Translation of Alternative Summons for Science Feedback
12. Complaint Civil Cover Sheet –
13. Certification (Dkt 2) – English
14. French Translation of Certification
15. Complaint Proof of Service (Dkt 4) – English
16. French Translation of Complaint Proof of Service
17. ECF Registration Information - English
18. French Translation of ECF Registration Information
19. Judge Illston Standing Order (Dkt 15-1) – English
20. French Translation of Judge Illston Standing Order
21. Standing Order for all Judges of the Northern District of California (Dkt 15-2) – English
22. French Translation of Standing Order for all Judges of the Northern District of California
23. Order Reassigning Case (Dkt 14) – English
24. French Translation of Order Reassigning Case
25. Notice of Eligibility for Video Recording (Dkt 14-1) – English
26. French Translation of Notice of Eligibility for Video Recording
27. Order regarding Initial Case Management Conference (Dkt. 15) – English
28. French Translation of Order regarding Initial Case Management Conference

# EXHIBIT D

**\*WAYBILL DOC\***
Not to be attached to package - Hand to Courier
2020-09-28 MYDHL+  /

**TDK** 

**Shipper :**
ASAP Legal, LLC
Maurice Archelle
1607 JAMES M WOOD BLVD
90015 LOS ANGELES  California
United States of America

Contact:
+12132499968

**Receiver :**
Science Feedback
Emmanuel Vincent
7-9 rue de Tocqueville
**75017 Paris  France**
**France**

Contact:
Emmanuel Vincent
+33145411057

.  **US-ELA-ELA  FR-CDG-PSO  REC**

**Product Details:**
**[K] EXPRESS 9:00 (39)**
**Payer Details**
Freight A/C: Online Payment
Duty A/C:
Taxes A/C:

**Features / Services (Service Code)**
Emergency Situation(CR)
Extended Liability(IB)
Direct Signature(SF)
9:00 Premium(YI)

**Shipment Details**
Ref:
Custom Val: 300.00 USD

| **Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):** | **Pieces** |
| --- | --- |
| 1.0 lbs | 1 |

| **Name (in Capital Letters)** | **Signature** | **Date  (DD.MM.YYYY)** |
| --- | --- | --- |



Contents: Legal
Documents

WAYBILL 29 9493 0234

License Plates of pieces in shipment
JD014600008135066077

## EXPRESS 9:00

**TDK** 

2020-09-28 MYDHL+ 1.0 / *30-0821*

**From :** ASAP Legal, LLC
Maurice Archelle
1607 JAMES M WOOD BLVD

**Origin:**

**ELA**

90015 LOS ANGELES  California
United States of America

**To :** Science Feedback
Emmanuel Vincent
7-9 rue de Tocqueville

Contact:
Emmanuel Vincent

**75017 Paris  France**
**France**

# FR-CDG-PSO REC

**DSR**

| Day | Time |
| --- | --- |
| | **X09** |

**Ref:**

| Pce/Shpt Weight | Piece |
| --- | --- |
| **1.0 lbs** | **1 / 1** |

Contents: Legal
Documents



WAYBILL 29 9493 0234



(2L)FR75017+39001000



(J) JD01 4600 0081 3506 6077