UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Children's Health Defense,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Facebook, Inc., et al.,<br><br>　　　　　Defendant. | Civil Action No. 3:20-cv-05787-SI<br><br>DECLARATION OF NELSON TUCKER |

I, NELSON TUCKER, declare:

1. I am over eighteen years of age, am not a party to the within action, and reside in the states of California and Tennessee. I have personal knowledge of the contents of this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I am the CEO of Process Service Network, a service of process firm which has been in business since 1978. I am a Registered Process Server and have been engaged in with service of process on defendants over the past 43 years. <u>I am qualified as an expert witness in the subject of international service of process</u>. I am an Associate Member of the American Bar Association ("ABA"), and the Los Angeles County Bar Association. I regularly conduct MCLE courses for various bar associations on issues related to service of process. I regularly conduct MCLE courses on the subject of international service of process.

3. In February 2021, my office was retained by Plaintiff to serve a Summons in a Civil Action, Verified Second Amended Complaint, and related court-issued documents in this action upon Science Feedback at their business address in Paris, France, pursuant to the Hague Service Convention.

4. On March 2, 2021, I sent the formal Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents to the Ministry of Justice (Central

Authority), as required by the treaty. The documents were sent in duplicate in both English and French. I have attached to this Declaration the formal request as Exhibit "A".

5. I have attached to this Declaration the USPS shipping receipt dated March 2, 2021 as Exhibit "B". I have confirmed that the documents were received by the Ministry of Justice on March 8, 2021, at 10:48 a.m.

6. Service made in France pursuant to the Hague Service Convention typically take 3-4 months. However, due to restrictions related to COVID-19, service is currently taking 5-7 months. There is no available procedure to expedite the service. After the service is completed by French authorities, the French court will forward the proof of service ("Certificate") to the Ministry of Justice which will, in turn, forward the Certificate to the attorney for Plaintiff.

7. All statements made in this declaration are based upon my personal knowledge and experience. Any part which may deemed to be hearsay should not affect the remainder of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2021, in Franklin, Tennessee.

Nelson Tucker, CEO
Process Service Network
800-417-7623

# Exhibit "A"

Children's Health Defense v. Facebook Inc., et al.
Civil Action No. 3:20-cv-05787-SI

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Roger Teich, Esq.<br>Authorized to act as Applicant<br>290 Nevada Street<br>San Francisco, CA 94110 USA | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau du droit de l'Union, du droit international privé et de l'entraide civile (BDIP)<br>13, Place Vendôme<br>75042 Paris Cedex 01<br>France |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address):

**SCIENCE FEEDBACK**
7, rue de Tocqueville
75017 Paris, France

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention

**List of documents:**
Summons in a Civil Action; Civil Case Cover Sheet; Verified Second Amended Complaint; Exhibits A and B; Certification of Interested Entities or Persons; Certificate of Service; ECF Registration Information; Judge Illston's Standing Order; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement; Order Reassigning Case; Notice of Eligibility for Video Recording; Initial Case Management Guideline and Clerk's Notice

Done at San Francisco, California, USA, on the 1st day of March, 2021

_____
Signature

* Delete if inappropriate.

1

USM-94

Children's Health Defense v. Facebook Inc., et al.
Civil Action No. 3:20-cv-05787-SI

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date)_____
   at (place, street, number)_____

--in one of the following methods authorized by article 5—
   ____ (a) in accordance with the provisions of sub-paragraph (a)
        of the first paragraph of article 5 of the Convention*
   ____ (b) in accordance with the following particular method*:
   _____

   ____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)_____

-- relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____                Done at                    ,the
_____                _____,_____
In appropriate cases, documents
establishing the service:
_____                Signature and/or stamp.
_____
_____                _____

*delete if inappropriate.

2                                                                    USM-94

Case 3:20-cv-05787-SI   Document 111-3   Filed 07/27/21   Page 6 of 9

Children's Health Defense v. Facebook Inc., et al.
Civil Action No. 3:20-cv-05787-SI

# WARNING

**Identity and address of the addressee:**

**SCIENCE FEEDBACK**
7, rue de Tocqueville
75017 Paris, France

# IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> Clerk of the Court
> U.S. District Court
> Northern District of California
> Phillip Burton Federal Building & United States Courthouse
> 450 Golden Gate Avenue
> San Francisco, CA 94102 USA

3

USM-94

Children's Health Defense v. Facebook Inc., et al.
Civil Action No. 3:20-cv-05787-SI

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Roger Teich, Esq.
Authorized to act as Requesting Authority
280 Nevada Street
San Francisco, CA 94110 USA

**Particulars of the parties\*:**

**SCIENCE FEEDBACK** (Defendant)
7, rue de Tocqueville
75017 Paris, France

## JUDICIAL DOCUMENT\*\*

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for injunctive and declaratory relief, compensatory and punitive damages, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance\*\*:**

Not applicable (N/A)

**Court which has given judgment\*\*:**

Not applicable (N/A)

**Date of judgment\*\*:**

Not applicable (N/A)

**Time-limits stated in the document\*\*:**

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT\*\*

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document\*\*:** Not applicable (N/A)

\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.

4

USM-94

# Exhibit "B"

FROM
8004177623
MID: 969000940
NELSON TUCKER
PSN INTERNATIONAL
21218 Merridy Street
Chatsworth CA 91311

CP72 - CUSTOMS DECLARATION

Origin Post: US Postal Service
Date of Mailing: 03/02/2021
Importer's reference:
Importer's contact:

P

$99.90 US POSTAGE
PMI LG FLAT-RATE BOX
062S0008017136
ComBasPrice
stamps endicia
FROM 91311
03/02/2021

| Detailed description of contents: | Qty | Net Weight (lbs/oz) | | Value (US $) | HS Tariff Number | Origin Country |
|---|---|---|---|---|---|---|
| Legal Documents | 1 | 16 | 9.0 | 1.00 | | US |
| Category of item: Documents | TOTAL | 16 | 9.0 | 1.00 | | |

Insured Value: $100.00
SDR Value: $65.76
Insured Fee: $0.00
Postal charges/Fees: $99.90

Exporter's reference:
Exporter's contact:
Total Dimensions: L: W: H:
AES/ITN/Exemptions: NOEEI 30.37(a)
Invoice/License/Certificate No(s) //

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by Legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date
NELSON TUCKER 03/02/2021

Return to Sender Instructions in case of nondelivery
Treat as Abandoned

16.6lbs

TO
800-417-7623
Ministère de la Justice
Direct./Affaires Civiles et du Sceau
Département de l'entraide, (DEDIPE)
13, Place Vendôme
Paris Cedex 01 75042
FRANCE

CJ 459 931 210 US

PS Form 2976-A (March 2016) Do not duplicate this form without USPS approval. The item may be opened officially.

