1 **JASSY VICK CAROLAN LLP**
  KEVIN L. VICK (SBN 220738)
2   kvick@jassyvick.com
  ELIZABETH H. BALDRIDGE (SBN 313390)
3   ebaldridge@jassyvick.com
  800 Wilshire Boulevard, Suite 800
4 Los Angeles, CA 90017
  Telephone: (310) 870-7048
5 Facsimile: (310) 870-7010

6 *Attorneys for Defendant The Poynter Institute for Media Studies, Inc.*

7

8

9

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| 16 CHILDREN'S HEALTH DEFENSE, a Georgia non-profit organization, | Case No.: 3:20-cv-05787-SI |
| 17                     Plaintiff, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| 18           v. | |
| 19 FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, a California resident; SCIENCE FEEDBACK, a French corporation; THE POYNTER INSTITUTE FOR MEDIA STUDIES, INC., a Florida corporation; and DOES 1-20. | Hon. Susan Illston |
| 22                     Defendants. | |

23

24

25

26

27

28

---

CASE NO.: 3:20-CV-05787-SI                                    NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT as of July 29, 2021, the Los Angeles office of Jassy Vick Carolan LLP has relocated.  The new mailing address is:

> **Jassy Vick Carolan LLP**
>
> **355 South Grand Avenue, Suite 2450**
>
> **Los Angeles, CA 90071**

The firm's phone number and email addresses have not changed.

Dated: July 30, 2021                                        Respectfully submitted,

 /s/ Elizabeth H. Baldridge
Elizabeth H. Baldridge
Kevin L. Vick
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

*Attorneys for Defendant, The Poynter Institute for Media Studies, Inc.*